No. 23-70009

# IN THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

TERRY PITCHFORD,
*Petitioner-Appellee*,

*v.*

BURL CAIN, COMMISSIONER, MISSISSIPPI DEPARTMENT OF CORRECTIONS;
LYNN FITCH, ATTORNEY GENERAL FOR THE STATE OF MISSISSIPPI,
*Respondents-Appellants*.

Appeal from the United States District Court
for the Northern District of Mississippi
No. 4:18-cv-00002-MPM

## RESPONDENTS-APPELLANTS' SUPPLEMENTAL BRIEF

LYNN FITCH
*Attorney General*
SCOTT G. STEWART
*Solicitor General*
JUSTIN L. MATHENY
ANTHONY M. SHULTS
*Deputy Solicitors General*
LADONNA C. HOLLAND
ALLISON K. HARTMAN
*Special Assistant Attorneys General*
MISSISSIPPI ATTORNEY
GENERAL'S OFFICE
P.O. Box 220
Jackson, MS 39205-0220
Telephone: (601) 359-3680
E-mail: anthony.shults@ago.ms.gov
*Counsel for Respondents-Appellants*

## CERTIFICATE OF INTERESTED PERSONS

Under this Court's Rule 28.2.1, governmental parties need not furnish a certificate of interested persons.

*s/ Anthony M. Shults*
Anthony M. Shults
*Counsel for Respondents-Appellants*

## STATEMENT REGARDING ORAL ARGUMENT

In this habeas case, petitioner Terry Pitchford seeks release or retrial on his claim that the State violated *Batson v. Kentucky*, 476 U.S. 79 (1986), in striking 4 black potential jurors at his capital-murder trial. The proper resolution of this capital case is important to the State. Oral argument may aid this Court in resolving petitioner's *Batson* claim.

# TABLE OF CONTENTS

**Page**

CERTIFICATE OF INTERESTED PERSONS .......................................i

STATEMENT REGARDING ORAL ARGUMENT ..................................ii

TABLE OF AUTHORITIES....................................................................iv

INTRODUCTION........................................................................... 1

BACKGROUND ............................................................................. 2

ARGUMENT ................................................................................. 10

This Court Should Reject Petitioner's Claim That The State Discriminated In Jury Selection .................................................. 10

CONCLUSION ............................................................................. 21

CERTIFICATE OF COMPLIANCE...................................................... 22

CERTIFICATE OF SERVICE............................................................. 22

APPENDIX

## TABLE OF AUTHORITIES

**Page(s)**

**Cases**

*Batson v. Kentucky*,
476 U.S. 79 (1986) ........ 1, 2, 5-10, 12-15, 20, 21

*Broadnax v. Lumpkin*,
987 F.3d 400 (5th Cir. 2021) ........ 12

*Flowers v. Mississippi*,
588 U.S. 284 (2019) ........ 13

*Great Plains v. Koch*,
45 F.3d 962 (5th Cir. 1995) ........ 15

*Heckman v. Gonzalez-Caballero*,
65 F.4th 222 (5th Cir. 2023) ........ 14

*Miller-El v. Dretke*,
545 U.S. 231 (2005) ........ 6

*Moore v. Keller Industries, Inc.*,
948 F.2d 199 (5th Cir. 1991) ........ 18

*Pitchford v. Cain*,
126 F.4th 422 (5th Cir. 2025) ........ 9

*Pitchford v. Cain*,
146 S. Ct. 988 (2025) ........ 9

*Pitchford v. Cain*,
146 S. Ct. 1345 (2026) ........ 9, 10

*Pitchford v. State*,
45 So. 3d 216 (Miss. 2010) ........ 2-6, 8, 11

*Purkett v. Elem*,
514 U.S. 765 (1995) .......... 5

*Ramirez v. Plains All American GP, LLC*,
No. 23-50305, 2024 WL 1434451 (5th Cir. Apr. 3, 2024) .......... 14

*Rhoades v. Davis*,
914 F.3d 357 (5th Cir. 2019) .......... 15, 17

*Rice v. Collins*,
546 U.S. 333 (2006) .......... 18

*Ricks v. Lumpkin*,
120 F.4th 1287 (5th Cir. 2024) .......... 12

*Sheppard v. Davis*,
967 F.3d 458 (5th Cir. 2020) .......... 10-11, 18

*United States v. Cobb*,
975 F.2d 152 (5th Cir. 1992) .......... 15, 18

*United States v. Martinez-Brilia*,
No. 21-20386, 2022 WL 6316523 (5th Cir. Oct. 10, 2022) .......... 16

*United States v. Ongaga*,
820 F.3d 152 (5th Cir. 2016) .......... 16

*United States v. Perry*,
35 F.4th 293 (5th Cir. 2022) .......... 11

*Woodward v. Epps*,
580 F.3d 318 (5th Cir. 2009) .......... 16

**Constitutional Provision**

U.S. Const. amend. XIV .......... 5

**Statute**

28 U.S.C. § 2254 .......... 8, 10

# INTRODUCTION

Two issues remain unresolved in this appeal on remand from the U.S. Supreme Court, which ruled that the Mississippi state courts failed to fully analyze petitioner's claim of racial discrimination in jury selection under *Batson v. Kentucky*, 476 U.S. 79 (1986). The first issue is whether the district court—which, like the Supreme Court, ruled that the state courts did not perform the required analysis—erred in awarding petitioner ultimate relief of release or retrial on his *Batson* claim without deciding the merits of that claim. The second issue is whether that claim has merit—whether the State discriminated in jury selection.

The original briefing in this appeal addresses the first issue. State Br. 27-32 (Dkt. 33); Response Br. 49-56 (Dkt. 42); State Reply Br. 22-25 (Dkt. 50). In line with this Court's supplemental-briefing order, Dkt. 128-2, this brief addresses the second issue—the merits of petitioner's claim.

This Court should reject petitioner's *Batson* claim, rule that he is not entitled to ultimate habeas relief, and reverse the judgment below. Taking that approach would render the first issue moot and would definitively resolve a claim that is over 20 years old. That approach is especially warranted because petitioner's *Batson* claim is plainly meritless. The record shows that the State did not discriminate in jury selection. As the prosecutor explained at trial, the State had legitimate, race-neutral reasons for its 4 challenged strikes of black potential jurors. Those reasons include a juror's lateness to court, mental problems, and

encounters with police; the serious convictions of two jurors' relatives; a juror's drug use; and a juror's speeding violations, ambivalence to the death penalty, and many similarities with petitioner. Each of those rationales is facially race-neutral (as petitioner does not contest) and reasonable, and is a legitimate basis for striking potential jurors. Despite many attempts, petitioner has not remotely met his burden to rebut the State's reasons and prove discrimination. He has offered bald assertions of pretext, distortions of the record, and comparisons to jurors who are not comparable to those the State struck. Petitioner has not shown (and cannot show) that the State discriminated in jury selection. His *Batson* claim fails, and this Court should say so now.

## BACKGROUND

1. In 2004, petitioner and Eric Bullins robbed Crossroads Grocery in Grenada County, Mississippi. *Pitchford v. State*, 45 So. 3d 216, 222-23 (Miss. 2010). During the robbery, petitioner shot store owner Reuben Britt with a .38-caliber revolver loaded with "rat shot." *Id.* at 222-23, 246, 260. Bullins shot Britt with a .22-caliber pistol, killing him. *Id.* at 223.

Petitioner was indicted for capital murder. 45 So. 3d at 223. The circuit court summoned a venire and sent juror questionnaires, prepared by the defense, to prospective jurors. *Ibid.* Of the 350 persons summoned, 126 appeared for jury selection. *Ibid.* Of those 126, 84 were white, 40 were black, 1 was Hispanic, and 1 did not provide race information. *Ibid.* The trial judge excused 30 of the 126 for statutory cause or other reasons

unrelated to the case. *Ibid.* That left 96 potential jurors—either 60 white and 36 black, or 61 white and 35 black. *E.g.*, *id.* at 223-24 & n.4.

Voir dire followed. ROA.17798-17939. The judge first examined the 96 venire members about their ability to be fair, to apply the law, and to serve. ROA.17798-17870. He then recessed for lunch. ROA.17870. Soon after the recess ended, all venire remembers had returned except one—Linda Lee. ROA.17871. After waiting "a few minutes" for her, the judge said: "I am ready to proceed. Miss Lee will be dealt with accordingly. I think if everybody else could be back on time she could have as well." ROA.17871. The prosecutor then began his voir dire, but was interrupted when Ms. Lee returned. ROA.17872. The judge asked: "Miss Lee, can you explain why you are like about 15 minutes later than everybody?" ROA.17872. Ms. Lee said: "I have to walk up here." ROA.17872.

The prosecution's voir dire focused on jurors' ability to apply the law, including whether they could impose the death penalty. ROA.17871-17894. The prosecutor posed questions to the full venire, then followed up with individual jurors only when their responses to a venire-wide question raised concerns about their ability to apply the law. The one exception was when he asked potential juror Patricia Tidwell, "are you related to David Tidwell?" ROA.17893. She replied, "That's my cousin." ROA.17893. The defense then conducted its voir dire, focusing on jurors' openness to a life-without-parole sentence. ROA.17894-17929.

After voir dire, the trial judge excused over 50 jurors for cause and for other reasons. 45 So. 3d at 223. After the judge ruled on many of those jurors, the defense challenged three potential jurors for cause. ROA.17945-17947. The judge struck two of those three. ROA.17945-17947. The judge then denied the defense's motion—which the defense conceded was foreclosed by precedent—to "quash[ ]" the death penalty because the death-qualification process "disproportionately" removed "minorities" from the venire. ROA.17947-17950. The prosecutor made one challenge for cause. He moved to strike Ms. Lee, explaining that she "was over 15 minutes late" after lunch, "showing a complete disregard for the whole court system." ROA.17950. The judge denied that challenge, ruling that Ms. Lee "explained the reason why she was late to the [court's] satisfaction" and "is trying real hard to be here and fulfill her civic duty as a juror." ROA.17950. The judge granted defense challenges to two more jurors, for not returning questionnaires. ROA.17951-17953.

The cause-strike process left 36 or 37 white potential jurors and 5 black potential jurors. 45 So. 3d at 223; *see* ROA.17939-17953, 17959-17961. To select the final jury, the parties took turns tendering jurors and exercising peremptory strikes. 45 So. 3d at 223; ROA.17953-17962. Petitioner used all 12 of his peremptory strikes for the main panel on white potential jurors, and a further strike on a white potential alternate juror. 45 So. 3d at 223; ROA.17848-17849, 17954, 17958, 17959-17960;

App.69A (JA953).* The prosecution used 7 of its 12 peremptory strikes, on 3 white potential jurors and 4 black potential jurors. 45 So. 3d at 223.

After the prosecution struck those 4 black potential jurors, petitioner challenged those strikes under *Batson v. Kentucky*, 476 U.S. 79 (1986). ROA.17954-17955, 17963-17964. *Batson* held that prosecutors may not exercise peremptory strikes based on race, *see* U.S. Const. amend. XIV, § 1, and adopted a 3-step framework for enforcing that rule. At step 1, the defendant must make a "prima facie" showing that the prosecution struck a potential juror based on race. 476 U.S. at 96. If the defendant makes that showing, at step 2 the prosecution must present "a neutral explanation" for the strike. *Id.* at 97. At step 3, the trial court must "determine if the defendant has established purposeful discrimination." *Id.* at 98. The "ultimate burden" to prove purposeful discrimination under *Batson* "rests with, and never shifts from," the defendant. *Purkett v. Elem*, 514 U.S. 765, 768 (1995) (per curiam).

In making a *Batson* claim, petitioner's counsel said: "[O]n the basis of [the] State's" strikes, "[w]e would object on the grounds of *Batson*

---

* As forecasted in the State's supplemental-briefing motion, the State cites materials—most notably, juror questionnaires—that the parties agree are part of the state-court record and should be considered in deciding petitioner's *Batson* claim but that, because of the case's procedural posture, were not yet filed in the district court and so were not included in the record on appeal. *See* Mot. 10 & n.*, Dkt. 118. The materials cited were included in appendices filed in the U.S. Supreme Court in this case—either the Joint Appendix (JA) filed by petitioner or the Respondents' Appendix (RA) filed by the State—and are available on the Supreme Court docket. *See Pitchford v. Cain*, No. 24-7351 (S. Ct.), bit.ly/4gQM4Xe. For ease of reference, the State has included an appendix to this brief (App.) that reproduces the relevant materials.

*versus Kentucky* that it appears there is a pattern of striking almost all of the available African-American jurors. [The prosecution has] tendered one African-American juror out of the five that have thus far ... arisen on the venire." ROA.17954-17955. Counsel continued: "[D]ue to the process of cause challenges, particularly death qualification challenges, this is already a disproportionally white jury for the population of this county." ROA.17955. Counsel added: "I would invite the Court's attention to" *Miller-El v. Dretke*, 545 U.S. 231 (2005), which "reversed a conviction where the prosecutors had used most, though not all, of their strikes. They had left either one or two black jurors on the venire, but the United States Supreme Court nonetheless reversed." ROA.17955. Petitioner's counsel later stated that only 1 of the 14 chosen jurors was black "whereas this county is approximately, what, 40 percent?" ROA.17963.

The trial judge was persuaded that petitioner had shown a prima facie case of discrimination "given the number of black [potential] jurors that were struck." ROA.17955; *see* 45 So. 3d at 226. So the judge required the State to give race-neutral reasons for its strikes of Linda Lee, Christopher Tillmon, Patricia Tidwell, and Carlos Ward. ROA.17956-17958; *see* 45 So. 3d at 226-27. The State struck Ms. Lee because she was "15 minutes late" from lunch and because, according to a police captain, police "had numerous calls to her house" and "she obviously has mental problems." ROA.17956-17957. The State struck Mr. Tillmon because his "brother" was "convicted of manslaughter" and, "considering that this is

a murder case," the prosecution did not "want anyone on the jury" with "relatives convicted of similar offenses." ROA.17957. The State struck Ms. Tidwell because her "brother"—identified by the prosecutor as "David Tidwell"—"was convicted in this court of sexual battery," "her brother is now charged in a shooting case," and, "according to police officers," she "is a known drug user." ROA.17957; *see* ROA.17893; App.229A (JA1429). And the State struck Mr. Ward for "several reasons": "he had no opinion on the death penalty"; he "ha[d] numerous speeding violations"; and he had key similarities to petitioner—they are "approximately the [same] age," "both have children about the same age," and "both have never been married"—and so was "too closely related to" petitioner and could not avoid "thinking about these issues," especially at the penalty phase. ROA.17957-17958. Petitioner did not challenge the State's reasons or ask the trial judge to seek further evidence on them.

The judge recognized that the State provided race-neutral reasons for each challenged strike, credited those reasons as "race neutral," and rejected petitioner's *Batson* challenge. ROA.17956-17958. Jury selection continued until there were 12 jurors and 2 alternates. ROA.17958-17964. One of the jurors—Leonard Jones—was black. ROA.17962-17964.

At trial, the State presented evidence that petitioner's car was at the crime scene, that he had recently tried to rob the same store, that police found in his car a .38-caliber revolver that was taken from the crime scene, and that he confessed his role in the murder to police and to

two fellow inmates. 45 So. 3d at 222-23, 238. He was convicted and sentenced to death. *Id.* at 223.

2. On appeal, the Mississippi Supreme Court rejected petitioner's *Batson* claim and affirmed, finding "overwhelming evidence of guilt." 45 So. 3d at 224-28, 237. On the *Batson* claim, the supreme court was "persuaded" at step 1 "that the record supports the trial court's finding of a prima facie showing of discrimination" based on the number of stricken black potential jurors. *Id.* at 225. At step 2, the supreme court upheld the trial judge's ruling that the State proffered race-neutral reasons for the 4 challenged strikes. *Id.* at 226-27. At step 3, the supreme court ruled that the trial judge properly rejected petitioner's *Batson* claim. *Id.* at 227-28. In doing so, the court ruled that petitioner "waive[d]" "rebuttal evidence and argument" that the State's race-neutral reasons were "pretextual" by failing to "raise" the issue "before the trial court." *Id.* at 227-28 & n.16. Then-Justice Graves dissented. *Id.* at 260-68.

3. Petitioner sought federal habeas relief under 28 U.S.C. § 2254(d). The district court granted relief on petitioner's *Batson* claim. ROA.18041-18060, 18061. The court did not rule on the merits of that claim. Instead, it held that petitioner did not waive his pretext arguments at trial and that, because those arguments went unaddressed, "no state court" performed step 3 of *Batson*. ROA.18056; *see* ROA.18050-18059. Although the district court did not rule that the State violated *Batson* by striking any juror because of race, the court ordered that the State "afford

[petitioner] a new trial within 180 days" or "release [him] from custody." ROA.18060. The district court later stayed its judgment. ROA.18114.

4. This Court reversed. *Pitchford v. Cain*, 126 F.4th 422 (5th Cir. 2025). It held that the state courts performed the required *Batson* step-3 analysis and that the Mississippi Supreme Court did not unreasonably determine that petitioner waived pretext arguments. *Id.* at 427-31. Given those rulings, this Court did not address the merits of petitioner's *Batson* claim or scrutinize the remedy the district court ordered.

5. The U.S. Supreme Court granted certiorari on whether "the Mississippi Supreme Court unreasonably determined that petitioner waived his right to rebut the prosecutor's asserted race-neutral reasons for exercising peremptory strikes against four black jurors." *Pitchford v. Cain*, 146 S. Ct. 988, 988 (2025). The Supreme Court then reversed this Court's judgment. *Pitchford v. Cain*, 146 S. Ct. 1345 (2026). It held that the state trial judge "omitted *Batson*'s third step" by failing to "afford [petitioner's] counsel a sufficient opportunity to rebut the prosecutor's proffered race-neutral reasons" and by failing to "determine[ ] whether the prosecutor's stated reasons were pretextual." *Id.* at 1351-52. And it held that "the Mississippi Supreme Court's conclusion that [petitioner] waived his opportunity to rebut the prosecutor's proffered race-neutral reasons [by arguing pretext] was unreasonable." *Id.* at 1352.

The Supreme Court did not address the merits of petitioner's *Batson* claim, decide what remedy was proper, or direct what should

occur on remand. The Court instead "remand[ed] the case for further proceedings consistent with [its] opinion." 146 S. Ct. at 1353; *see id.* at 1358 (Gorsuch, J., dissenting) (the Court "issue[d] a narrow judgment, holding only that [petitioner] did not waive a step three *Batson* argument without dictating what further proceedings may be appropriate on remand consistent with § 2254").

6. After the case was remanded to this Court, respondents moved the Court to order supplemental briefing on the merits of petitioner's *Batson* claim and to decide that claim on the merits. Dkt. 118. This Court granted that motion. Dkt. 128-2.

## ARGUMENT

This Court should reject petitioner's *Batson* claim. The State did not discriminate in selecting jurors at petitioner's trial. Petitioner is not entitled to habeas relief. The judgment below should be reversed.

### This Court Should Reject Petitioner's Claim That The State Discriminated In Jury Selection.

In *Batson v. Kentucky*, 476 U.S. 79 (1986), the Supreme Court held that the Constitution bars prosecutors from striking potential jurors based on race. To succeed on a *Batson* claim, a defendant must prove that the prosecution engaged in "purposeful discrimination" in striking a potential juror. *Id.* at 98. A "*Batson* claim will not succeed where the defendant fails to rebut each of the prosecutor's legitimate [race-neutral] reasons" for a challenged strike. *Sheppard v. Davis*, 967 F.3d 458, 472

(5th Cir. 2020). "[I]mplausible or fantastic justifications" for a strike may be "pretexts" for discrimination, but "intuitive assumptions, inarticulable factors, or even hunches can all be proper bases for rejecting a potential juror." *United States v. Perry*, 35 F.4th 293, 332 (5th Cir. 2022).

Petitioner has not shown—and cannot show—that the State discriminated in any of the 4 challenged strikes of black potential jurors. (In addressing petitioner's arguments, the State cites his U.S. Supreme Court briefing. That is his most recent presentation of those arguments and makes what he presumably considers his best arguments.)

A. Start with petitioner's prima facie case. At trial, he cited the "pattern" of strikes—the prosecution struck 4 of 5 black potential jurors—and its "disproportiona[te]" impact, given "the population of th[e] county." ROA.17954-17955.

Petitioner's showing was enough to make a prima facie case. But it was not a strong case. Of the peremptory strikes it used, the State used 57% on black potential jurors and 43% on white potential jurors. As the state supreme court observed in a ruling that petitioner has not contested, those numbers "support[ed]" but did not compel finding a prima facie case. *Pitchford v. State*, 45 So. 3d 216, 224-26 (Miss. 2010). And in a tendering process that began with 36 or 37 white potential jurors and 5 black potential jurors, it is not surprising that a jury of 12 members and 2 alternates would include only 1 black juror. Petitioner did enough to get to step 2, but his prima facie case was not compelling.

Petitioner has tried to bolster his prima facie showing by claiming that the prosecution struck "80% of eligible black jurors" (4 of 5) and "only 8.3% of eligible white jurors" (3 of 36). S. Ct. Pet. Br. 22-23. But the "36" is wrong: it includes 8 white potential jurors who were never considered for peremptory strikes because the juror-tendering process had already produced a final jury. *See* ROA.17953-17962.

Petitioner has also cited the prosecution's "juror list[s]"—lists of the 96 potential jurors who underwent voir dire that were "marked up" with notations including prospective jurors' race and sex. S. Ct. Pet. Br. 2, 7-8, 9 (citing ROA.2186-2195). Petitioner admits that those lists are not part of the state-court record. *E.g.*, ROA.18029. And his reliance on the lists gets him nothing. The prosecution had strong (and obvious) non-discriminatory reasons for noting jurors' race and sex. That information helps to identify jurors at jury selection and is critical to bringing or defending against *Batson* claims. *Broadnax v. Lumpkin*, 987 F.3d 400, 410 (5th Cir. 2021) (prosecutors have "considerable motivation to identify which jury venire members belong[ ] to a protected class when preparing to defend [their] use of peremptory challenges"); *Ricks v. Lumpkin*, 120 F.4th 1287, 1290 (5th Cir. 2024) ("the notation of racial identity in the prosecution's jury selection notes does not, without more, constitute racial discrimination"). Indeed, *petitioner* asked potential jurors to state their "[r]ace" and "[g]ender" on the juror questionnaire, App.282A

(RA202a), which (he said) sought information "necessary for the intelligent use of peremptory strikes," App.279A (RA199a).

Last, petitioner has stressed that the "lead prosecutor" at his trial was the prosecutor in *Flowers v. Mississippi*, 588 U.S. 284 (2019), which involved a *Batson* violation. S. Ct. Pet. Br. 2, 28-29. But *Flowers* reaffirms that courts must assess each *Batson* claim based on "the ... facts of th[e] case." 588 U.S. at 288. The "extraordinary" record in *Flowers* showed a *Batson* violation. *Id.* at 316. The record here does not.

B. Now take the prosecution's reasons for its strikes and petitioner's arguments against them. *See* S. Ct. Pet. Br. 23-28. Petitioner does not dispute that all the prosecution's reasons are facially race-neutral and legitimate grounds for a peremptory strike. *E.g.*, *id.* at 20, 31-33, 47-50. And his pretext arguments against them fail.

1. The prosecution struck Linda Lee because she "was 15 minutes late" after a lunch recess and because police "had numerous calls to her house and said she obviously has mental problems." ROA.17956-17957.

Petitioner has claimed pretext because the prosecution "did not object to the other late-return[ing]" jurors. S. Ct. Pet. Br. 23-24. But Ms. Lee was unique: she was "later than everybody" else and the court waited several minutes before proceeding without her. ROA.17870-17872. The trial judge did find her lateness "insufficient" to strike her for cause. S. Ct. Pet. Br. 23-24. But the basis for a peremptory strike "need not rise to the level justifying exercise of a challenge for cause." *Batson*, 476 U.S.

at 97; *e.g.*, *Heckman v. Gonzalez-Caballero*, 65 F.4th 222, 231 (5th Cir. 2023). The prosecution reasonably deemed Ms. Lee's unique lateness to show "disregard" for the court (ROA.17950), which was at odds with the State's desire for jurors who would follow the law. *See* ROA.17871-17894.

Petitioner has also claimed that Ms. Lee's alleged "potentially disqualifying" "mental-health" "condition" was an implausible basis for a strike because the prosecution did not seek to strike her for cause on that ground, "never asked her about it during voir dire," "did not raise" it until after the parties recessed "to prepare" their "peremptory strikes," and "presented no evidence" about it. S. Ct. Pet. Br. 24. None of that holds up. One: The prosecutor did not claim a "disqualifying" condition, so he did not challenge Ms. Lee for cause on that ground. He cited lesser "mental problems" that made her an unattractive juror. ROA.17956-17957. Two: The prosecutor learned about those "problems" from local police, so he did not need to ask about them at voir dire. ROA.17956-17957; *cf. Ramirez v. Plains All American GP, LLC*, No. 23-50305, 2024 WL 1434451, at *4 (5th Cir. Apr. 3, 2024) ("lack of questioning" at voir dire "does not indicate pretext" where a party received "the relevant ... information" from other sources). Indeed, before trial petitioner acknowledged his "anticipat[ion]" that the prosecution would "obtain information from law enforcement personnel regarding potential jurors" that the prosecution would "utilize[ ]" "in selecting the jury." App.274A (RA194a). Three: It is not suspicious that the prosecution gave this

reason after the court recessed for the parties "to prepare" their "preemptory strikes." S. Ct. Pet. Br. 24. The recess allowed the State to obtain such information. And four: The prosecution did not submit further evidence because *Batson* does not require it and because petitioner neither objected to the prosecutor's reason nor demanded such evidence. *E.g.*, *Great Plains v. Koch*, 45 F.3d 962, 965 (5th Cir. 1995) (this Court has "specifically declined to adopt ... a requirement" to introduce "evidence" to support peremptory strikes); *United States v. Cobb*, 975 F.2d 152, 155 n.3 (5th Cir. 1992) (race-neutral reasons need not be "supported by evidence in the record").

2. The prosecution struck Christopher Tillmon because his "brother" was "convicted of manslaughter" and the prosecution did not "want anyone on the jury" with "relatives convicted of similar offenses" in petitioner's "murder case." ROA.17957; *see Rhoades v. Davis*, 914 F.3d 357, 383 (5th Cir. 2019) ("A prospective juror's family member's carceral status" is "a race-neutral rationale for a peremptory strike.").

Petitioner has claimed that the State accepted two "similarly situated" white jurors who "had relatives with felony convictions." S. Ct. Pet. Br. 24-25. But those convictions were for burglary and forgery, which are not "similar[ ]" to a manslaughter conviction—especially in a murder trial. *See* App.17A, 59A (JA811, 931) (questionnaires); *Rhoades*, 914 F.3d at 383 ("[T]his court has countenanced distinguishing between the crimes of those related to veniremembers."). Petitioner also has said that the

prosecution did not "question" the other two jurors "about the nature of" their relatives' convictions or the jurors' "relationship with the convicted relative[s]." S. Ct. Pet. Br. 25. But that information was included in the juror questionnaires—which petitioner has said the prosecution "rel[ied] upon" in selecting jurors (*id.* at 42)—so the prosecution did not need to ask about it. *See* App.17A, 59A (JA811, 931); *United States v. Martinez-Brilia*, No. 21-20386, 2022 WL 6316523, at *3 (5th Cir. Oct. 10, 2022) ("questions about employment history appeared on the juror questionnaire, so the government's silence on the subject during voir dire says little, if anything, of pretext"); *Woodward v. Epps*, 580 F.3d 318, 340 (5th Cir. 2009) (lack of voir-dire questions not "automatically" "indicative of pretext" when relevant "questions were on the juror questionnaire").

Petitioner has also highlighted Mr. Tillmon's "attractive qualities" as a juror, such as his prior employment at a correctional facility and support for the death penalty. S. Ct. Pet. Br. 24-25. But the prosecution reasonably believed that Mr. Tillmon's ties to a relative convicted of homicide negated any "attractive qualities" he might have had. *Cf. United States v. Ongaga*, 820 F.3d 152, 167 (5th Cir. 2016) ("That a [potential juror] made some statements favorable to the government ... does not nullify the government's other, legitimate concerns.").

3. The prosecution struck Patricia Tidwell because "[h]er brother" was convicted of sexual battery in the same court as petitioner's trial, "her brother" had "pending" "charge[s] in a shooting case" in the same

county, and, "according to police officers," she was "a known drug user." ROA.17957; *see* ROA.17893. Petitioner has not disputed that Ms. Tidwell's questionnaire listed her brother's sexual-battery conviction. *See* App.229A (JA1429). Instead, he has pointed to the same two white jurors noted above with relatives convicted of "serious crimes." S. Ct. Pet. Br. 26. But forgery and burglary are not comparable to sexual battery. *See Rhoades*, 914 F.3d at 383. And Ms. Tidwell's relative's "pending" "charge[s]"—which petitioner has not claimed applies to those two other jurors—buoyed concerns about her relationships and sympathies. Petitioner also has claimed that Ms. Tidwell's drug use was "unsubstantiated." S. Ct. Pet. Br. 26. But he did not object to that reason, demand evidence on it, or give any basis to fault it. ROA.17957. Petitioner has suggested that Ms. Tidwell "likely" was not a "known drug user" because she had not "been charged with a drug-related crime." S. Ct. Pet. Br. 26. That is a non sequitur.

4. The prosecution struck Carlos Ward because he "had no opinion on the death penalty," "ha[d] numerous speeding violations," and had key similarities to petitioner (they are "approximately the [same] age," "have children about the same age," and "have never been married") and so was "too closely related to" petitioner and could not avoid "thinking about these issues," especially at the penalty phase. ROA.17957-17958.

Petitioner has faulted the prosecution's reliance on Mr. Ward's "demographic profile." S. Ct. Pet. Br. 27. But the cited characteristics

(youth, children, marital status) are race neutral and valid reasons for a strike. *E.g.*, *Rice v. Collins*, 546 U.S. 333, 341-42 (2006) (age, marital status, and community ties are appropriate race-neutral reasons); *see also Sheppard v. Davis*, 967 F.3d 458, 472 (5th Cir. 2020) ("bald assertions of pretext are unconvincing"). And those characteristics have special force—and special concern for the State—when combined. A young, unmarried father (like Mr. Ward) could naturally empathize with a fellow young, unmarried father (like petitioner). Petitioner has said that other jurors had one or two of the cited characteristics. S. Ct. Pet. Br. 27, 28. But none was a young, unmarried father—a highly pertinent "profile" (*id.* at 27) in petitioner's case—let alone a young, unmarried father who lacked an opinion on the death penalty and had "numerous" speeding violations. ROA.17958; *see Moore v. Keller Industries, Inc.*, 948 F.2d 199, 202 (5th Cir. 1991) (When a party has "multiple reasons" for "strik[ing]" a potential juror, "the existence of other jurors with some of their individual characteristics does not demonstrate that the reasons" "were pretextual."); *cf. Cobb*, 975 F.2d at 155-56 ("[T]he prosecutor was concerned not only about [the juror's] age, but also about her spouse's employment at a known house of prostitution," so "the mere fact that the prosecutor declined to strike several elderly white veniremen does not [undermine] ... the prosecutor's racially neutral explanations.").

Petitioner has said that there is "no evidence" of Mr. Ward's "speeding violations." S. Ct. Pet. Br. 28. But petitioner failed to object to

that reason or give the trial court any reason to doubt it. He also has said that the prosecution "disclaimed" that "speeding violations" are "relevant to jury service" by "specifically exclud[ing]" them from "the jointly crafted jury questionnaire." *Ibid.* But the *defense* crafted the questionnaire. *See* App.282A-88A (RA202a-08a) (defense's proposed questionnaire); App.1A-7A (JA733-39) (same questionnaire sent to jurors); App.289A-90A (RA209a-10a) (State agreeing that proposed questionnaire "filed by the defendant" was "satisfactory"). And the questionnaire excluded "traffic offenses" in questions about jurors' "friend[s]" and "family," not about jurors themselves. App.3A-4A (JA735-36). Anyway, in accepting the questionnaire, the State did not deem irrelevant information it did not seek.

C. One last point. Petitioner has faulted the State for "le[aving]" "one black juror on the panel"—what he has called "part of the playbook" to "obscure" discrimination. S. Ct. Pet. Br. 29. In making that claim, petitioner has ignored that juror's individual qualities. Those qualities made Leonard Jones an attractive juror for the State. ROA.17961; App.122A-28A (JA1159-65). Mr. Jones generally favored the death penalty (unlike Mr. Ward), App.127A, 249A (JA1164, 1467); he reported no relatives or friends with criminal charges (unlike Ms. Tidwell and Mr. Tillmon), App.125A, 229A, 235A (JA1162, 1429, 1447); and nothing indicates that he had "mental problems" or was late to court (unlike Ms. Lee) or that he was known to police as a drug user (unlike Ms. Tidwell),

ROA.17956-17957. Mr. Jones was also quite different from petitioner: Mr. Jones was much older, his children were all older than petitioner's, and he had been married. App.122A, 126A-27A (JA1159, 1163-64); *compare* App.244A, 248A (JA1462, 1466) (Mr. Ward). The record supports the view that the State evaluated Mr. Jones—like other potential jurors—based on individual, race-neutral qualities and made its jury-selection decisions accordingly.

Petitioner's *Batson* claim fails.

## CONCLUSION

This Court should reject petitioner's *Batson* claim and reverse the judgment below.

Respectfully submitted,

LYNN FITCH
*Attorney General*

*s/ Anthony M. Shults*

SCOTT G. STEWART
*Solicitor General*
JUSTIN L. MATHENY
ANTHONY M. SHULTS
*Deputy Solicitors General*
LADONNA C. HOLLAND
ALLISON K. HARTMAN
*Special Assistant Attorneys General*
MISSISSIPPI ATTORNEY GENERAL'S OFFICE
P.O. Box 220
Jackson, MS 39205-0220
Telephone: (601) 359-3680
E-mail: anthony.shults@ago.ms.gov

*Counsel for Respondents-Appellants*

July 30, 2026

## CERTIFICATE OF COMPLIANCE

This brief complies with the word limitations set out in this Court's July 1, 2026 order because, excluding the exempted parts of the document, it contains 4,870 words. This brief complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in proportionally spaced typeface, including serifs, using Microsoft Word 2016, in Century Schoolbook 14-point font, except for footnotes, which appear in Century Schoolbook 12-point font.

Dated: July 30, 2026

*s/ Anthony M. Shults*
Anthony M. Shults
*Counsel for Respondents-Appellants*

## CERTIFICATE OF SERVICE

I, Anthony M. Shults, hereby certify that the foregoing brief has been filed with the Clerk of Court using the Court's electronic filing system, which sent notification of such filing to all counsel of record.

Dated: July 30, 2026

*s/Anthony M. Shults*
Anthony M. Shults
*Counsel for Respondents-Appellants*

# APPENDIX

# APPENDIX CONTENTS

**Page**

Relevant Juror Questionnaires
from U.S. Supreme Court Joint Appendix, No. 24-7351,
Vol. III: bit.ly/4hBdKj8; Vol. IV: bit.ly/4yL8Sy6 .................................. 1A

Motion to Discover Information Regarding
Venire Members (June 6, 2005)
from U.S. Supreme Court Respondents' Appendix, No. 24-7351,
bit.ly/4x5ssn1 .................................................................................. 274A

Motion for Jury Questionnaire (Sept. 30, 2005)
from U.S. Supreme Court Respondents' Appendix, No. 24-7351,
bit.ly/4wrvcLw ................................................................................ 277A

Excerpt from Transcript of the Pretrial and Trial Proceedings,
Tr. 4-6 (Jan. 9, 2006)
from U.S. Supreme Court Respondents' Appendix, No. 24-7351,
bit.ly/4yLFwzu ................................................................................ 289A

733

Juror Information Questionnaire

1. Your Full Name: ____________________________

2. Present Address: ____________________________

3. Telephone Number: Home ( ) ___________
Work ( ) ___________

4. Place of Birth: ______________________________

5. Age:_______ Gender:_______ Race:_______

6. Have you lived at any other addresses in the last five years? YES: ____NO: ____

   If yes, what addresses?

   (a) ____________________________________

   (b) ____________________________________

7. Please state your highest level of education completed:________________________________

   Degrees or diplomas which you hold: ________

   List schools attended and locations:_________

   ____________________________________________

8. Who is your employer: _____________________

   How long have you worked for this employer: __________________

9. What is your position, and what are your duties in that position?

   ____________________________________________

______________________________________

10. Who else have you worked for in the past five years?

(a) ___________________________________

(b) ___________________________________

11. Have you ever been in the military? ____________

If yes, what branch? __________

12. Have you or any family member or close personal friend ever worked as a volunteer or employee in a law enforcement agency, prosecutor's office, prison, jail, correctional institution or mental health facility on the local, state, or federal level? __________

If yes, please state who, when and where: ___

______________________________________

______________________________________

13. Have you or any family members or close personal friends worked for a donated time or money to organizations supporting crime victims or preventing crime? _________

If yes, who, what organizations and when? __

______________________________________

14. Have you ever appeared as a witness before a Grand Jury? YES: ____NO: ____

When and where: _______________________

15. Have you ever appeared as a witness in a criminal prosecution? YES: ____NO: ____

    When and where: ___________________________

    Were you a witness for the State? _______ or for the defendant? ________

16. Have you ever served on a Grand Jury before? YES: ____NO: ____

17. Have you ever served on a Trial Jury before? YES: ____NO: ____

    Have you served as a juror on a Civil case? ___________

    When and where: ___________________________

    Did the jury reach a verdict? YES: ____NO: ____

    If not, please explain: ______________________

    Have you served as a juror on a Criminal case? ___________

    When and where: ___________________________

    What was the charge? ______________________

    Did the jury reach a verdict? YES: ____NO: ____

    If not, please explain: ______________________

18. Have you ever been a party to a legal action? YES:____NO: ____

    Was it Civil? ___________ or Criminal? ___________

If it was Civil, were you the Plaintiff? __________ or the Defendant? ____________

If it was Civil, was the verdict in your favor? _________________

If it was Criminal, what were the charges involved? ___________________

Were you the one who filed charges? _________________

Or were charges filed against you? ___________________

What was the result? ______________________

19. Has any member of your family or any close friend ever been charged with a criminal offense other than traffic offenses? YES: ____ NO:______

If yes, please state your relationship to that person, the charges involved and the outcome.

__________________________________________

__________________________________________

20. Has any member of your family or any close friend ever been arrested for a criminal offense other than traffic offenses, but not charged? YES: _______ NO: _______

If yes, please state your relationship to that person and the charges involved.

__________________________________________

21. Have you ___________, any member of your family _______, or a close friend ________ ever been the victim of a violent crime?

    What was the crime?______________________

    Was anyone arrested ________ and/or convicted ________ in connection with that crime?

22. What is your political party preference? _____

    Religious affiliation _______________________

23. Please list the organizations to which you belong (Social, Fraternal, Service, Charitable, etc.)

    __________________________________________

    __________________________________________

24. What newspapers do you read? _____________

    What magazines?__________________________

    What is your favorite t.v. show? ____________

25. Do you regularly watch the local news? __________; national news? _______________

26. Thinking about the neighborhood where you live, are the people you usually run into:

    All White _________ All Black _______ Mix of white and black residents _______

27. What is your marital status? Married ______ Divorced __________ Widowed______ Never married__________

If married or widowed, how many years are/were you married? ____________________

What is/was your spouse's occupation? ______

Highest grade spouse completed in school____

Spouse's Political Party Preference__________

Spouse's Religious Affiliation_______________

28. How many children do you have? ___________

List their ages, gender and occupation if applicable:

________________________________________

________________________________________

________________________________________

________________________________________

29. What do you think about the death penalty?

(Please circle the letter that most accurately represents your opinion. You may provide more information on the lines below.)

A. Strongly Favor

B. Generally Favor

C. No Opinion

D. Generally Against

E. Strongly Against

________________________________________

________________________________________

________________________________________

________________________________________

30. Is there any other information you believe might be important for the Court or for the lawyers to know about you as a potential juror?

________________________________________

________________________________________

________________________________________

______________________________ ____________

Juror please sign full name here      Date signed

802

Juror Information Questionnaire

1. Your Full Name: Gary Gene Bennett
2. Present Address: 25836 Hwy 8 E Grenada, MS 38901
3. Telephone Number: Home (662) 226-4173

   Work (662) 229-2000
4. Place of Birth: Grenada
5. Age: _____49_____ Gender:__Male_______ Race:_White_________
6. Have you lived at any other addresses in the last five years? YES: ____NO: __X__

   If yes, what addresses?

   (a)

   (b)
7. Please state your highest level of education completed: High School

   Degrees or diplomas which you hold: High School Diploma

   List schools attended and locations: Jones Road Ele. - Grenada

   Grenada Lake Academy – Grenada Co.
8. Who is your employer: Heatcraft

   How long have you worked for this employer: 21 yrs
9. What is your position, and what are your duties in that position?

Inspector – I check air conditioner coils for defects before they are boxed and sent to customer.

10. Who else have you worked for in the past five years?

(a)

(b)

11. Have you ever been in the military? __No___________

If yes, what branch?

12. Have you or any family member or close personal friend ever worked as a volunteer or employee in a law enforcement agency, prosecutor's office, prison, jail, correctional institution or mental health facility on the local, state, or federal level? _No__________

If yes, please state who, when and where:

13. Have you or any family members or close personal friends worked for a donated time or money to organizations supporting crime victims or preventing crime? _No_________

If yes, who, what organizations and when?

14. Have you ever appeared as a witness before a Grand Jury? YES: ____NO: _X___

When and where:

15. Have you ever appeared as a witness in a criminal prosecution? YES: ____NO: _X___

When and where:

Were you a witness for the State? _______ or for the defendant? ________

16. Have you ever served on a Grand Jury before? YES: ____NO: _X___

17. Have you ever served on a Trial Jury before? YES: _X___NO: ____

Have you served as a juror on a Civil case? ____No_______

When and where:

Did the jury reach a verdict? YES: __X__NO: ____

If not, please explain:

Have you served as a juror on a Criminal case? ___Yes________

When and where: 23 or 24 years ago. Grenada, Co.

What was the charge? Attempted Robbery

Did the jury reach a verdict? YES: __X__NO: ____

If not, please explain:

18. Have you ever been a party to a legal action? YES:____NO: __X__

Was it Civil? ___________ or Criminal? ___________

If it was Civil, were you the Plaintiff? __________ or the Defendant? ____________

If it was Civil, was the verdict in your favor? _________________

If it was Criminal, what were the charges involved? __________________

Were you the one who filed charges? ________________

Or were charges filed against you? __________________

What was the result?

19. Has any member of your family or any close friend ever been charged with a criminal offense other than traffic offenses? YES: ____ NO:__X____

If yes, please state your relationship to that person, the charges involved and the outcome.

20. Has any member of your family or any close friend ever been arrested for a criminal offense other than traffic offenses, but not charged? YES: _______ NO: __X_____

If yes, please state your relationship to that person and the charges involved.

21. Have you ___No________, any member of your family ___No____, or a close friend _No_______ ever been the victim of a violent crime?

What was the crime?

Was anyone arrested ________ and/or convicted ________ in connection with that crime?

22. What is your political party preference? Republican

Religious affiliation Baptist

23. Please list the organizations to which you belong (Social, Fraternal, Service, Charitable, etc.)

Gore Springs Vol. Fire Dept.

24. What newspapers do you read? The Daily Star

What magazines? Outdoor Life and Readers Digest

What is your favorite t.v. show? I don't have a favorite t.v. show

25. Do you regularly watch the local news? ___yes_______; national news? ____yes_____

26. Thinking about the neighborhood where you live, are the people you usually run into:

All White _________ All Black _______ Mix of white and black residents __X_____

27. What is your marital status? Married __X____ Divorced __________ Widowed______ Never married__________

If married or widowed, how many years are/were you married? _32________________

What is/was your spouse's occupation? Housewife

Highest grade spouse completed in school 12th Grade

Spouse's Political Party Preference Republican

Spouse's Religious Affiliation Baptist

28. How many children do you have? 2

    List their ages, gender and occupation if applicable:

    31, Female, Secretary

    25, Female, Hairdresser

29. What do you think about the death penalty?

    (Please circle the letter that most accurately represents your opinion. You may provide more information on the lines below.)

    (A.) Strongly Favor
    B. Generally Favor
    C. No Opinion
    D. Generally Against
    E. Strongly Against

30. Is there any other information you believe might be important for the Court or for the lawyers to know about you as a potential juror?

/s/ ______________________________ 1-20-06

Juror please sign full name here Date signed

808

Juror Information Questionnaire

1. Your Full Name: Henry George Bernreuter
2. Present Address: 1364 Joplin Dr.
3. Telephone Number: Home (662) 226-6743

   Work (662) 940-9485
4. Place of Birth: Kosciusko, MS
5. Age: ___58_______ Gender:__Male_______
   Race:_White_________
6. Have you lived at any other addresses in the last five years? YES: _X___NO: ____

   If yes, what addresses?

   (a) Cleveland Mobile Home Park, Richland, MS

   (b)
7. Please state your highest level of education completed: College Graduate

   Degrees or diplomas which you hold: B.S.

   List schools attended and locations: Kosciusko High - Kosciusko

   Holmes In. Goodmann, William Coney College, Hattieburg MS
8. Who is your employer: MS Army National Guard

   How long have you worked for this employer: 25 years
9. What is your position, and what are your duties in that position?

   Admin. Officer, 66 Tr, Cdr

10. Who else have you worked for in the past five years?

    (a) Recruiting and Retention Commander

    ~~(b)~~ MS Army National Guard

11. Have you ever been in the military? ___Yes__________

    If yes, what branch? Army/MS Army National Guard

12. Have you or any family member or close personal friend ever worked as a volunteer or employee in a law enforcement agency, prosecutor's office, prison, jail, correctional institution or mental health facility on the local, state, or federal level? ___No________

    If yes, please state who, when and where:

13. Have you or any family members or close personal friends worked for a donated time or money to organizations supporting crime victims or preventing crime? __No________

    If yes, who, what organizations and when?

14. Have you ever appeared as a witness before a Grand Jury? YES: ____NO: _X___

    When and where: N/A

15. Have you ever appeared as a witness in a criminal prosecution? YES: ____NO: _X___

    When and where: N/A

Were you a witness for the State? __N/A_____ or for the defendant? _N/A_______

16. Have you ever served on a Grand Jury before? YES: ____NO: _X___

17. Have you ever served on a Trial Jury before? YES: _X___NO: ____

Have you served as a juror on a Civil case? ___No________

When and where: N/A

Did the jury reach a verdict? YES: __X__NO: ____

If not, please explain: N/A

Have you served as a juror on a Criminal case? ____Yes_______

When and where: Grenada, MS

What was the charge? Murder

Did the jury reach a verdict? YES: _X___NO: ____

If not, please explain: N/A

18. Have you ever been a party to a legal action? YES:____NO: __X__

Was it Civil? ___ N/A________ or Criminal? _____ N/A______

If it was Civil, were you the Plaintiff? ___ N/A_______ or the Defendant? ____ N/A____

If it was Civil, was the verdict in your favor? _______ N/A__________

If it was Criminal, what were the charges involved? ____ N/A_______________

Were you the one who filed charges? _______ N/A__________

Or were charges filed against you? _____________ N/A______

What was the result? N/A

19. Has any member of your family or any close friend ever been charged with a criminal offense other than traffic offenses? YES: __X__ NO:______

If yes, please state your relationship to that person, the charges involved and the outcome.

Son – commercial burglary

Stepson - forgery

20. Has any member of your family or any close friend ever been arrested for a criminal offense other than traffic offenses, but not charged? YES: _______ NO: ___X____

If yes, please state your relationship to that person and the charges involved.

N/A

21. Have you ____No_______, any member of your family ___ No____, or a close friend ___No_____ ever been the victim of a violent crime?

What was the crime? N/A

Was anyone arrested __ N/A__ and/or convicted ___ N/A___ in connection with that crime?

22. What is your political party preference? Republican

Religious affiliation Episcopal

23. Please list the organizations to which you belong (Social, Fraternal, Service, Charitable, etc.)

    MS National Guard Officer's Asso.

24. What newspapers do you read? None

    What magazines? None

    What is your favorite t.v. show? Old movies

25. Do you regularly watch the local news? __No________; national news? _Yes_________

26. Thinking about the neighborhood where you live, are the people you usually run into:

    All White _________ All Black _______ Mix of white and black residents __X_____

27. What is your marital status? Married __X____ Divorced __________ Widowed______ Never married__________

    If married or widowed, how many years are/were you married? ____18 years______

    What is/was your spouse's occupation? Radiology Technologist

    Highest grade spouse completed in school College graduate

    Spouse's Political Party Preference Republican

    Spouse's Religious Affiliation Presbyterian

28. How many children do you have? 3

    List their ages, gender and occupation if applicable:

    34 male - unemployed

31 female - nurse

26 male – automotive tech.

29. What do you think about the death penalty?

(Please circle the letter that most accurately represents your opinion. You may provide more information on the lines below.)

A. Strongly Favor
B. Generally Favor
C. No Opinion
D. Generally Against
E. Strongly Against

30. Is there any other information you believe might be important for the Court or for the lawyers to know about you as a potential juror?

No

/s/ 1-16-06

Juror please sign full name here Date signed

Juror Information Questionnaire

1. Your Full Name: Ronald Ray Branscome
2. Present Address: 172 Southlakes Dr., Grenada
3. Telephone Number: Home (662) 226-5550

   Work (662) 226-4454
4. Place of Birth: Greenwood, MS
5. Age: __54________ Gender:__M_______

   Race:___W_______
6. Have you lived at any other addresses in the last five years? YES: _X___NO: ____

   If yes, what addresses?

   (a) 232 Robin Rd., Grenada

   (b)
7. Please state your highest level of education completed: college graduate

   Degrees or diplomas which you hold: B.S.

   List schools attended and locations: Miss. State University, Starkville University of Miss., Oxford
8. Who is your employer: Self

   How long have you worked for this employer: 30 yrs.
9. What is your position, and what are your duties in that position?

   Broker/Owner, Coldwell Banker Landmark Realty; List and sell real estate. Co-manage agency.

10. Who else have you worked for in the past five years?

    (a) No one.

    (b)

11. Have you ever been in the military? ___No__________

    If yes, what branch?

12. Have you or any family member or close personal friend ever worked as a volunteer or employee in a law enforcement agency, prosecutor's office, prison, jail, correctional institution or mental health facility on the local, state, or federal level? _____No______

    If yes, please state who, when and where:

13. Have you or any family members or close personal friends worked for a donated time or money to organizations supporting crime victims or preventing crime? ____No______

    If yes, who, what organizations and when?

14. Have you ever appeared as a witness before a Grand Jury? YES: ____NO: _X___

    When and where:

15. Have you ever appeared as a witness in a criminal prosecution? YES: ____NO: _X___

    When and where:

    Were you a witness for the State? _______ or for the defendant? ________

16. Have you ever served on a Grand Jury before? YES: ____NO: __X__

17. Have you ever served on a Trial Jury before? YES: ____NO: __X__

    Have you served as a juror on a Civil case? ___No________

    When and where:

    Did the jury reach a verdict? YES: ____NO: ____

    If not, please explain:

    Have you served as a juror on a Criminal case? _____No______

    When and where:

    What was the charge?

    Did the jury reach a verdict? YES: ____NO: ____

    If not, please explain:

18. Have you ever been a party to a legal action? YES:__X__NO: ____

    Was it Civil? __X_________ or Criminal? ___________

    If it was Civil, were you the Plaintiff? __________ or the Defendant? ____X________

    If it was Civil, was the verdict in your favor? __Pending_______________

    If it was Criminal, what were the charges involved? ___________________

    Were you the one who filed charges? _________________

    Or were charges filed against you? ___________________

What was the result?

19. Has any member of your family or any close friend ever been charged with a criminal offense other than traffic offenses? YES: ____ NO:___X___

If yes, please state your relationship to that person, the charges involved and the outcome.

20. Has any member of your family or any close friend ever been arrested for a criminal offense other than traffic offenses, but not charged? YES: _______ NO: __X_____

If yes, please state your relationship to that person and the charges involved.

21. Have you ___________, any member of your family _______, or a close friend ________ ever been the victim of a violent crime? No.

What was the crime?

Was anyone arrested ________ and/or convicted ________ in connection with that crime?

22. What is your political party preference? Republican

Religious affiliation Episcopalian

23. Please list the organizations to which you belong (Social, Fraternal, Service, Charitable, etc.)

Grenada Board of REALTORS, Miss. Association of REALORS, National Association

of REALTORS

24. What newspapers do you read? The Daily Star

What magazines? Business/Living

What is your favorite t.v. show? Grey's Anatomy

25. Do you regularly watch the local news? ____Yes______; national news? _____Yes____

26. Thinking about the neighborhood where you live, are the people you usually run into:

All White ____X_____ All Black _______ Mix of white and black residents _______

27. What is your marital status? Married ___X___ Divorced __________ Widowed______ Never married__________

If married or widowed, how many years are/were you married? _______8 yrs.__________

What is/was your spouse's occupation? Teacher

Highest grade spouse completed in school College graduate

Spouse's Political Party Preference Republican

Spouse's Religious Affiliation Episcopalian

28. How many children do you have? 2

List their ages, gender and occupation if applicable:

27 yrs., female, health care management

25 yrs., male, farm work

29. What do you think about the death penalty?

    (Please circle the letter that most accurately represents your opinion. You may provide more information on the lines below.)

    A. Strongly Favor
    B. Generally Favor (circled)
    C. No Opinion
    D. Generally Against
    E. Strongly Against

30. Is there any other information you believe might be important for the Court or for the lawyers to know about you as a potential juror?

    I have reservations and airline tickets for a business convention in CA on February 14-19, 2006.

/s/ 1/15/2006

Juror please sign full name here Date signed

838

Juror Information Questionnaire

1. Your Full Name: Mary Flanagan Brewer
2. Present Address: 131 Shurden Rd., Gore Springs, MS 38929
3. Telephone Number: Home (662) 226-3134 / cell 307-0049

   Work (662) 226-8900
4. Place of Birth: Vardaman, MS
5. Age: ____59______ Gender: ___F______ Race: ____W______
6. Have you lived at any other addresses in the last five years? YES: ____NO: _X___

   If yes, what addresses?

   (a)

   (b)
7. Please state your highest level of education completed: 13

   Degrees or diplomas which you hold: N/A

   List schools attended and locations: Greenwood HS-MS; Holmes Comm. College
8. Who is your employer: Grenada School District – Lower Elem.

   How long have you worked for this employer: 3 yrs.
9. What is your position, and what are your duties in that position?

Kindergarten Assistance Teacher – help teacher – work with students

10. Who else have you worked for in the past five years?

    (a) Comfort Inn – Part Time Desk Clerk

    (b) 26 yrs – AT&T - Operator

11. Have you ever been in the military? _______No______

    If yes, what branch? No

12. Have you or any family member or close personal friend ever worked as a volunteer or employee in a law enforcement agency, prosecutor's office, prison, jail, correctional institution or mental health facility on the local, state, or federal level? ______No_____

    If yes, please state who, when and where:

13. Have you or any family members or close personal friends worked for a donated time or money to organizations supporting crime victims or preventing crime? ____ No______

    If yes, who, what organizations and when?

14. Have you ever appeared as a witness before a Grand Jury? YES: ____NO: _ No___

    When and where:

15. Have you ever appeared as a witness in a criminal prosecution? YES: ____NO: _ No___

When and where:

Were you a witness for the State? _______ or for the defendant? ________

16. Have you ever served on a Grand Jury before? YES: ____NO: _ No___

17. Have you ever served on a Trial Jury before? YES: _X___NO: ____

Have you served as a juror on a Civil case? Not sure if civil or criminal

When and where: Grenada Co. – 20-30 years ago

Did the jury reach a verdict? YES: __X__NO: ____

If not, please explain:

Have you served as a juror on a Criminal case? ___________

When and where:

What was the charge?

Did the jury reach a verdict? YES: ____NO: ____

If not, please explain:

18. Have you ever been a party to a legal action? YES:____NO: _ No___

Was it Civil? ___________ or Criminal? ___________

If it was Civil, were you the Plaintiff? __________ or the Defendant? ____________

If it was Civil, was the verdict in your favor? _________________

If it was Criminal, what were the charges involved? ___________________

Were you the one who filed charges? ________________

Or were charges filed against you? __________________

What was the result?

19. Has any member of your family or any close friend ever been charged with a criminal offense other than traffic offenses? YES: ____ NO:__ No____

If yes, please state your relationship to that person, the charges involved and the outcome.

20. Has any member of your family or any close friend ever been arrested for a criminal offense other than traffic offenses, but not charged? YES: _______ NO: ___ No____

If yes, please state your relationship to that person and the charges involved.

21. Have you ___________, any member of your family _______, or a close friend ________ ever been the victim of a violent crime? No.

What was the crime?

Was anyone arrested ________ and/or convicted ________ in connection with that crime?

22. What is your political party preference? Republican

Religious affiliation Baptist

23. Please list the organizations to which you belong (Social, Fraternal, Service, Charitable, etc.)

    N/A

24. What newspapers do you read? Grenada Daily Star; USA Today

    What magazines?

    What is your favorite t.v. show? M*A*S*H

25. Do you regularly watch the local news? ______No__; national news? ____No_________

26. Thinking about the neighborhood where you live, are the people you usually run into:

    All White ____X____ All Black _______ Mix of white and black residents _______

27. What is your marital status? Married ______ Divorced __________ Widowed__X___ Never married__________

    If married or widowed, how many years are/were you married? _____11 1/2__________

    What is/was your spouse's occupation? Maintenance Sup.

    Highest grade spouse completed in school 12

    Spouse's Political Party Preference Republican

    Spouse's Religious Affiliation Baptist

28. How many children do you have? 2

    List their ages, gender and occupation if applicable:

    Daughter 40 Sara Com

Daughter 35 – Great Southern Wood

29. What do you think about the death penalty?

(Please circle the letter that most accurately represents your opinion. You may provide more information on the lines below.)

A. Strongly Favor

B. Generally Favor (circled)

C. No Opinion

D. Generally Against

E. Strongly Against

30. Is there any other information you believe might be important for the Court or for the lawyers to know about you as a potential juror? No

/s/ 1-24-06

Juror please sign full name here Date signed

Juror Information Questionnaire

1. Your Full Name: Devotie Ward Brister
2. Present Address: 135 South St.
3. Telephone Number: Home ( ) 226-3823
   Work ( ) 226-2642
4. Place of Birth: Greenwood, MS
5. Age: _____56_____ Gender: ___M______
   Race: _____W_____
6. Have you lived at any other addresses in the last five years? YES: ____NO: __X__
   If yes, what addresses?
   (a)
   (b)
7. Please state your highest level of education completed: B.S. Pharmacy
   Degrees or diplomas which you hold:
   List schools attended and locations: Univ. of Mississippi, Oxford, MS
8. Who is your employer: Brister Brothers Pharmacy
   How long have you worked for this employer: 9 yrs
9. What is your position, and what are your duties in that position?
   Owner/pharmacist

10. Who else have you worked for in the past five years?

    (a) NA

    (b)

11. Have you ever been in the military? _______No______

    If yes, what branch?

12. Have you or any family member or close personal friend ever worked as a volunteer or employee in a law enforcement agency, prosecutor's office, prison, jail, correctional institution or mental health facility on the local, state, or federal level? _____Yes______

    If yes, please state who, when and where: Sister-in-law teaches Bible study to female inmates

13. Have you or any family members or close personal friends worked for a donated time or money to organizations supporting crime victims or preventing crime? ____No______

    If yes, who, what organizations and when?

14. Have you ever appeared as a witness before a Grand Jury? YES: ____NO: __X__

    When and where:

15. Have you ever appeared as a witness in a criminal prosecution? YES: ____NO: _X___

    When and where:

Were you a witness for the State? ___No____ or for the defendant? ____No____

16. Have you ever served on a Grand Jury before? YES: ____NO: __X__

17. Have you ever served on a Trial Jury before? YES: ____NO: ___X_

Have you served as a juror on a Civil case? ______No_____

When and where:

Did the jury reach a verdict? YES: ____NO: ____

If not, please explain:

Have you served as a juror on a Criminal case? ___________

When and where:

What was the charge?

Did the jury reach a verdict? YES: ____NO: ____

If not, please explain:

18. Have you ever been a party to a legal action? YES:__X__NO: ____

Was it Civil? ____X_______ or Criminal? ___________

If it was Civil, were you the Plaintiff? ___X_______ or the Defendant? _X_- Class action suits against drug manufacturers that also named my business.

If it was Civil, was the verdict in your favor? ____(settled before court)_____________

If it was Criminal, what were the charges involved? ___________________

Were you the one who filed charges? ________________

Or were charges filed against you? __________________

What was the result?

19. Has any member of your family or any close friend ever been charged with a criminal offense other than traffic offenses? YES: ____ NO:___X___

If yes, please state your relationship to that person, the charges involved and the outcome.

20. Has any member of your family or any close friend ever been arrested for a criminal offense other than traffic offenses, but not charged? YES: _______ NO: __X_____

If yes, please state your relationship to that person and the charges involved.

21. Have you ___No______, any member of your family __No_____, or a close friend __No______ ever been the victim of a violent crime?

What was the crime?

Was anyone arrested ________ and/or convicted ________ in connection with that crime?

22. What is your political party preference? I vote for the candidate

Religious affiliation Methodist

23. Please list the organizations to which you belong (Social, Fraternal, Service, Charitable, etc.)

    Professional – NIPC, NCPA, MPhA, MIPA

24. What newspapers do you read? Clarion Ledger, Daily Sentinel Star

    What magazines? Life Extension, Sound & Vision

    What is your favorite t.v. show? 24

25. Do you regularly watch the local news? ____Yes______; national news? _____No__________

26. Thinking about the neighborhood where you live, are the people you usually run into:

    All White _________ All Black _______ Mix of white and black residents ____X___

27. What is your marital status? Married ___X___ Divorced __________ Widowed______ Never married__________

    If married or widowed, how many years are/were you married? _________________

    What is/was your spouse's occupation? Clerk/bookkeeper

    Highest grade spouse completed in school 12th

    Spouse's Political Party Preference

    Spouse's Religious Affiliation Methodist

28. How many children do you have? 1

List their ages, gender and occupation if applicable:

M – 28 – TV reporter

29. What do you think about the death penalty?

(Please circle the letter that most accurately represents your opinion. You may provide more information on the lines below.)

A. Strongly Favor

(B.) Generally Favor

C. No Opinion

D. Generally Against

E. Strongly Against

30. Is there any other information you believe might be important for the Court or for the lawyers to know about you as a potential juror?

/s/ ______________________ 1/14/06 ______

Juror please sign full name here Date signed

Juror Information Questionnaire

1. Your Full Name: Lovey Francine Britt
2. Present Address: 3052 Greensboro Rd., Grenada, MS
3. Telephone Number: Home (662) 226-3809
   Work ( )
4. Place of Birth: Winona, MS
5. Age: _____49_____ Gender: ____Female_____ Race: ___White_______
6. Have you lived at any other addresses in the last five years? YES: ____NO: __X__
   If yes, what addresses?
   (a)
   (b)
7. Please state your highest level of education completed: 12th
   Degrees or diplomas which you hold: GED
   List schools attended and locations:
8. Who is your employer: Housewife
   How long have you worked for this employer: 32 yrs
9. What is your position, and what are your duties in that position?
10. Who else have you worked for in the past five years?

(a)

(b)

11. Have you ever been in the military? _____No________

If yes, what branch?

12. Have you or any family member or close personal friend ever worked as a volunteer or employee in a law enforcement agency, prosecutor's office, prison, jail, correctional institution or mental health facility on the local, state, or federal level? ___Yes________

If yes, please state who, when and where: Brother-in-law, Reserve Deputy, Albert Britt

13. Have you or any family members or close personal friends worked for a donated time or money to organizations supporting crime victims or preventing crime? _____No_____

If yes, who, what organizations and when?

14. Have you ever appeared as a witness before a Grand Jury? YES: ____NO: __X__

When and where:

15. Have you ever appeared as a witness in a criminal prosecution? YES: ____NO: __ X__

When and where:

Were you a witness for the State? _______ or for the defendant? ________

16. Have you ever served on a Grand Jury before? YES: ____NO: _ X___

17. Have you ever served on a Trial Jury before? YES: ____NO: __ X__

    Have you served as a juror on a Civil case? ___Yes________

    When and where: Grenada – several years ago – I'm not sure of the date

    Did the jury reach a verdict? YES: _ X___NO: ____

    If not, please explain:

    Have you served as a juror on a Criminal case? ___No________

    When and where:

    What was the charge?

    Did the jury reach a verdict? YES: ____NO: ____

    If not, please explain:

18. Have you ever been a party to a legal action? YES:____NO: __ X__

    Was it Civil? ___________ or Criminal? ___________

    If it was Civil, were you the Plaintiff? __________ or the Defendant? ____________

    If it was Civil, was the verdict in your favor? _________________

    If it was Criminal, what were the charges involved? ___________________

    Were you the one who filed charges? _________________

Or were charges filed against you? ________________

What was the result?

19. Has any member of your family or any close friend ever been charged with a criminal offense other than traffic offenses? YES: ____ NO:__ X____

If yes, please state your relationship to that person, the charges involved and the outcome.

20. Has any member of your family or any close friend ever been arrested for a criminal offense other than traffic offenses, but not charged? YES: _______ NO: __ X_____

If yes, please state your relationship to that person and the charges involved.

21. Have you ___________, any member of your family _______, or a close friend ________ ever been the victim of a violent crime? No

What was the crime?

Was anyone arrested ________ and/or convicted ________ in connection with that crime?

22. What is your political party preference? Republican

Religious affiliation Methodist

23. Please list the organizations to which you belong (Social, Fraternal, Service, Charitable, etc.)

24. What newspapers do you read? Grenada Lake Herald – USA Today

    What magazines? Country Woman, Guidepost, Angels

    What is your favorite t.v. show? Andy Griffith

25. Do you regularly watch the local news? ___No_____; national news? ____Yes________

26. Thinking about the neighborhood where you live, are the people you usually run into:

    All White ___ X______ All Black _______ Mix of white and black residents _______

27. What is your marital status? Married __ X____ Divorced __________ Widowed______ Never married__________

    If married or widowed, how many years are/were you married? ____32 yrs.___________

    What is/was your spouse's occupation? Factory worker

    Highest grade spouse completed in school 12th

    Spouse's Political Party Preference Republican

    Spouse's Religious Affiliation Methodist

28. How many children do you have? 1

    List their ages, gender and occupation if applicable:

    26 – female - RN

29. What do you think about the death penalty?

    (Please circle the letter that most accurately represents your opinion. You may provide more information on the lines below.)

    A. Strongly Favor
    B. Generally Favor (circled)
    C. No Opinion
    D. Generally Against
    E. Strongly Against

30. Is there any other information you believe might be important for the Court or for the lawyers to know about you as a potential juror? Not that I can think of.

/s/ ______________________ 1-14-06

Juror please sign full name here Date signed

Juror Information Questionnaire

1. Your Full Name: Brantley Godbold Clark
2. Present Address: 125 A Windmill Cove, Grenada
3. Telephone Number: Home (662-226-0560)

   Work (662-453-7078)
4. Place of Birth: Grenada
5. Age: 22__________ Gender: Female_________ Race: White American________
6. Have you lived at any other addresses in the last five years? YES: X____NO: ____

   If yes, what addresses?

   (a) 2150 Perry Rd Grenada, MS 38901

   (b)
7. Please state your highest level of education completed: College degree

   Degrees or diplomas which you hold: BFA – Graphic Design

   List schools attended and locations: HCC – Grenada + Delta State University

8. Who is your employer: Allan Hammons – Hammons & Associates

   How long have you worked for this employer: 4.5 months
9. What is your position, and what are your duties in that position?

Graphic Designer – Design Ads for Magazines, Newspapers, Brochure Design, Logo Design

10. Who else have you worked for in the past five years?

    (a) Dolly Marascalco – Dolly's Boutique

    (b)

11. Have you ever been in the military? No_____________

    If yes, what branch?

12. Have you or any family member or close personal friend ever worked as a volunteer or employee in a law enforcement agency, prosecutor's office, prison, jail, correctional institution or mental health facility on the local, state, or federal level? No___________

    If yes, please state who, when and where:

13. Have you or any family members or close personal friends worked for a donated time or money to organizations supporting crime victims or preventing crime? No__________

    If yes, who, what organizations and when?

14. Have you ever appeared as a witness before a Grand Jury? YES: ____NO: X____

    When and where:

15. Have you ever appeared as a witness in a criminal prosecution? YES: ____NO: X____

When and where:

Were you a witness for the State? _______ or for the defendant? ________

16. Have you ever served on a Grand Jury before? YES: ____NO: X____

17. Have you ever served on a Trial Jury before? YES: ____NO: X____

Have you served as a juror on a Civil case? ___________

When and where:

Did the jury reach a verdict? YES: ____NO: ____

If not, please explain:

Have you served as a juror on a Criminal case? ___________

When and where:

What was the charge?

Did the jury reach a verdict? YES: ____NO: ____

If not, please explain:

18. Have you ever been a party to a legal action? YES:____NO: X____

Was it Civil? ___________ or Criminal? ___________

If it was Civil, were you the Plaintiff? __________ or the Defendant? ____________

If it was Civil, was the verdict in your favor? _________________

If it was Criminal, what were the charges involved? ___________________

Were you the one who filed charges? ________________

Or were charges filed against you? __________________

What was the result?

19. Has any member of your family or any close friend ever been charged with a criminal offense other than traffic offenses? YES: ____ NO: X______

If yes, please state your relationship to that person, the charges involved and the outcome.

20. Has any member of your family or any close friend ever been arrested for a criminal offense other than traffic offenses, but not charged? YES: _______ NO: X_______

If yes, please state your relationship to that person and the charges involved.

21. Have you No___________, any member of your family No_______, or a close friend No________ ever been the victim of a violent crime?

What was the crime?

Was anyone arrested ________ and/or convicted ________ in connection with that crime?

22. What is your political party preference? Republican

Religious affiliation Baptist

23. Please list the organizations to which you belong (Social, Fraternal, Service, Charitable, etc.)

    Kappa Delta Sorority Alumni

24. What newspapers do you read? None

    What magazines? Better Homes & Gardens

    What is your favorite t.v. show? Everybody Loves Raymond

25. Do you regularly watch the local news? No__________; national news? Yes______________

26. Thinking about the neighborhood where you live, are the people you usually run into:

    All White _________ All Black _______ Mix of white and black residents X_______

27. What is your marital status? Married X______ Divorced __________ Widowed______ Never married__________

    If married or widowed, how many years are/were you married? 7 ½ months______________

    What is/was your spouse's occupation? Natural Resource Specialist – Camp McCain

    Highest grade spouse completed in school Bachelor degree

    Spouse's Political Party Preference Republican

    Spouse's Religious Affiliation Baptist

28. How many children do you have? None

List their ages, gender and occupation if applicable:

29. What do you think about the death penalty?

(Please circle the letter that most accurately represents your opinion. You may provide more information on the lines below.)

A. Strongly Favor

B. Generally Favor

C. No Opinion

D. Generally Against

E. Strongly Against

If they have been charged for a crime deserving such a penalty and proven guilty without a doubt.

30. Is there any other information you believe might be important for the Court or for the lawyers to know about you as a potential juror?

/s/ ______________________________ 1-16-06 ______

Juror please sign full name here Date signed

Juror Information Questionnaire

1. Your Full Name: Marianne S. Clark
2. Present Address: 589 Robin Rd Grenada, MS 38901
3. Telephone Number: Home (662) 226-9214

   Work (662) 226-2061
4. Place of Birth: Grenada, MS
5. Age: 46__________ Gender: F_________ Race: W__________
6. Have you lived at any other addresses in the last five years? YES: ____NO: X____

   If yes, what addresses?

   (a) N/A

   (b)
7. Please state your highest level of education completed: BS

   Degrees or diplomas which you hold: BS – Social Science, Business, Art

   List schools attended and locations: Delta State University

8. Who is your employer: MS State University Extension Service

   How long have you worked for this employer: 14 ½
9. What is your position, and what are your duties in that position?

Youth Development – 4-H Agent, MSU faculty serving youth ages 8-18; leadership, character + personal development

10. Who else have you worked for in the past five years?

    (a) N/A

    (b)

11. Have you ever been in the military? No____________

    If yes, what branch?

12. Have you or any family member or close personal friend ever worked as a volunteer or employee in a law enforcement agency, prosecutor's office, prison, jail, correctional institution or mental health facility on the local, state, or federal level? Yes__________

    If yes, please state who, when and where: Brother-in-law Steve Howell; currently serving as Auxiliary in Grenada County

13. Have you or any family members or close personal friends worked for a donated time or money to organizations supporting crime victims or preventing crime? No_________

    If yes, who, what organizations and when? N/A

14. Have you ever appeared as a witness before a Grand Jury? YES: ____NO: X____

    When and where: N/A

15. Have you ever appeared as a witness in a criminal prosecution? YES: ____NO: X____

    When and where: N/A

    Were you a witness for the State? _______ or for the defendant? ________

16. Have you ever served on a Grand Jury before? YES: X____NO: ____

17. Have you ever served on a Trial Jury before? YES: ____NO: X____

    Have you served as a juror on a Civil case? No___________

    When and where:

    Did the jury reach a verdict? YES: ____NO: ____

    If not, please explain:

    Have you served as a juror on a Criminal case? ___________

    When and where:

    What was the charge?

    Did the jury reach a verdict? YES: ____NO: ____

    If not, please explain:

18. Have you ever been a party to a legal action? YES:____NO: X____

    Was it Civil? ___________ or Criminal? ___________

    If it was Civil, were you the Plaintiff? __________ or the Defendant? ____________

If it was Civil, was the verdict in your favor? ________________

If it was Criminal, what were the charges involved? __________________

Were you the one who filed charges? ________________

Or were charges filed against you? __________________

What was the result?

19. Has any member of your family or any close friend ever been charged with a criminal offense other than traffic offenses? YES: ____ NO: X______

If yes, please state your relationship to that person, the charges involved and the outcome.

N/A

20. Has any member of your family or any close friend ever been arrested for a criminal offense other than traffic offenses, but not charged? YES: _______ NO: X_______

If yes, please state your relationship to that person and the charges involved.

N/A

21. Have you ___________, any member of your family _______, or a close friend ________ ever been the victim of a violent crime?

What was the crime? N/A

Was anyone arrested ________ and/or convicted ________ in connection with that crime?

22. What is your political party preference? Republican

    Religious affiliation Methodist

23. Please list the organizations to which you belong (Social, Fraternal, Service, Charitable, etc.)

    Epsilon Sigma Phi, NAE4HA, MAE4HA

24. What newspapers do you read? Daily Star

    What magazines? Readers Digest

    What is your favorite t.v. show? House

25. Do you regularly watch the local news? no__________; national news? no______________

26. Thinking about the neighborhood where you live, are the people you usually run into:

    All White X_________ All Black _______ Mix of white and black residents _______

27. What is your marital status? Married X______ Divorced __________ Widowed______ Never married__________

    If married or widowed, how many years are/were you married? 30_________________

    What is/was your spouse's occupation? Farm Equipment Dealer

    Highest grade spouse completed in school BA

    Spouse's Political Party Preference Republican

    Spouse's Religious Affiliation Methodist

28. How many children do you have? 2

List their ages, gender and occupation if applicable:

Brad – 29 – M – Physical therapist

Carie – 24 – F – Accounting – Office Mgmt.

29. What do you think about the death penalty?

(Please circle the letter that most accurately represents your opinion. You may provide more information on the lines below.)

A. Strongly Favor

B. Generally Favor (circled)

C. No Opinion

D. Generally Against

E. Strongly Against

Generally favor, but on a case-by-case basis.

30. Is there any other information you believe might be important for the Court or for the lawyers to know about you as a potential juror? N/A

/s/ — Juror please sign full name here

1-27-06 — Date signed

Juror Information Questionnaire

1. Your Full Name: Jeffery Shann Counts
2. Present Address: 2000 Tuscola, Grenada, MS
3. Telephone Number: Home (662) 809-0239

   Work (662) 226-5509
4. Place of Birth: Grenada, MS
5. Age: 32__________ Gender: M_________ Race: W__________
6. Have you lived at any other addresses in the last five years? YES: _X___NO: ____

   If yes, what addresses?

   (a) 121, RailRoad Dr. Grenada 38901

   (b) 9407 Sweet Home Rd 38940
7. Please state your highest level of education completed: 12

   Degrees or diplomas which you hold: High School diploma

   List schools attended and locations: Grenada High, Grenada, MS
8. Who is your employer: Kirk Auto Co.

   How long have you worked for this employer: 10 years
9. What is your position, and what are your duties in that position?

   Used Car Manager, Sales, Manager

10. Who else have you worked for in the past five years?

    (a) 0

    (b)

11. Have you ever been in the military? No_____________

    If yes, what branch?

12. Have you or any family member or close personal friend ever worked as a volunteer or employee in a law enforcement agency, prosecutor's office, prison, jail, correctional institution or mental health facility on the local, state, or federal level? 0___________

    If yes, please state who, when and where: 0

13. Have you or any family members or close personal friends worked for a donated time or money to organizations supporting crime victims or preventing crime? No__________

    If yes, who, what organizations and when?

14. Have you ever appeared as a witness before a Grand Jury? YES: X____NO: ____

    When and where:

15. Have you ever appeared as a witness in a criminal prosecution? YES: X____NO: ____

    When and where: Grenada Summer of 05

    Were you a witness for the State? X_______ or for the defendant? ________

16. Have you ever served on a Grand Jury before? YES: ____NO: X____

17. Have you ever served on a Trial Jury before? YES: ____NO: X____

Have you served as a juror on a Civil case? No___________

When and where:

Did the jury reach a verdict? YES: ____NO: ____

If not, please explain:

Have you served as a juror on a Criminal case? No___________

When and where:

What was the charge?

Did the jury reach a verdict? YES: ____NO: ____

If not, please explain:

18. Have you ever been a party to a legal action? YES:____NO: X____

Was it Civil? ___________ or Criminal? ___________

If it was Civil, were you the Plaintiff? __________ or the Defendant? ____________

If it was Civil, was the verdict in your favor? _________________

If it was Criminal, what were the charges involved? ___________________

Were you the one who filed charges? _________________

Or were charges filed against you? ___________________

What was the result?

19. Has any member of your family or any close friend ever been charged with a criminal offense other than traffic offenses? YES: X____ NO:______

If yes, please state your relationship to that person, the charges involved and the outcome.

Uncle - forgery

20. Has any member of your family or any close friend ever been arrested for a criminal offense other than traffic offenses, but not charged? YES: _______ NO: X_______

If yes, please state your relationship to that person and the charges involved.

21. Have you ___________, any member of your family _______, or a close friend ________ ever been the victim of a violent crime? No

What was the crime?

Was anyone arrested ________ and/or convicted ________ in connection with that crime?

22. What is your political party preference?

Religious affiliation

23. Please list the organizations to which you belong (Social, Fraternal, Service, Charitable, etc.)

None

24. What newspapers do you read? None

What magazines? None

What is your favorite t.v. show? Military

25. Do you regularly watch the local news? __no________; national news? _______________

26. Thinking about the neighborhood where you live, are the people you usually run into:

All White X_________ All Black _______ Mix of white and black residents _______

27. What is your marital status? Married ______ Divorced X__________ Widowed______ Never married__________

If married or widowed, how many years are/were you married? _________________

What is/was your spouse's occupation?

Highest grade spouse completed in school

Spouse's Political Party Preference

Spouse's Religious Affiliation

28. How many children do you have? One

List their ages, gender and occupation if applicable:

13 - male

29. What do you think about the death penalty?

(Please circle the letter that most accurately represents your opinion. You may provide more information on the lines below.)

A. Strongly Favor
(B.) Generally Favor
C. No Opinion
D. Generally Against
E. Strongly Against

30. Is there any other information you believe might be important for the Court or for the lawyers to know about you as a potential juror?

______________________________ ____________
Juror please sign full name here Date signed

946

Juror Information Questionnaire

1. Your Full Name: Andrea Allen Curry
2. Present Address: 9497 Hwy 82 (P.O. Box 1) Holcomb, MS 38940
3. Telephone Number: Home (662) 226 3564

   Work (662) 226-3321
4. Place of Birth: Grenada, MS
5. Age: 39__________ Gender: F_________ Race: W__________
6. Have you lived at any other addresses in the last five years? YES: ____NO: X____

   If yes, what addresses?

   (a)

   (b)
7. Please state your highest level of education completed: 2nd year college

   Degrees or diplomas which you hold: High School Diploma

   List schools attended and locations: Grenada High School, Holmes Jr. College – Goodman, MS – Holmes Community College – Grenada, MS
8. Who is your employer: MS Forestry Commission

   How long have you worked for this employer: 2 years
9. What is your position, and what are your duties in that position?

Administrative Assistant III – Reception, Mail, Filing, Time Sheets and Leave, Credit Card Reports, RTPs + POs, Training Records, Bank Deposits, Supplies, etc.

10. Who else have you worked for in the past five years?

    (a) Jimmy Boling – Dixie Auto Auction

    (b)

11. Have you ever been in the military? No____________

    If yes, what branch?

12. Have you or any family member or close personal friend ever worked as a volunteer or employee in a law enforcement agency, prosecutor's office, prison, jail, correctional institution or mental health facility on the local, state, or federal level? Yes__________

    If yes, please state who, when and where: My Grandfather was a Sargent at Parchman until 1973.

13. Have you or any family members or close personal friends worked for a donated time or money to organizations supporting crime victims or preventing crime? None Known_______

    If yes, who, what organizations and when?

14. Have you ever appeared as a witness before a Grand Jury? YES: ____NO: X____

When and where:

15. Have you ever appeared as a witness in a criminal prosecution? YES: _X___NO: ____

When and where: 2003 – Grenada, MS

Were you a witness for the State? X_______ or for the defendant? ________

16. Have you ever served on a Grand Jury before? YES: X____NO: ____

17. Have you ever served on a Trial Jury before? YES: ____NO: X____

Have you served as a juror on a Civil case? No___________

When and where:

Did the jury reach a verdict? YES: ____NO: ____

If not, please explain:

Have you served as a juror on a Criminal case? No___________

When and where:

What was the charge?

Did the jury reach a verdict? YES: ____NO: ____

If not, please explain:

18. Have you ever been a party to a legal action? YES:____NO: X____

Was it Civil? ___________ or Criminal? ___________

If it was Civil, were you the Plaintiff? __________ or the Defendant? ____________

If it was Civil, was the verdict in your favor? _________________

If it was Criminal, what were the charges involved? ___________________

Were you the one who filed charges? _________________

Or were charges filed against you? ___________________

What was the result?

19. Has any member of your family or any close friend ever been charged with a criminal offense other than traffic offenses? YES: X____ NO:______

If yes, please state your relationship to that person, the charges involved and the outcome.

This person was married to my sister; the charge was child molestation; the outcome was that he confessed to the charges and was sentenced.

20. Has any member of your family or any close friend ever been arrested for a criminal offense other than traffic offenses, but not charged? YES: _______ NO: X_______

If yes, please state your relationship to that person and the charges involved.

21. Have you ___________, any member of your family X_______, or a close friend ________ ever been the victim of a violent crime?

What was the crime? Child molestation

Was anyone arrested Yes______ and/or convicted Yes________ in connection with that crime?

22. What is your political party preference? Republican

    Religious affiliation Christian

23. Please list the organizations to which you belong (Social, Fraternal, Service, Charitable, etc.)

    None

24. What newspapers do you read? Daily Star on occasion – not daily

    What magazines? Home Decor

    What is your favorite t.v. show? Dancing with the Stars

25. Do you regularly watch the local news? _No_________; national news? No_____________

26. Thinking about the neighborhood where you live, are the people you usually run into:

    All White _________ All Black _______ Mix of white and black residents X_______

27. What is your marital status? Married X______ Divorced __________ Widowed______ Never married__________

    If married or widowed, how many years are/were you married? 8 years_________________

    What is/was your spouse's occupation? Teacher/coach

    Highest grade spouse completed in school College Graduate

Spouse's Political Party Preference Republican

Spouse's Religious Affiliation Christian

28. How many children do you have? 2

List their ages, gender and occupation if applicable:

Johnny Allen – M – Student – 18 years old

Easton Curry – M – Student – 5 years old

29. What do you think about the death penalty?

(Please circle the letter that most accurately represents your opinion. You may provide more information on the lines below.)

A. Strongly Favor

B. Generally Favor (circled)

C. No Opinion

D. Generally Against

E. Strongly Against

In such cases as a Serial Killer, I generally favor the death penalty.

30. Is there any other information you believe might be important for the Court or for the lawyers to know about you as a potential juror?

952

I have a 5 year old son and my husband, Michael Curry, received this same summons. One of us will be required to attend to our son.

| | |
|---|---|
| /s/ | 01/18/06 |
| Juror please sign full name here | Date signed |

953

Juror Information Questionnaire

1. Your Full Name: Michael L. Curry
2. Present Address: P.O. Box 1 Holcomb, MS 38940
3. Telephone Number: Home (662) 226-3564

   Work (662) 226-8844
4. Place of Birth: Leon County, Florida
5. Age: ___41_______ Gender:____M_____
   Race:___W_______
6. Have you lived at any other addresses in the last five years? YES: ____NO: X____

   If yes, what addresses?

   (a)

   (b)
7. Please state your highest level of education completed: 4 yr degree

   Degrees or diplomas which you hold: BS; Accounting/Finance & BSE; Math Ed.

   List schools attended and locations: Delta State University

   Cleveland, MS
8. Who is your employer: Grenada School District

   How long have you worked for this employer: 11 years – Aug. ’94
9. What is your position, and what are your duties in that position?

Math Teacher – High School & Head Boys/Girls Soccer Coach

10. Who else have you worked for in the past five years?

(a) Dixie Auto Auction

(b)

11. Have you ever been in the military? No____________

If yes, what branch?

12. Have you or any family member or close personal friend ever worked as a volunteer or employee in a law enforcement agency, prosecutor's office, prison, jail, correctional institution or mental health facility on the local, state, or federal level? No__________

If yes, please state who, when and where:

13. Have you or any family members or close personal friends worked for a donated time or money to organizations supporting crime victims or preventing crime? No_________

If yes, who, what organizations and when?

14. Have you ever appeared as a witness before a Grand Jury? YES: ____NO: X____

When and where:

15. Have you ever appeared as a witness in a criminal prosecution? YES: X____NO: ____

When and where: Greenwood approx 1982

Were you a witness for the State? X_______ or for the defendant? ________

16. Have you ever served on a Grand Jury before? YES: X____NO: ____

17. Have you ever served on a Trial Jury before? YES: X____NO: ____

Have you served as a juror on a Civil case? No___________

When and where:

Did the jury reach a verdict? YES: ____NO: ____

If not, please explain:

Have you served as a juror on a Criminal case? Yes___________

When and where: ’04 in Grenada

What was the charge? Drug charge

Did the jury reach a verdict? YES: X____NO: ____

If not, please explain:

18. Have you ever been a party to a legal action? YES: X____NO: ____

Was it Civil? X___________ or Criminal? ___________

If it was Civil, were you the Plaintiff? X__________ or the Defendant? ____________

If it was Civil, was the verdict in your favor? _yes________________

If it was Criminal, what were the charges involved? ___________________

Were you the one who filed charges? ________________

Or were charges filed against you? __________________

What was the result?

19. Has any member of your family or any close friend ever been charged with a criminal offense other than traffic offenses? YES: ____ NO: X______

If yes, please state your relationship to that person, the charges involved and the outcome.

20. Has any member of your family or any close friend ever been arrested for a criminal offense other than traffic offenses, but not charged? YES: _______ NO: X_______

If yes, please state your relationship to that person and the charges involved.

21. Have you ___________, any member of your family X_______, or a close friend ________ ever been the victim of a violent crime?

What was the crime? Child molestation

Was anyone arrested X________ and/or convicted X_______ in connection with that crime?

22. What is your political party preference? Rep.

Religious affiliation Baptist

23. Please list the organizations to which you belong (Social, Fraternal, Service, Charitable, etc.)

    National Assoc. of Educators; Mississippi Assoc. of Coaches

    Kappa Alpha Order

24. What newspapers do you read? The Daily Star

    What magazines? Hunting Mags

    What is your favorite t.v. show? Hunting shows & History Ch.

25. Do you regularly watch the local news? No__________; national news? No_______________

26. Thinking about the neighborhood where you live, are the people you usually run into:

    All White _________ All Black _______ Mix of white and black residents X_______

27. What is your marital status? Married X______ Divorced __________ Widowed______ Never married__________

    If married or widowed, how many years are/were you married? 9_________________

    What is/was your spouse's occupation? Adm. Asst. III

    Highest grade spouse completed in school Jr. Coll.

    Spouse's Political Party Preference Rep.

    Spouse's Religious Affiliation Baptist

28. How many children do you have? 2

List their ages, gender and occupation if applicable:

Johnny Allen, 19, student

Easton Curry, 5, student

29. What do you think about the death penalty?

(Please circle the letter that most accurately represents your opinion. You may provide more information on the lines below.)

(A.) Strongly Favor
B. Generally Favor
C. No Opinion
D. Generally Against
E. Strongly Against

Only if, beyond a doubt there was willful intent to take another human's life.

30. Is there any other information you believe might be important for the Court or for the lawyers to know about you as a potential juror?

| | |
|---|---|
| /s/ | 1-23-06 |
| Juror please sign full name here | Date signed |

Juror Information Questionnaire

1. Your Full Name: Betty Sue Downs
2. Present Address: 258 Revell Road, Grenada, MS 38901
3. Telephone Number: Home (662) 226-4360

   Work (662) 455-9099
4. Place of Birth: Marks, MS
5. Age: 40__________ Gender: F_________
   Race: White__________
6. Have you lived at any other addresses in the last five years? YES: ____NO: X____

   If yes, what addresses?

   (a)

   (b)
7. Please state your highest level of education completed: 2 years college

   Degrees or diplomas which you hold: Assoc. of Applied Science – Business Tech.

   List schools attended and locations: Northwest Senatobia, MS
8. Who is your employer: CCA/Delta Correctional Facility

   How long have you worked for this employer: 2 years 8 months
9. What is your position, and what are your duties in that position?

Bookkeeper – order supplies for facility, maintain inmate checking account, prepare

monthly invoices on total inmates housed at facility.

10. Who else have you worked for in the past five years?

(a) Pennaco Hosiery

(b)

11. Have you ever been in the military? No____________

If yes, what branch?

12. Have you or any family member or close personal friend ever worked as a volunteer or employee in a law enforcement agency, prosecutor's office, prison, jail, correctional institution or mental health facility on the local, state, or federal level? Yes___________

If yes, please state who, when and where: I presently work for Delta Correctional Facility

in Greenwood. My sister is a Deputy Warden at Parchman.

13. Have you or any family members or close personal friends worked for a donated time or money to organizations supporting crime victims or preventing crime? No__________

If yes, who, what organizations and when?

14. Have you ever appeared as a witness before a Grand Jury? YES: ____NO: No____

    When and where:

15. Have you ever appeared as a witness in a criminal prosecution? YES: ____NO: No____

    When and where:

    Were you a witness for the State? _______ or for the defendant? ________

16. Have you ever served on a Grand Jury before? YES: ____NO: X____

17. Have you ever served on a Trial Jury before? YES: ____NO: X____

    Have you served as a juror on a Civil case? No___________

    When and where:

    Did the jury reach a verdict? YES: ____NO: ____

    If not, please explain:

    Have you served as a juror on a Criminal case? No___________

    When and where:

    What was the charge?

    Did the jury reach a verdict? YES: ____NO: ____

    If not, please explain:

18. Have you ever been a party to a legal action? YES:____NO: ____

    Was it Civil? ___________ or Criminal? ___________

    If it was Civil, were you the Plaintiff? __________ or the Defendant? ____________

If it was Civil, was the verdict in your favor? ________________

If it was Criminal, what were the charges involved? __________________

Were you the one who filed charges? ________________

Or were charges filed against you? __________________

What was the result?

19. Has any member of your family or any close friend ever been charged with a criminal offense other than traffic offenses? YES: X____ NO:______

If yes, please state your relationship to that person, the charges involved and the outcome.

My niece as charged with possession of a controlled substance – meth.

The case hasn't went to trial yet.

20. Has any member of your family or any close friend ever been arrested for a criminal offense other than traffic offenses, but not charged? YES: _______ NO: X_______

If yes, please state your relationship to that person and the charges involved.

21. Have you ___________, any member of your family X_______, or a close friend ________ ever been the victim of a violent crime?

What was the crime? Father was murdered.

Was anyone arrested Yes_____ and/or convicted Yes_____ in connection with that crime?

22. What is your political party preference? Republican

Religious affiliation Baptist

23. Please list the organizations to which you belong (Social, Fraternal, Service, Charitable, etc.)

None

24. What newspapers do you read? Clarion Ledger, Daily Star, & Greenwood Commission

What magazines? None

What is your favorite t.v. show? NCIS

25. Do you regularly watch the local news? No________; national news? Yes____________

26. Thinking about the neighborhood where you live, are the people you usually run into:

All White _________ All Black _______ Mix of white and black residents X_______

27. What is your marital status? Married X______ Divorced __________ Widowed______ Never married__________

If married or widowed, how many years are/were you married? 17 years_______________

What is/was your spouse's occupation? Inspector

Highest grade spouse completed in school 12th

Spouse's Political Party Preference Republican

Spouse's Religious Affiliation Baptist

28. How many children do you have? 2

List their ages, gender and occupation if applicable:

Son -15

Daughter - 12

29. What do you think about the death penalty?

(Please circle the letter that most accurately represents your opinion. You may provide more information on the lines below.)

A. Strongly Favor (circled)
B. Generally Favor
C. No Opinion
D. Generally Against
E. Strongly Against

30. Is there any other information you believe might be important for the Court or for the lawyers to know about you as a potential juror?

/s/ ______________________ 1/18/06

Juror please sign full name here Date signed

Juror Information Questionnaire

1. Your Full Name: Kenton Lee Durham
2. Present Address: 90 B Windmill Cove, Grenada, MS 38901
3. Telephone Number: Home (662) 229-0016

   Work (662) 229-2487
4. Place of Birth: Jackson, MS
5. Age: 44________ Gender: Male_________ Race: W__________
6. Have you lived at any other addresses in the last five years? YES: ____NO: ____

   If yes, what addresses?

   (a) 1201 AA N. Hico, Siloam Springs, AR 72761

   (b) N/A
7. Please state your highest level of education completed: 4 years college

   Degrees or diplomas which you hold: B.S. Mechanical Engineering

   List schools attended and locations: Yazoo High School, Yazoo City, MS; Holmes

   Junior College, Goodman, MS; Hinds Junior College, Raymond MS; MS State Univ.
8. Who is your employer: Heatcraft

   How long have you worked for this employer: 3 years
9. What is your position, and what are your duties in that position?

Manufacturing engineer, development of processes and solving daily manufacturing

problems.

10. Who else have you worked for in the past five years?

(a) Parker Hannifin Corp.

(b) N/A

11. Have you ever been in the military? No____________

If yes, what branch? N/A-

12. Have you or any family member or close personal friend ever worked as a volunteer or employee in a law enforcement agency, prosecutor's office, prison, jail, correctional institution or mental health facility on the local, state, or federal level? Yes__________

If yes, please state who, when and where: Friends and father in law, Mississippi Highway

Patrol; brother Federal Game Warden; sister in law, private law office.

13. Have you or any family members or close personal friends worked for a donated time or money to organizations supporting crime victims or preventing crime? No.

If yes, who, what organizations and when? N/A

14. Have you ever appeared as a witness before a Grand Jury? YES: ____NO: X____

    When and where: N/A

15. Have you ever appeared as a witness in a criminal prosecution? YES: ____NO: X____

    When and where: N/A

    Were you a witness for the State? N/A _______ or for the defendant? N/A ________

16. Have you ever served on a Grand Jury before? YES: ____NO: X____

17. Have you ever served on a Trial Jury before? YES: ____NO: X____

    Have you served as a juror on a Civil case? No___________

    When and where: N/A

    Did the jury reach a verdict? YES: N/A _NO: N/A _

    If not, please explain: N/A

    Have you served as a juror on a Criminal case? No___________

    When and where: N/A

    What was the charge? N/A

    Did the jury reach a verdict? YES: N/A ____NO: N/A ____

    If not, please explain: N/A

18. Have you ever been a party to a legal action? YES: X____NO: ____

    Was it Civil? N/A ___________ or Criminal? ___________

If it was Civil, were you the Plaintiff? __________ or the Defendant? N/A ____________

If it was Civil, was the verdict in your favor? Yes, divorce_________________

If it was Criminal, what were the charges involved? ___________________

Were you the one who filed charges? No_________________

Or were charges filed against you? Yes___________________

What was the result? Divorce

19. Has any member of your family or any close friend ever been charged with a criminal offense other than traffic offenses? YES: ____ NO: X______

If yes, please state your relationship to that person, the charges involved and the outcome.

N/A

20. Has any member of your family or any close friend ever been arrested for a criminal offense other than traffic offenses, but not charged? YES: _______ NO: X_______

If yes, please state your relationship to that person and the charges involved.

N/A

21. Have you no___________, any member of your family no_______, or a close friend no________ ever been the victim of a violent crime?

What was the crime? N/A

Was anyone arrested N/A _____ and/or convicted N/A _____ in connection with that crime?

22. What is your political party preference? Republican

Religious affiliation Baptist

23. Please list the organizations to which you belong (Social, Fraternal, Service, Charitable, etc.)

None

24. What newspapers do you read? None

What magazines? Sports

What is your favorite t.v. show? Fox News

25. Do you regularly watch the local news? No__________; national news? Yes____________

26. Thinking about the neighborhood where you live, are the people you usually run into:

All White _________ All Black _______ Mix of white and black residents X_______

27. What is your marital status? Married ______ Divorced X__________ Widowed______ Never married__________

If married or widowed, how many years are/were you married? 13 years_______________

What is/was your spouse's occupation? Teacher

Highest grade spouse completed in school Master's degree

Spouse's Political Party Preference Don't know

Spouse's Religious Affiliation Methodist

28. How many children do you have?

    List their ages, gender and occupation if applicable:

    14 years of age, female

29. What do you think about the death penalty?

    (Please circle the letter that most accurately represents your opinion. You may provide more information on the lines below.)

    (A.) Strongly Favor (circled)
    B. Generally Favor
    C. No Opinion
    D. Generally Against
    E. Strongly Against

30. Is there any other information you believe might be important for the Court or for the lawyers to know about you as a potential juror?

/s/ ______________________________ 1/14/06 ______

Juror please sign full name here Date signed

1003

Juror Information Questionnaire

1. Your Full Name: Chad Kirk Eskridge
2. Present Address: 80 Shadow Wood Cove
3. Telephone Number: Home (662) 226-1051
   Work (662) 226-5551
4. Place of Birth: Grenada, MS
5. Age: 25 Gender: Male Race: White
6. Have you lived at any other addresses in the last five years? YES: ___X___ NO: _______
   If yes, what addresses?
   (a) 160 Windmill Cove Apt A
   (b) 760 Scenic Drive
7. Please state your highest level of education completed: High School
   Degrees or diplomas which you hold: 1 diploma
   List schools attended and locations: Marantha Christian Academy – Minter City, Grenada High
8. Who is your employer: Binswanger Mirror
   How long have you worked for this employer: 6 yrs
9. What is your position, and what are your duties in that position?
   Chief Inspector of Specials Dept. data entry, inspection of glass + mirror

10. Who else have you worked for in the past five years?

    (a) N/A

    (b)

11. Have you ever been in the military? YES: _______ NO: ___X___

    If yes, what branch?

12. Have you or any family member or close personal friend ever worked as a volunteer or employee in a law enforcement agency, prosecutor's office, prison, jail, correctional institution or mental health facility on the local, state, or federal level? No.

    If yes, please state who, when and where:

13. Have you or any family members or close personal friends worked for a donated time or money to organizations supporting crime victims or preventing crime? No.

    If yes, who, what organizations and when?

14. Have you ever appeared as a witness before a Grand Jury? YES: _______ NO: ___X___

    When and where:

15. Have you ever appeared as a witness in a criminal prosecution? YES: _______ NO: ___X___

When and where:

Were you a witness for the State? _______ or for the defendant? ________

16. Have you ever served on a Grand Jury before? YES: _______ NO: ___X___

17. Have you ever served on a Trial Jury before? YES: _______ NO: ___X___

Have you served as a juror on a Civil case? YES: _______ NO: ___X___

When and where:

Did the jury reach a verdict? YES: _______ NO: _______

If not, please explain:

Have you served as a juror on a Criminal case? No

When and where:

What was the charge?

Did the jury reach a verdict? YES: _______ NO: _______

If not, please explain:

18. Have you ever been a party to a legal action? YES: _______ NO: ___X___

    Was it Civil? or Criminal?

    If it was Civil, were you the Plaintiff? or the Defendant?

    If it was Civil, was the verdict in your favor?

    If it was Criminal, what were the charges involved?

    Were you the one who filed charges?

    Or were charges filed against you?

    What was the result?

19. Has any member of your family or any close friend ever been charged with a criminal offense other than traffic offenses? YES: _______ NO: ___X___

    If yes, please state your relationship to that person, the charges involved and the outcome.

20. Has any member of your family or any close friend ever been arrested for a criminal offense other than traffic offenses, but not charged? YES: _______ NO: ___X___

    If yes, please state your relationship to that person and the charges involved.

21. Have you No , any member of your family No , or a close friend No ever been the victim of a violent crime?

    What was the crime?

    Was anyone arrested ________ and/or convicted ________ in connection with that crime?

22. What is your political party preference? republican

    Religious affiliation Baptist

23. Please list the organizations to which you belong (Social, Fraternal, Service, Charitable, etc.)

    N/A

24. What newspapers do you read? USA Today

    What magazines? N/A

    What is your favorite t.v. show? CSI

25. Do you regularly watch the local news? No ; national news? Not often

26. Thinking about the neighborhood where you live, are the people you usually run into:

    All White ___X___ All Black _______ Mix of white and black residents _______

27. What is your marital status? Married _______ Divorced _______ Widowed _______

    Never married ___X___

If married or widowed, how many years are/were you married?

What is/was your spouse's occupation?

Highest grade spouse completed in school

Spouse's Political Party Preference

Spouse's Religious Affiliation

28. How many children do you have? N/A

List their ages, gender and occupation if applicable:

29. What do you think about the death penalty?

(Please circle the letter that most accurately represents your opinion. You may provide more information on the lines below.)

A. Strongly Favor

B. Generally Favor (circled)

C. No Opinion

D. Generally Against

E. Strongly Against

30. Is there any other information you believe might be important for the Court or for the lawyers to know about you as a potential juror?
No

/s/ ______________________________ 1/16/06 ______

Juror please sign full name here Date signed

1036

Juror Information Questionnaire

1. Your Full Name: Patricia (Jan) Gillis
2. Present Address: 197 Perry Ave Grenada Ms.
3. Telephone Number: Home (662) 226-2501
   ~~Work~~Cell (662) 417-6132
4. Place of Birth: Montgomery Co. Winona
5. Age: 50 Gender: F Race: W
6. Have you lived at any other addresses in the last five years? YES: _______ NO: ___X___
   If yes, what addresses?
   (a)
   (b)
7. Please state your highest level of education completed: GED 12th Grade
   Degrees or diplomas which you hold:
   List schools attended and locations: Winona Public, Winona Academy
8. Who is your employer: Husband – Gilles Plumbing Ser.
   How long have you worked for this employer: 25 + yrs
9. What is your position, and what are your duties in that position?
   Bookeeper
10. Who else have you worked for in the past five years?

(a) Rental Care Group – Kidney Care (Tech)

(b) Grenada Lake Medical Center (CNA)

11. Have you ever been in the military? YES: _______ NO: ___X___

If yes, what branch?

12. Have you or any family member or close personal friend ever worked as a volunteer or employee in a law enforcement agency, prosecutor's office, prison, jail, correctional institution or mental health facility on the local, state, or federal level? No

If yes, please state who, when and where:

13. Have you or any family members or close personal friends worked for a donated time or money to organizations supporting crime victims or preventing crime? No

If yes, who, what organizations and when?

14. Have you ever appeared as a witness before a Grand Jury? YES: _______ NO: ___X___

When and where:

15. Have you ever appeared as a witness in a criminal prosecution? YES: _______ NO: ___X___

When and where:

Were you a witness for the State? _______ or for the defendant? ________

16. Have you ever served on a Grand Jury before? YES: _______ NO: ___X___

17. Have you ever served on a Trial Jury before? YES: _______ NO: ___X___

Have you served as a juror on a Civil case? YES: _______ NO: ___X___

When and where:

Did the jury reach a verdict? YES: ___X___ NO: _______

If not, please explain:

Have you served as a juror on a Criminal case? Yes

When and where: Grendada 2002?

What was the charge? Murder – break in, robbery liquor store

Did the jury reach a verdict? YES: ___X___ NO: _______

If not, please explain:

18. Have you ever been a party to a legal action? YES: _______ NO: ___X___

Was it Civil? or Criminal?

If it was Civil, were you the Plaintiff? or the Defendant?

If it was Civil, was the verdict in your favor?

If it was Criminal, what were the charges involved?

Were you the one who filed charges?

Or were charges filed against you?

What was the result?

19. Has any member of your family or any close friend ever been charged with a criminal offense other than traffic offenses? YES: _______ NO: ___X___

If yes, please state your relationship to that person, the charges involved and the outcome.

20. Has any member of your family or any close friend ever been arrested for a criminal offense other than traffic offenses, but not charged? YES: _______ NO: ___X___

If yes, please state your relationship to that person and the charges involved.

21. Have you No , any member of your family No , or a close friend No ever been the victim of a violent crime?

What was the crime?

Was anyone arrested ________ and/or convicted ________ in connection with that crime?

22. What is your political party preference? Republican

Religious affiliation Baptist

23. Please list the organizations to which you belong (Social, Fraternal, Service, Charitable, etc.)

24. What newspapers do you read? Daily Star Grenada

What magazines? Women's Day, Home Journal, Guidepost

What is your favorite t.v. show? Smallville (Superman)

25. Do you regularly watch the local news? No ; national news? No

26. Thinking about the neighborhood where you live, are the people you usually run into:

All White _______ All Black _______ Mix of white and black residents ___X___

27. What is your marital status? Married ___X___ Divorced _______ Widowed _______

Never married _______

If married or widowed, how many years are/were you married? 27 yrs

What is/was your spouse's occupation? Self emp. Plumber 27 yrs

Highest grade spouse completed in school 10 yrs

Spouse's Political Party Preference Republic

Spouse's Religious Affiliation Baptist

28. How many children do you have? 3

List their ages, gender and occupation if applicable:

32, female, R.N.

28, male, Industrial Engineer

23, female, asst manager furniture store

29. What do you think about the death penalty?

(Please circle the letter that most accurately represents your opinion. You may provide more information on the lines below.)

A. Strongly Favor

B. Generally Favor

C. No Opinion (circled)

D. Generally Against

E. Strongly Against

30. Is there any other information you believe might be important for the Court or for the lawyers to know about you as a potential juror?

/s/ ______________________________ 1/19/06 ______

Juror please sign full name here Date signed

Juror Information Questionnaire

1. Your Full Name: Charles Gregory Griffith, Sr.

2. Present Address: 405 Pebble Creek Road; Grenada, MS 38901

3. Telephone Number: Home (662) 227-9002

   Work (662) 227-1187

4. Place of Birth: Greenville, MS

5. Age: 52 Gender: M Race: W

6. Have you lived at any other addresses in the last five years? YES: ___X___ NO: _______

   If yes, what addresses?

   (a) 1854 Jacqueline Dr., Greenville, MS

   (b)

7. Please state your highest level of education completed: Graduate Delta State

   Degrees or diplomas which you hold: BBA Marketing

   List schools attended and locations: Indianola Academy (1972)

   Miss Delta CC (1974) Delata State University (1976)

8. Who is your employer: Delta Pride Catfish, Inc.

   How long have you worked for this employer: 3 yrs.

9. What is your position, and what are your duties in that position?

Regional Sales Manager, oversee sales in MS, W. TN and West of Miss. River

10. Who else have you worked for in the past five years?

(a) South Fresh Farms Catfish – Oxford, MS

(b)

11. Have you ever been in the military? YES: _______ NO: ___X___

If yes, what branch?

12. Have you or any family member or close personal friend ever worked as a volunteer or employee in a law enforcement agency, prosecutor's office, prison, jail, correctional institution or mental health facility on the local, state, or federal level? Yes

If yes, please state who, when and where: Ex-Brother in law was prosecuting attorney for C'dale MS (Ricky Lewis)

13. Have you or any family members or close personal friends worked for a donated time or money to organizations supporting crime victims or preventing crime? No

If yes, who, what organizations and when?

14. Have you ever appeared as a witness before a Grand Jury? YES: _______ NO: ___X___

    When and where:

15. Have you ever appeared as a witness in a criminal prosecution? YES: _______ NO: ___X___

    When and where:

    Were you a witness for the State? _______ or for the defendant? ________

16. Have you ever served on a Grand Jury before? YES: ___X___ NO: _______

17. Have you ever served on a Trial Jury before? YES: ___X___ NO: _______

    Have you served as a juror on a Civil case? YES: _______ NO: ___X___

    When and where: Indianola, MS 88/89? Greenville, MS 98

    Did the jury reach a verdict? YES: ___X___ NO: _______

    If not, please explain: Guilty

    Have you served as a juror on a Criminal case? Yes

    When and where: Indianola, MS - 88?

What was the charge?

Did the jury reach a verdict? YES: _______ NO: _______

If not, please explain: Grand Larceny

18. Have you ever been a party to a legal action? YES: _______ NO: ___X___

Was it Civil? or Criminal?

If it was Civil, were you the Plaintiff? or the Defendant?

If it was Civil, was the verdict in your favor?

If it was Criminal, what were the charges involved?

Were you the one who filed charges?

Or were charges filed against you?

What was the result?

19. Has any member of your family or any close friend ever been charged with a criminal offense other than traffic offenses? YES: _______ NO: ___X___

If yes, please state your relationship to that person, the charges involved and the outcome.

20. Has any member of your family or any close friend ever been arrested for a criminal offense other than traffic offenses, but not charged? YES: _______ NO: ___X___

If yes, please state your relationship to that person and the charges involved.

21. Have you __________, any member of your family X , or a close friend ________ ever been the victim of a violent crime?

What was the crime? Wife was beat + robbed

Was anyone arrested No and/or convicted ________ in connection with that crime?

22. What is your political party preference? Ind.

Religious affiliation Methodist

23. Please list the organizations to which you belong (Social, Fraternal, Service, Charitable, etc.)

NRA, DSU Alumni, DSU Athletic Alumni

24. What newspapers do you read? Clarion Ledger, Grenada Star

What magazines? NRA, Business Week, Golf Digest

What is your favorite t.v. show? CSI

25. Do you regularly watch the local news? Yes ; national news? No

26. Thinking about the neighborhood where you live, are the people you usually run into:

All White ___X___ All Black _______ Mix of white and black residents _______

27. What is your marital status? Married ___X___ Divorced _______ Widowed _______

    Never married _______

    If married or widowed, how many years are/were you married? 26 years

    What is/was your spouse's occupation? Teacher

    Highest grade spouse completed in school Master Degree (Ole Miss)

    Spouse's Political Party Preference Ind.

    Spouse's Religious Affiliation Methodist

28. How many children do you have? 2

    List their ages, gender and occupation if applicable:

    Charles Griffith, 23, Spc. US Army, Ft. Riler, KS

    William Griffith, 20, Cattle, Glenwild Stockyard Grenada, MS

29. What do you think about the death penalty?

    (Please circle the letter that most accurately represents your opinion. You may provide more information on the lines below.)

    (A.) Strongly Favor

    B. Generally Favor

C. No Opinion

D. Generally Against

E. Strongly Against

30. Is there any other information you believe might be important for the Court or for the lawyers to know about you as a potential juror? No

/s/ 1-16-06

Juror please sign full name here Date signed

Juror Information Questionnaire

1. Your Full Name: Sidney Eugene Hendricks
2. Present Address: 307 Louisiana Ave Grenada, MS
3. Telephone Number: Home (662) 226-1493

   Work (662) 227-140 226-1015
4. Place of Birth: Grenada, MS
5. Age: 52 Gender: M Race: W
6. Have you lived at any other addresses in the last five years? YES: _______ NO: ___X___

   If yes, what addresses?

   (a)

   (b)
7. Please state your highest level of education completed: 12

   Degrees or diplomas which you hold: 0

   List schools attended and locations: Grenada High School
8. Who is your employer: Blue Sky Corp.

   How long have you worked for this employer: 25 yrs
9. What is your position, and what are your duties in that position?

   Manager Hireing, supervising, inventory control, sale tire, gas, batteries, oil

10. Who else have you worked for in the past five years?

    (a) Dixie Auto Auction Part Time Still Working

    (b) Air National Guard 32 yrs

11. Have you ever been in the military? YES: ___X___ NO: _______

    If yes, what branch? U.S. Air Force

12. Have you or any family member or close personal friend ever worked as a volunteer or employee in a law enforcement agency, prosecutor's office, prison, jail, correctional institution or mental health facility on the local, state, or federal level? No

    If yes, please state who, when and where:

13. Have you or any family members or close personal friends worked for a donated time or money to organizations supporting crime victims or preventing crime? No

    If yes, who, what organizations and when?

14. Have you ever appeared as a witness before a Grand Jury? YES: _______ NO: ___X___

    When and where:

15. Have you ever appeared as a witness in a criminal prosecution? YES: _______ NO: ___X___

    When and where:

    Were you a witness for the State? _______ or for the defendant? ________

16. Have you ever served on a Grand Jury before? YES: ___X___ NO: _______

17. Have you ever served on a Trial Jury before? YES: ___X___ NO: _______

    Have you served as a juror on a Civil case? YES: ___X___ NO: _______

    When and where: 97 Grenada

    Did the jury reach a verdict? YES: ___X___ NO: _______

    If not, please explain:

    Have you served as a juror on a Criminal case? No

    When and where:

    What was the charge?

    Did the jury reach a verdict? YES: _______ NO: _______

    If not, please explain:

18. Have you ever been a party to a legal action? YES: _______ NO: ___X___

    Was it Civil? or Criminal?

    If it was Civil, were you the Plaintiff? or the Defendant?

    If it was Civil, was the verdict in your favor?

    If it was Criminal, what were the charges involved?

    Were you the one who filed charges?

    Or were charges filed against you?

    What was the result?

19. Has any member of your family or any close friend ever been charged with a criminal offense other than traffic offenses? YES: _______ NO: ___X___

    If yes, please state your relationship to that person, the charges involved and the outcome.

20. Has any member of your family or any close friend ever been arrested for a criminal offense other than traffic offenses, but not charged? YES: _______ NO: ___X___

    If yes, please state your relationship to that person and the charges involved.

21. Have you __________, any member of your family _______, or a close friend ________ ever been the victim of a violent crime? No

    What was the crime?

    Was anyone arrested ________ and/or convicted ________ in connection with that crime?

22. What is your political party preference? Republican

    Religious affiliation Baptist

23. Please list the organizations to which you belong (Social, Fraternal, Service, Charitable, etc.)

    MS Valley Fly Wheelers – Boy Scouts of America

24. What newspapers do you read? Daily Star

    What magazines? Wood Workers Gas Engine Magizin, Modern Tire

    What is your favorite t.v. show? Andy Griffith

25. Do you regularly watch the local news? Yes ; national news? Yes

26. Thinking about the neighborhood where you live, are the people you usually run into:

    All White _______ All Black _______ Mix of white and black residents ___X___

27. What is your marital status? Married __X_____ Divorced _______ Widowed _______

    Never married _______

If married or widowed, how many years are/were you married? 7 years

What is/was your spouse's occupation? Walmart

Highest grade spouse completed in school 12

Spouse's Political Party Preference Republican

Spouse's Religious Affiliation Baptist

28. How many children do you have? 4

List their ages, gender and occupation if applicable:

28 M Waste Mat

23 F House Wife

21 M D&N Auto Parts

20 F Cook Griffis Truck Stop

29. What do you think about the death penalty?

(Please circle the letter that most accurately represents your opinion. You may provide more information on the lines below.)

A. Strongly Favor

B. Generally Favor

C. No Opinion

D. Generally Against

E. Strongly Against

30. Is there any other information you believe might be important for the Court or for the lawyers to know about you as a potential juror?

/s/ ______________________________ 16 Jan 06

Juror please sign full name here Date signed

1152

Juror Information Questionnaire

1. Your Full Name: William Fred Johnston
2. Present Address: 1652 Fairground Rd., Grenada, MS 38901
3. Telephone Number: Home (662) 226-6016

   Work (662) 226-7115
4. Place of Birth: Clarksdale, MS
5. Age: 61 Gender: M Race: W
6. Have you lived at any other addresses in the last five years? YES: _______ NO: ___X___

   If yes, what addresses?

   (a)

   (b)
7. Please state your highest level of education completed: High School

   Degrees or diplomas which you hold: High School

   List schools attended and locations: Clarksdale – Coahoma High School, Delta State University, Cleveland, MS
8. Who is your employer: Jones-Zander Ltd.

   How long have you worked for this employer: 12 years
9. What is your position, and what are your duties in that position?

   Construction Inspector and quality control
10. Who else have you worked for in the past five years?

(a)

(b)

11. Have you ever been in the military? YES: _______ NO: ___X___

If yes, what branch?

12. Have you or any family member or close personal friend ever worked as a volunteer or employee in a law enforcement agency, prosecutor's office, prison, jail, correctional institution or mental health facility on the local, state, or federal level? No

If yes, please state who, when and where:

13. Have you or any family members or close personal friends worked for a donated time or money to organizations supporting crime victims or preventing crime? No

If yes, who, what organizations and when?

14. Have you ever appeared as a witness before a Grand Jury? YES: _______ NO: ___X___

When and where:

15. Have you ever appeared as a witness in a criminal prosecution? YES: _______ NO: ___X___

When and where:

Were you a witness for the State? _______ or for the defendant? ________

16. Have you ever served on a Grand Jury before? YES: ___X____ NO: ______

17. Have you ever served on a Trial Jury before? YES: _______ NO: ___X___

Have you served as a juror on a Civil case? YES: _______ NO: ___X___

When and where:

Did the jury reach a verdict? YES: _______ NO: _______

If not, please explain:

Have you served as a juror on a Criminal case? No

When and where:

What was the charge?

Did the jury reach a verdict? YES: _______ NO: _______

If not, please explain:

18. Have you ever been a party to a legal action? YES: _______ NO: ___X___

Was it Civil? or Criminal?

If it was Civil, were you the Plaintiff? or the Defendant?

If it was Civil, was the verdict in your favor?

If it was Criminal, what were the charges involved?

Were you the one who filed charges?

Or were charges filed against you?

What was the result?

19. Has any member of your family or any close friend ever been charged with a criminal offense other than traffic offenses? YES: _______ NO: ___X___

If yes, please state your relationship to that person, the charges involved and the outcome.

20. Has any member of your family or any close friend ever been arrested for a criminal offense other than traffic offenses, but not charged? YES: _______ NO: ___X___

If yes, please state your relationship to that person and the charges involved.

21. Have you ___________, any member of your family _______, or a close friend ________ ever been the victim of a violent crime?

What was the crime?

Was anyone arrested ________ and/or convicted ________ in connection with that crime?

22. What is your political party preference? I am not a member of a political party

Religious affiliation Baptist

23. Please list the organizations to which you belong (Social, Fraternal, Service, Charitable, etc.)

24. What newspapers do you read? Daily Star, Clarion Ledger

What magazines? Consumer Report

What is your favorite t.v. show? CSI Las Vegas

25. Do you regularly watch the local news? Yes; national news? Yes

26. Thinking about the neighborhood where you live, are the people you usually run into:

All White _______ All Black _______ Mix of white and black residents ___X___

27. What is your marital status? Married ___X___ Divorced _______ Widowed _______

Never married _______

If married or widowed, how many years are/were you married? 36 years

What is/was your spouse's occupation? teacher

Highest grade spouse completed in school graduate school

Spouse's Political Party Preference None

Spouse's Religious Affiliation Baptist

28. How many children do you have? 3

List their ages, gender and occupation if applicable:

Shane – musician – 33 – male

Peyton – Student – 29 – Male

Reagan – teacher / coach – 26 – Male

29. What do you think about the death penalty?

(Please circle the letter that most accurately represents your opinion. You may provide more information on the lines below.)

A. Strongly Favor

B. Generally Favor

C. No Opinion

D. Generally Against

E. Strongly Against

30. Is there any other information you believe might be important for the Court or for the lawyers to know about you as a potential juror?

| | |
|---|---|
| /s/ | 01-15-06 |
| Juror please sign full name here | Date signed |

1159

Juror Information Questionnaire

1. Your Full Name: Leonard Jones
2. Present Address: 258 Community Rd
3. Telephone Number: Home (662) 227-1776
   Work (662) 226-8634
4. Place of Birth: Grenada, MS
5. Age: 49 Gender: M Race: B
6. Have you lived at any other addresses in the last five years? YES: _______ NO: ___X___
   If yes, what addresses?
   (a)
   (b)
7. Please state your highest level of education completed: High School
   Degrees or diplomas which you hold:
   List schools attended and locations: Tie plant Elem., Willia Wilson Carri Dotson, Granada High, all in Grenada, MS.
8. Who is your employer: Georgia Pacific
   How long have you worked for this employer: 19 years
9. What is your position, and what are your duties in that position?
   Lab Tech.
   Quality Control
10. Who else have you worked for in the past five years?
   (a) N/A

(b)

11. Have you ever been in the military? YES: _______ NO: ___X___

If yes, what branch?

12. Have you or any family member or close personal friend ever worked as a volunteer or employee in a law enforcement agency, prosecutor's office, prison, jail, correctional institution or mental health facility on the local, state, or federal level? No

If yes, please state who, when and where:

13. Have you or any family members or close personal friends worked for a donated time or money to organizations supporting crime victims or preventing crime? No

If yes, who, what organizations and when?

14. Have you ever appeared as a witness before a Grand Jury? YES: _______ NO: ___X___

When and where:

15. Have you ever appeared as a witness in a criminal prosecution? YES: _______ NO: ___X___

When and where:

Were you a witness for the State? _______ or for the defendant? ________

16. Have you ever served on a Grand Jury before? YES: _______ NO: ___X___

17. Have you ever served on a Trial Jury before? YES: _______ NO: ___X___

Have you served as a juror on a Civil case? YES: _______ NO: ___X___

When and where:

Did the jury reach a verdict? YES: _______ NO: _______

If not, please explain:

Have you served as a juror on a Criminal case? No

When and where:

What was the charge?

Did the jury reach a verdict? YES: _______ NO: _______

If not, please explain:

18. Have you ever been a party to a legal action? YES: _______ NO: ___X___

Was it Civil? or Criminal?

If it was Civil, were you the Plaintiff? or the Defendant?

If it was Civil, was the verdict in your favor?

If it was Criminal, what were the charges involved?

Were you the one who filed charges?

Or were charges filed against you?

What was the result?

19. Has any member of your family or any close friend ever been charged with a criminal offense other than traffic offenses? YES: _______ NO: ___X___

If yes, please state your relationship to that person, the charges involved and the outcome.

20. Has any member of your family or any close friend ever been arrested for a criminal offense other than traffic offenses, but not charged? YES: _______ NO: ___X___

If yes, please state your relationship to that person and the charges involved.

21. Have you No , any member of your family No , or a close friend No ever been the victim of a violent crime?

What was the crime?

Was anyone arrested ________ and/or convicted ________ in connection with that crime?

22. What is your political party preference? Dem

Religious affiliation Christian (Baptist)

23. Please list the organizations to which you belong (Social, Fraternal, Service, Charitable, etc.)

N/A

24. What newspapers do you read? Clarion Ledger

What magazines? Jet, Sports Illustrated

What is your favorite t.v. show? Sanford and Son

25. Do you regularly watch the local news? No ; national news? Yes

26. Thinking about the neighborhood where you live, are the people you usually run into:

All White _______ All Black _______ Mix of white and black residents ___X___

27. What is your marital status? Married _______ Divorced ___X___ Widowed _______

Never married _______

If married or widowed, how many years are/were you married?

What is/was your spouse's occupation?

Highest grade spouse completed in school

Spouse's Political Party Preference

Spouse's Religious Affiliation

28. How many children do you have? 8

List their ages, gender and occupation if applicable:

31 Male Truck Driver, 27 male lab assoc.

26 Female Physical Therapist 25 Female Elem. School Teacher

24 Female 23 Female 21 Male

5 Female (College and Elem. Students)

29. What do you think about the death penalty?

(Please circle the letter that most accurately represents your opinion. You may provide more information on the lines below.)

A. Strongly Favor

B. Generally Favor (circled)

C. No Opinion

D. Generally Against

E. Strongly Against

30. Is there any other information you believe might be important for the Court or for the lawyers to know about you as a potential juror? No

| | |
|---|---|
| /s/ | 1/14/06 |
| Juror please sign full name here | Date signed |

1166

Juror Information Questionnaire

1. Your Full Name: Patsy A. Jones (Gann)
2. Present Address: 13290 Hwy 51 N Grenada
3. Telephone Number: Home (662) 227-9677

   Work (662) 294-0787
4. Place of Birth: Grenada
5. Age: 23 Gender: F Race: White
6. Have you lived at any other addresses in the last five years? YES: ___X___ NO: _______

   If yes, what addresses?

   (a) 316 Fleming's Alley Derma, MS 38839

   (b)
7. Please state your highest level of education completed: 1 yr college

   Degrees or diplomas which you hold: High School Diploma

   List schools attended and locations: Holmes Community College (Grenada Center)
8. Who is your employer: Reaching Rainbows

   How long have you worked for this employer: 6 months
9. What is your position, and what are your duties in that position?

   CNA & Caregiver / help another lady take acre of babies ex. Feed, love, and change them

10. Who else have you worked for in the past five years?

    (a) Grenada health & Rehab

    (b) Grenada Living Center

11. Have you ever been in the military? YES: _______ NO: ___X___

    If yes, what branch?

12. Have you or any family member or close personal friend ever worked as a volunteer or employee in a law enforcement agency, prosecutor's office, prison, jail, correctional institution or mental health facility on the local, state, or federal level? No

    If yes, please state who, when and where:

13. Have you or any family members or close personal friends worked for a donated time or money to organizations supporting crime victims or preventing crime? No

    If yes, who, what organizations and when?

14. Have you ever appeared as a witness before a Grand Jury? YES: _______ NO: ___X___

    When and where:

15. Have you ever appeared as a witness in a criminal prosecution? YES: ___X___ NO: _______

When and where: November 2001 Calhoun County Courthouse

Were you a witness for the State? _______ or for the defendant? ________

16. Have you ever served on a Grand Jury before? YES: _______ NO: ___X___

17. Have you ever served on a Trial Jury before? YES: _______ NO: ___X___

Have you served as a juror on a Civil case? YES: _______ NO: ___X___

When and where:

Did the jury reach a verdict? YES: _______ NO: _______

If not, please explain:

Have you served as a juror on a Criminal case? No

When and where:

What was the charge?

Did the jury reach a verdict? YES: _______ NO: _______

If not, please explain:

18. Have you ever been a party to a legal action? YES: _______ NO: ___X___

Was it Civil? or Criminal?

If it was Civil, were you the Plaintiff? or the Defendant?

If it was Civil, was the verdict in your favor?

If it was Criminal, what were the charges involved?

Were you the one who filed charges?

Or were charges filed against you?

What was the result?

19. Has any member of your family or any close friend ever been charged with a criminal offense other than traffic offenses? YES: ___X___ NO: _______

If yes, please state your relationship to that person, the charges involved and the outcome.

My husband (boyfriend @ time) was charged with fondling a 12 yr old. Took plea bargain 3 yrs. probation

20. Has any member of your family or any close friend ever been arrested for a criminal offense other than traffic offenses, but not charged? YES: _______ NO: ___X___

If yes, please state your relationship to that person and the charges involved.

21. Have you __________, any member of your family _______, or a close friend ________ ever been the victim of a violent crime? No

    What was the crime?

    Was anyone arrested ________ and/or convicted ________ in connection with that crime?

22. What is your political party preference? Republican

    Religious affiliation Baptist

23. Please list the organizations to which you belong (Social, Fraternal, Service, Charitable, etc.)

24. What newspapers do you read? Daily Star

    What magazines? Baby Magazines

    What is your favorite t.v. show? That 70s Show

25. Do you regularly watch the local news? No; national news? No

26. Thinking about the neighborhood where you live, are the people you usually run into:

    All White _______ All Black _______ Mix of white and black residents ___X___

27. What is your marital status? Married ___X___ Divorced _______ Widowed _______

    Never married _______

If married or widowed, how many years are/were you married? 3 yrs 5 mths

What is/was your spouse's occupation? Construction workers

Highest grade spouse completed in school 9th

Spouse's Political Party Preference Republican

Spouse's Religious Affiliation Baptist

28. How many children do you have? 1

List their ages, gender and occupation if applicable:

Age 2 Male

29. What do you think about the death penalty?

(Please circle the letter that most accurately represents your opinion. You may provide more information on the lines below.)

A. Strongly Favor

B. Generally Favor

(C.) No Opinion

D. Generally Against

E. Strongly Against

30. Is there any other information you believe might be important for the Court or for the lawyers to know about you as a potential juror?

/s/ ______________________________ 1-21-06 ______

Juror please sign full name here Date signed

Juror Information Questionnaire

1. Your Full Name: Candice Leigh Lancaster
2. Present Address: 66 Perry Ave. Grenada, MS 38901
3. Telephone Number: Home (662) 809-4067

   Work (662) 226-7565
4. Place of Birth: Grenada, MS
5. Age: 22 Gender: F Race: W
6. Have you lived at any other addresses in the last five years? YES: _______ NO: ___X___

   If yes, what addresses?

   (a)

   (b)
7. Please state your highest level of education completed: College

   Degrees or diplomas which you hold: AA of Business & Cosmetology

   List schools attended and locations: Holmes Community - Grenada

   Northwest Community - Senatobia
8. Who is your employer: Studio 55

   How long have you worked for this employer: 1 year
9. What is your position, and what are your duties in that position?

   Waitress – wait & bus tables, take care of customers

10. Who else have you worked for in the past five years?

    (a) Video Shop – Gary May

    (b) Plaza Cinema – Johnny Green

11. Have you ever been in the military? YES: _______ NO: ___X___

    If yes, what branch?

12. Have you or any family member or close personal friend ever worked as a volunteer or employee in a law enforcement agency, prosecutor's office, prison, jail, correctional institution or mental health facility on the local, state, or federal level? Yes

    If yes, please state who, when and where: Robert Bowen – brother in law, present in Grenada County Police Dep.

13. Have you or any family members or close personal friends worked for a donated time or money to organizations supporting crime victims or preventing crime? No

    If yes, who, what organizations and when?

14. Have you ever appeared as a witness before a Grand Jury? YES: _______ NO: ___X___

    When and where:

15. Have you ever appeared as a witness in a criminal prosecution? YES: _______ NO: ___X___

    When and where:

    Were you a witness for the State? _______ or for the defendant? ________

16. Have you ever served on a Grand Jury before? YES: _______ NO: ___X___

17. Have you ever served on a Trial Jury before? YES: _______ NO: ___X___

    Have you served as a juror on a Civil case? YES: _______ NO: _______

    When and where:

    Did the jury reach a verdict? YES: _______ NO: _______

    If not, please explain:

    Have you served as a juror on a Criminal case? No

    When and where:

    What was the charge?

    Did the jury reach a verdict? YES: _______ NO: _______

    If not, please explain:

18. Have you ever been a party to a legal action? YES: ___X___ NO: _______

Was it Civil? or Criminal?

If it was Civil, were you the Plaintiff? or the Defendant? 3 Not sure Civil or Criminal

If it was Civil, was the verdict in your favor?

If it was Criminal, what were the charges involved? Disturbance of the family

Were you the one who filed charges?

Or were charges filed against you? Yes

What was the result? Paid a fine

19. Has any member of your family or any close friend ever been charged with a criminal offense other than traffic offenses? YES: ___X___ NO: _______

If yes, please state your relationship to that person, the charges involved and the outcome.

Father – drugs & breaking & entering of a dwelling. 3 guilty's so led to 10 years in jail no probation

20. Has any member of your family or any close friend ever been arrested for a criminal offense other than traffic offenses, but not charged? YES: _______ NO: ___X___

If yes, please state your relationship to that person and the charges involved.

21. Have you No , any member of your family No , or a close friend No ever been the victim of a violent crime?

What was the crime?

Was anyone arrested ________ and/or convicted ________ in connection with that crime?

22. What is your political party preference? No choice

Religious affiliation Baptist

23. Please list the organizations to which you belong (Social, Fraternal, Service, Charitable, etc.)

N/A

24. What newspapers do you read? Don't really read the paper

What magazines? Cosmo

What is your favorite t.v. show? MTV & Lifetime

25. Do you regularly watch the local news? No ; national news? No

26. Thinking about the neighborhood where you live, are the people you usually run into:

All White ___X___ All Black _______ Mix of white and black residents _______

27. What is your marital status? Married _______ Divorced _______ Widowed _______
    Never married ___X___

    If married or widowed, how many years are/were you married?

    What is/was your spouse's occupation?

    Highest grade spouse completed in school

    Spouse's Political Party Preference

    Spouse's Religious Affiliation

28. How many children do you have? None

    List their ages, gender and occupation if applicable:

29. What do you think about the death penalty?

    (Please circle the letter that most accurately represents your opinion. You may provide more information on the lines below.)

    A. Strongly Favor

    (B.) Generally Favor

    C. No Opinion

    D. Generally Against

    E. Strongly Against

    Only if they have been charged with murder.

30. Is there any other information you believe might be important for the Court or for the lawyers to know about you as a potential juror?

/s/ ______________________________ 1/23/06 ______

Juror please sign full name here Date signed

1187

Juror Information Questionnaire

1. Your Full Name: Linda Ruth Lee
2. Present Address: 365 Lake St.
3. Telephone Number: Home (662) 294-0836 Mother's #

   Work (662) 623-0220
4. Place of Birth: Grenada, MS
5. Age: 26 Gender: Female Race: Black
6. Have you lived at any other addresses in the last five years? YES: ___X___ NO: _______

   If yes, what addresses?

   (a) 365 Lake Street

   (b) 81 Bledsoe Street
7. Please state your highest level of education completed: 9th

   Degrees or diplomas which you hold: Evans High School Orlando, FL

   List schools attended and locations:
8. Who is your employer:

   How long have you worked for this employer:
9. What is your position, and what are your duties in that position?
10. Who else have you worked for in the past five years?

(a) Heatcraft

(b) Burger King

11. Have you ever been in the military? YES: _______ NO: ___X___

If yes, what branch?

12. Have you or any family member or close personal friend ever worked as a volunteer or employee in a law enforcement agency, prosecutor's office, prison, jail, correctional institution or mental health facility on the local, state, or federal level? No

If yes, please state who, when and where:

13. Have you or any family members or close personal friends worked for a donated time or money to organizations supporting crime victims or preventing crime? No

If yes, who, what organizations and when?

14. Have you ever appeared as a witness before a Grand Jury? YES: _______ NO: ___X___

When and where:

15. Have you ever appeared as a witness in a criminal prosecution? YES: _______ NO: ___X___

When and where:

Were you a witness for the State? _______ or for the defendant? ________

16. Have you ever served on a Grand Jury before? YES: _______ NO: ___X___

17. Have you ever served on a Trial Jury before? YES: _______ NO: ___X___

Have you served as a juror on a Civil case? YES: _______ NO: _______

When and where:

Did the jury reach a verdict? YES: _______ NO: _______

If not, please explain:

Have you served as a juror on a Criminal case? No

When and where:

What was the charge?

Did the jury reach a verdict? YES: _______ NO: _______

If not, please explain:

18. Have you ever been a party to a legal action? YES: _______ NO: ___X___

Was it Civil? or Criminal?

If it was Civil, were you the Plaintiff? or the Defendant?

If it was Civil, was the verdict in your favor?

If it was Criminal, what were the charges involved?

Were you the one who filed charges?

Or were charges filed against you?

What was the result?

19. Has any member of your family or any close friend ever been charged with a criminal offense other than traffic offenses? YES: _______ NO: ___X___

If yes, please state your relationship to that person, the charges involved and the outcome.

20. Has any member of your family or any close friend ever been arrested for a criminal offense other than traffic offenses, but not charged? YES: _______ NO: ___X___

If yes, please state your relationship to that person and the charges involved.

21. Have you ___________, any member of your family _______, or a close friend ________ ever been the victim of a violent crime? No

What was the crime?

Was anyone arrested ________ and/or convicted ________ in connection with that crime?

22. What is your political party preference?

Religious affiliation

23. Please list the organizations to which you belong (Social, Fraternal, Service, Charitable, etc.)

24. What newspapers do you read? The Daily Star

What magazines? Vibe, Ebony, Jet

What is your favorite t.v. show? Freshprince, Sanford Son Good Times

25. Do you regularly watch the local news? Yes; national news? Sometimes

26. Thinking about the neighborhood where you live, are the people you usually run into:

All White _______ All Black _______ Mix of white and black residents ___X___

27. What is your marital status? Married ___X___ Divorced _______ Widowed _______

Never married _______

If married or widowed, how many years are/were you married? 5 ½ years

What is/was your spouse's occupation? Wendy's

Highest grade spouse completed in school 12th

Spouse's Political Party Preference

Spouse's Religious Affiliation Christian

28. How many children do you have? 1

List their ages, gender and occupation if applicable:

8 Female goes to school

29. What do you think about the death penalty? Bad like murder then yes I think they should get the death penalty if someone did something.

(Please circle the letter that most accurately represents your opinion. You may provide more information on the lines below.)

A. Strongly Favor
B. Generally Favor (circled)
C. No Opinion
D. Generally Against
E. Strongly Against

30. Is there any other information you believe might be important for the Court or for the lawyers to know about you as a potential juror? No

| | |
|---|---|
| /s/ | 1-14-06 |
| Juror please sign full name here | Date signed |

Juror Information Questionnaire

1. Your Full Name: David A. Little
2. Present Address: 183 Sparta Rd. Holcomb MS 38940
3. Telephone Number: Home ( ) 226-4794

   Work ( ) None
4. Place of Birth: Grenada County
5. Age: 70 Gender: Male Race: W
6. Have you lived at any other addresses in the last five years? YES: _______ NO: ___X___

   If yes, what addresses?

   (a)

   (b)
7. Please state your highest level of education completed: 11

   Degrees or diplomas which you hold:

   List schools attended and locations: Holcomb High School
8. Who is your employer: Retired

   How long have you worked for this employer:
9. What is your position, and what are your duties in that position?
10. Who else have you worked for in the past five years?

(a)

(b)

11. Have you ever been in the military? YES: ___X___ NO: _______

If yes, what branch? Army

12. Have you or any family member or close personal friend ever worked as a volunteer or employee in a law enforcement agency, prosecutor's office, prison, jail, correctional institution or mental health facility on the local, state, or federal level? Yes

If yes, please state who, when and where:

James Latham Deputy Sheriff

13. Have you or any family members or close personal friends worked for a donated time or money to organizations supporting crime victims or preventing crime? No

If yes, who, what organizations and when?

14. Have you ever appeared as a witness before a Grand Jury? YES: _______ NO: ___X___

When and where:

15. Have you ever appeared as a witness in a criminal prosecution? YES: _______ NO: ___X___

When and where:

Were you a witness for the State? _______ or for the defendant? ________

16. Have you ever served on a Grand Jury before? YES: ___X___ NO: _______

17. Have you ever served on a Trial Jury before? YES: ___X___ NO: _______

Have you served as a juror on a Civil case? YES: _______ NO: ___X___

When and where:

Did the jury reach a verdict? YES: _______ NO: _______

If not, please explain:

Have you served as a juror on a Criminal case? No

When and where:

What was the charge?

Did the jury reach a verdict? YES: _______ NO: _______

If not, please explain:

18. Have you ever been a party to a legal action? YES: _______ NO: ___X___

Was it Civil? or Criminal?

If it was Civil, were you the Plaintiff? or the Defendant?

If it was Civil, was the verdict in your favor?

If it was Criminal, what were the charges involved?

Were you the one who filed charges?

Or were charges filed against you?

What was the result?

19. Has any member of your family or any close friend ever been charged with a criminal offense other than traffic offenses? YES: _______ NO: ___X___

If yes, please state your relationship to that person, the charges involved and the outcome.

20. Has any member of your family or any close friend ever been arrested for a criminal offense other than traffic offenses, but not charged? YES: _______ NO: ___X___

If yes, please state your relationship to that person and the charges involved.

21. Have you No , any member of your family No , or a close friend No ever been the victim of a violent crime?

What was the crime?

Was anyone arrested ________ and/or convicted ________ in connection with that crime?

22. What is your political party preference?

Religious affiliation Methodist

23. Please list the organizations to which you belong (Social, Fraternal, Service, Charitable, etc.)

None

24. What newspapers do you read? Daily Star – Clarion Ledger

What magazines? None

What is your favorite t.v. show? Sports

25. Do you regularly watch the local news? Yes ; national news? Yes

26. Thinking about the neighborhood where you live, are the people you usually run into:

All White _______ All Black _______ Mix of white and black residents ___X___

27. What is your marital status? Married ___X___ Divorced _______ Widowed _______

Never married _______

If married or widowed, how many years are/were you married? 46 years

What is/was your spouse's occupation? GMAC

Highest grade spouse completed in school 12

Spouse's Political Party Preference

Spouse's Religious Affiliation Methodist

28. How many children do you have? 2

List their ages, gender and occupation if applicable:

28 Female CPA

36 Male Manager Case Inc.

29. What do you think about the death penalty?

(Please circle the letter that most accurately represents your opinion. You may provide more information on the lines below.)

A. Strongly Favor (circled)
B. Generally Favor
C. No Opinion
D. Generally Against
E. Strongly Against

30. Is there any other information you believe might be important for the Court or for the lawyers to know about you as a potential juror? None

1200

| | |
|---|---|
| /s/ | 1-15-06 |
| Juror please sign full name here | Date signed |

Juror Information Questionnaire

1. Your Full Name: Stephen Abel Marter Jr.
2. Present Address: 404 River Road
3. Telephone Number: Home ( ) 229-9500

   Work ( ) 226-6090
4. Place of Birth: Winona, MS
5. Age: 37 Gender: M Race: W
6. Have you lived at any other addresses in the last five years? YES: _______ NO: ___X___

   If yes, what addresses?

   (a)

   (b)
7. Please state your highest level of education completed: College

   Degrees or diplomas which you hold: B.S. Forest Management

   List schools attended and locations: King Academy, Mississippi State University
8. Who is your employer: US Army Corp's of Engineers

   How long have you worked for this employer: 12 years
9. What is your position, and what are your duties in that position?

   Wildlife Management for Enid and Grenada Lakes Wildlife Biologist

10. Who else have you worked for in the past five years?

    (a) N/A

    (b)

11. Have you ever been in the military? YES: _______ NO: ___X___

    If yes, what branch?

12. Have you or any family member or close personal friend ever worked as a volunteer or employee in a law enforcement agency, prosecutor's office, prison, jail, correctional institution or mental health facility on the local, state, or federal level? Yes

    If yes, please state who, when and where: Mark Fielder, Deputy Volunteer, Montgomery County S.O.

13. Have you or any family members or close personal friends worked for a donated time or money to organizations supporting crime victims or preventing crime? No

    If yes, who, what organizations and when?

14. Have you ever appeared as a witness before a Grand Jury? YES: _______ NO: ___X___

    When and where:

15. Have you ever appeared as a witness in a criminal prosecution? YES: _______ NO: ___X___

    When and where:

    Were you a witness for the State? _______ or for the defendant? ________

16. Have you ever served on a Grand Jury before? YES: _______ NO: ___X___

17. Have you ever served on a Trial Jury before? YES: _______ NO: ___X___

    Have you served as a juror on a Civil case? YES: _______ NO: ___X___

    When and where:

    Did the jury reach a verdict? YES: _______ NO: _______

    If not, please explain:

    Have you served as a juror on a Criminal case? No

    When and where:

    What was the charge?

    Did the jury reach a verdict? YES: _______ NO: _______

    If not, please explain:

18. Have you ever been a party to a legal action? YES: _______ NO: ___X___

    Was it Civil? or Criminal?

    If it was Civil, were you the Plaintiff? or the Defendant?

    If it was Civil, was the verdict in your favor?

    If it was Criminal, what were the charges involved?

    Were you the one who filed charges?

    Or were charges filed against you?

    What was the result?

19. Has any member of your family or any close friend ever been charged with a criminal offense other than traffic offenses? YES: _______ NO: ___X___

    If yes, please state your relationship to that person, the charges involved and the outcome.

20. Has any member of your family or any close friend ever been arrested for a criminal offense other than traffic offenses, but not charged? YES: _______ NO: ___X___

    If yes, please state your relationship to that person and the charges involved.

21. Have you No , any member of your family No , or a close friend No ever been the victim of a violent crime?

    What was the crime?

    Was anyone arrested ________ and/or convicted ________ in connection with that crime?

22. What is your political party preference? None

    Religious affiliation Baptist

23. Please list the organizations to which you belong (Social, Fraternal, Service, Charitable, etc.)

    Society of American Foresters

24. What newspapers do you read? Clarion Ledger; Daily Star

    What magazines? Mississippi Outdoors

    What is your favorite t.v. show? Andy Griffith

25. Do you regularly watch the local news? No ; national news? Yes

26. Thinking about the neighborhood where you live, are the people you usually run into:

    All White _______ All Black _______ Mix of white and black residents ___X___

27. What is your marital status? Married ___X___ Divorced _______ Widowed _______

    Never married _______

If married or widowed, how many years are/were you married? 17 years

What is/was your spouse's occupation? School Teacher

Highest grade spouse completed in school College

Spouse's Political Party Preference None

Spouse's Religious Affiliation Baptist

28. How many children do you have? 3

List their ages, gender and occupation if applicable:

Female - 13

Male - 10

Male - 4

29. What do you think about the death penalty?

(Please circle the letter that most accurately represents your opinion. You may provide more information on the lines below.)

A. Strongly Favor

B. Generally Favor

C. No Opinion

D. Generally Against

E. Strongly Against

30. Is there any other information you believe might be important for the Court or for the lawyers to know about you as a potential juror?

/s/ ______________________________ 1-15-06 ______

Juror please sign full name here Date signed

1242

Juror Information Questionnaire

1. Your Full Name: Mary Kathyren McCluney
2. Present Address: 1009 White Circle
3. Telephone Number: Home (662) 227-1842
   Work ( )
4. Place of Birth: Pittsburg Penn.
5. Age: 59 Gender: F Race: White
6. Have you lived at any other addresses in the last five years? YES: _______ NO: ___X___
   If yes, what addresses?
   (a) 0
   (b) 0
7. Please state your highest level of education completed: 12th
   Degrees or diplomas which you hold: 0
   List schools attended and locations: New York, Ind. MS.
8. Who is your employer: 0
   How long have you worked for this employer: 0
9. What is your position, and what are your duties in that position?
   0
10. Who else have you worked for in the past five years?

(a) 0

(b)

11. Have you ever been in the military? YES: _______ NO: ___X___

If yes, what branch? 0

12. Have you or any family member or close personal friend ever worked as a volunteer or employee in a law enforcement agency, prosecutor's office, prison, jail, correctional institution or mental health facility on the local, state, or federal level? No

If yes, please state who, when and where: 0

13. Have you or any family members or close personal friends worked for a donated time or money to organizations supporting crime victims or preventing crime? No

If yes, who, what organizations and when? 0

14. Have you ever appeared as a witness before a Grand Jury? YES: _______ NO: ___X___

When and where: 0

15. Have you ever appeared as a witness in a criminal prosecution? YES: _______ NO: ___X___

When and where: 0

Were you a witness for the State? _______ or for the defendant? 3

16. Have you ever served on a Grand Jury before? YES: _______ NO: ___X___

17. Have you ever served on a Trial Jury before? YES: _______ NO: ___X___

Have you served as a juror on a Civil case? YES: _______ NO: ___X___

When and where: 0

Did the jury reach a verdict? YES: _______ NO: ______

If not, please explain: 0

Have you served as a juror on a Criminal case?

When and where:

What was the charge?

Did the jury reach a verdict? YES: _______ NO: _______

If not, please explain:

18. Have you ever been a party to a legal action? YES: _______ NO: ___X___

Was it Civil? or Criminal?

If it was Civil, were you the Plaintiff? or the Defendant?

If it was Civil, was the verdict in your favor?

If it was Criminal, what were the charges involved?

Were you the one who filed charges?

Or were charges filed against you?

What was the result?

19. Has any member of your family or any close friend ever been charged with a criminal offense other than traffic offenses? YES: _______ NO: ___X___

If yes, please state your relationship to that person, the charges involved and the outcome.

0

20. Has any member of your family or any close friend ever been arrested for a criminal offense other than traffic offenses, but not charged? YES: _______ NO: ___X___

If yes, please state your relationship to that person and the charges involved.

21. Have you No , any member of your family No , or a close friend No ever been the victim of a violent crime?

What was the crime? 0

Was anyone arrested _____0___ and/or convicted ________ in connection with that crime?

22. What is your political party preference? Dem.

Religious affiliation Baptist

23. Please list the organizations to which you belong (Social, Fraternal, Service, Charitable, etc.)

Hospital Auxiliary

24. What newspapers do you read? Daily Star

What magazines? TV Guide, Family Circle, True Story

What is your favorite t.v. show? Little House on the Prairie

25. Do you regularly watch the local news? Yes; national news? Yes

26. Thinking about the neighborhood where you live, are the people you usually run into:

All White ___X___ All Black _______ Mix of white and black residents _______

27. What is your marital status? Married ___X___ Divorced _______ Widowed _______

Never married _______

If married or widowed, how many years are/were you married? 41

What is/was your spouse's occupation? Ms. Valley Gas

Highest grade spouse completed in school 12th

Spouse's Political Party Preference Dem

Spouse's Religious Affiliation Baptist

28. How many children do you have? 3

List their ages, gender and occupation if applicable:

40, Male, Teacher

37, Male, Warehouse Mgr.

34, Sefl employed cleaning buss.

29. What do you think about the death penalty?

(Please circle the letter that most accurately represents your opinion. You may provide more information on the lines below.)

A. Strongly Favor

(B.) Generally Favor

C. No Opinion

D. Generally Against

E. Strongly Against

30. Is there any other information you believe might be important for the Court or for the lawyers to know about you as a potential juror?

| | |
|---|---|
| /s/ | 1-17-06 |
| Juror please sign full name here | Date signed |

1274

Juror Information Questionnaire

1. Your Full Name: James C. Morgan
2. Present Address: 645 Old Hickory Rd., Grenada, MS
3. Telephone Number: Home ( ) 226-6856

   Work ( )
4. Place of Birth: Tallahatchie County
5. Age: _____64_____ Gender: ___M______ Race: ______W____
6. Have you lived at any other addresses in the last five years? YES: ____NO: __X__

   If yes, what addresses?

   (a)

   (b)
7. Please state your highest level of education completed: 12 yrs.

   Degrees or diplomas which you hold: High School

   List schools attended and locations:
8. Who is your employer: Retired

   How long have you worked for this employer: 38 years
9. What is your position, and what are your duties in that position?

   Retired

10. Who else have you worked for in the past five years?

    (a) No one

    (b)

11. Have you ever been in the military? Yes

    If yes, what branch? Army

12. Have you or any family member or close personal friend ever worked as a volunteer or employee in a law enforcement agency, prosecutor's office, prison, jail, correctional institution or mental health facility on the local, state, or federal level?

    If yes, please state who, when and where: County Constable in Late 70s and 80s – Grenada County Sherrif Dept. in 80s.

13. Have you or any family members or close personal friends worked for a donated time or money to organizations supporting crime victims or preventing crime? ____X______

    If yes, who, what organizations and when?

14. Have you ever appeared as a witness before a Grand Jury? YES: ____NO: _ X___

    When and where:

15. Have you ever appeared as a witness in a criminal prosecution? YES: ____NO: __ X__

    When and where:

    Were you a witness for the State? _______ or for the defendant? ________

16. Have you ever served on a Grand Jury before? YES: ____NO: _ X___

17. Have you ever served on a Trial Jury before? YES: ____NO: ____

Have you served as a juror on a Civil case? X

When and where: Grenada, MS

Did the jury reach a verdict? YES: ____NO: __ X__

If not, please explain: Settled out court

Have you served as a juror on a Criminal case? No

When and where:

What was the charge?

Did the jury reach a verdict? YES: ____NO: ____

If not, please explain:

18. Have you ever been a party to a legal action? YES:____NO: ____

Was it Civil? ___________ or Criminal? ___________

If it was Civil, were you the Plaintiff? __________ or the Defendant? ____________

If it was Civil, was the verdict in your favor? _________________

If it was Criminal, what were the charges involved? ___________________

Were you the one who filed charges? _________________

Or were charges filed against you? ___________________

What was the result?

19. Has any member of your family or any close friend ever been charged with a criminal offense other than traffic offenses? YES: ____ NO:_ X_____

If yes, please state your relationship to that person, the charges involved and the outcome.

20. Has any member of your family or any close friend ever been arrested for a criminal offense other than traffic offenses, but not charged? YES: _______ NO: _______

If yes, please state your relationship to that person and the charges involved.

21. Have you ___________, any member of your family _______, or a close friend ________ ever been the victim of a violent crime?

What was the crime?

Was anyone arrested ________ and/or convicted ________ in connection with that crime?

22. What is your political party preference?

Religious affiliation

23. Please list the organizations to which you belong (Social, Fraternal, Service, Charitable, etc.)

24. What newspapers do you read?

What magazines?

What is your favorite t.v. show?

25. Do you regularly watch the local news? __________; national news? _______________

26. Thinking about the neighborhood where you live, are the people you usually run into:

All White _________ All Black _______ Mix of white and black residents _______

27. What is your marital status? Married ______ Divorced __________ Widowed______ Never married__________

If married or widowed, how many years are/were you married? _________________

What is/was your spouse's occupation?

Highest grade spouse completed in school

Spouse's Political Party Preference

Spouse's Religious Affiliation

28. How many children do you have?

List their ages, gender and occupation if applicable:

29. What do you think about the death penalty?

(Please circle the letter that most accurately represents your opinion. You may provide more information on the lines below.)

A. Strongly Favor

B. Generally Favor (circled)
C. No Opinion
D. Generally Against
E. Strongly Against

30. Is there any other information you believe might be important for the Court or for the lawyers to know about you as a potential juror? Diabetic – on medication

/s/ ______________________ 1/17/06

Juror please sign full name here Date signed

1293

Juror Information Questionnaire

1. Your Full Name: Lisa Griffis Parker
2. Present Address: 3707 Griffis Rd.
3. Telephone Number: Home ( )
   Work ( )
4. Place of Birth: Greenwood, Ms
5. Age: ____29______ Gender: ___F______
   Race: ____W______
6. Have you lived at any other addresses in the last five years? YES: __ X__NO: ____
   If yes, what addresses?
   (a) 3707 Griffis rd., Grenada, MS 38901
   (b)
7. Please state your highest level of education completed: 11th Grade
   Degrees or diplomas which you hold:
   List schools attended and locations: Kirk Academy, Grenada
8. Who is your employer: N/A
   How long have you worked for this employer:
9. What is your position, and what are your duties in that position?
10. Who else have you worked for in the past five years?

(a)

(b)

11. Have you ever been in the military? N/A

If yes, what branch?

12. Have you or any family member or close personal friend ever worked as a volunteer or employee in a law enforcement agency, prosecutor's office, prison, jail, correctional institution or mental health facility on the local, state, or federal level? Yes

If yes, please state who, when and where: Husband Thomas R. Parker, Sheriff's Dept. Grenada

13. Have you or any family members or close personal friends worked for a donated time or money to organizations supporting crime victims or preventing crime? ____No______

If yes, who, what organizations and when?

14. Have you ever appeared as a witness before a Grand Jury? YES: ____NO: __ X____

When and where:

15. Have you ever appeared as a witness in a criminal prosecution? YES: ____NO: _ X_____

When and where:

Were you a witness for the State? _______ or for the defendant? ________

16. Have you ever served on a Grand Jury before? YES: ____NO: _ X_____

17. Have you ever served on a Trial Jury before? YES: ____NO: __ X____

    Have you served as a juror on a Civil case? No

    When and where:

    Did the jury reach a verdict? YES: ____NO: ____

    If not, please explain:

    Have you served as a juror on a Criminal case? No

    When and where:

    What was the charge?

    Did the jury reach a verdict? YES: ____NO: ____

    If not, please explain:

18. Have you ever been a party to a legal action? YES:____NO: ___ X___

    Was it Civil? ___________ or Criminal? ___________

    If it was Civil, were you the Plaintiff? __________ or the Defendant? ____________

    If it was Civil, was the verdict in your favor? _________________

    If it was Criminal, what were the charges involved? ___________________

    Were you the one who filed charges? _________________

    Or were charges filed against you? ___________________

What was the result?

19. Has any member of your family or any close friend ever been charged with a criminal offense other than traffic offenses? YES: ____ NO:__ X______

If yes, please state your relationship to that person, the charges involved and the outcome.

20. Has any member of your family or any close friend ever been arrested for a criminal offense other than traffic offenses, but not charged? YES: _______ NO: _ X________

If yes, please state your relationship to that person and the charges involved.

21. Have you ___________, any member of your family _______, or a close friend ________ ever been the victim of a violent crime?

What was the crime?

Was anyone arrested ________ and/or convicted ________ in connection with that crime?

22. What is your political party preference?

Religious affiliation

23. Please list the organizations to which you belong (Social, Fraternal, Service, Charitable, etc.)

N/A

24. What newspapers do you read?

What magazines?

What is your favorite t.v. show?

25. Do you regularly watch the local news? ____No____; national news? _______________

26. Thinking about the neighborhood where you live, are the people you usually run into:

All White ___ X__ All Black _______ Mix of white and black residents _______

27. What is your marital status? Married __ X____ Divorced __________ Widowed______ Never married__________

If married or widowed, how many years are/were you married? ____8__________

What is/was your spouse's occupation? Waste Management (Truck Driver)

Highest grade spouse completed in school 12 year high school, and 2 yr college

Spouse's Political Party Preference

Spouse's Religious Affiliation

28. How many children do you have? 1

List their ages, gender and occupation if applicable:

6 yrs

29. What do you think about the death penalty?

(Please circle the letter that most accurately represents your opinion. You may provide more information on the lines below.)

(A.) Strongly Favor
B. Generally Favor
C. No Opinion
D. Generally Against
E. Strongly Against

30. Is there any other information you believe might be important for the Court or for the lawyers to know about you as a potential juror?

/s/ ______________________________ Jan. 14, 2006
Juror please sign full name here Date signed

1311

Juror Information Questionnaire

1. Your Full Name: Sandra Anne Wilkins Penn
2. Present Address: 2268 Country Club Rd.
3. Telephone Number: Home ( 662 ) 226-6412
   Work ( 662 ) 294-0602
4. Place of Birth: Detroit, MI
5. Age: ___56____ Gender: _Female________
   Race: _White_______
6. Have you lived at any other addresses in the last five years? YES: ____NO: _ X_____
   If yes, what addresses?
   (a)
   (b)
7. Please state your highest level of education completed: 3 yrs of college
   Degrees or diplomas which you hold:
   List schools attended and locations: Ole Miss – Oxford, MS
8. Who is your employer: State Bank & Trust Co.
   How long have you worked for this employer: 7 yrs
9. What is your position, and what are your duties in that position?
   Teller – take deposits cash checks and all phases of banking.

10. Who else have you worked for in the past five years?

    (a)

    (b)

11. Have you ever been in the military? No.

    If yes, what branch?

12. Have you or any family member or close personal friend ever worked as a volunteer or employee in a law enforcement agency, prosecutor's office, prison, jail, correctional institution or mental health facility on the local, state, or federal level? No.

    If yes, please state who, when and where:

13. Have you or any family members or close personal friends worked for a donated time or money to organizations supporting crime victims or preventing crime? ____No.______

    If yes, who, what organizations and when?

14. Have you ever appeared as a witness before a Grand Jury? YES: ____NO: _ X_____

    When and where:

15. Have you ever appeared as a witness in a criminal prosecution? YES: ____NO: _ X_____

    When and where:

    Were you a witness for the State? _______ or for the defendant? ________

16. Have you ever served on a Grand Jury before? YES: __ X____NO: ____
17. Have you ever served on a Trial Jury before? YES: ____NO: X______

    Have you served as a juror on a Civil case?

    When and where:

    Did the jury reach a verdict? YES: ____NO: ____

    If not, please explain:

    Have you served as a juror on a Criminal case?

    When and where:

    What was the charge?

    Did the jury reach a verdict? YES: ____NO: ____

    If not, please explain:
18. Have you ever been a party to a legal action? YES:____NO: _ X_____

    Was it Civil? ___________ or Criminal? ___________

    If it was Civil, were you the Plaintiff? __________ or the Defendant? ____________

    If it was Civil, was the verdict in your favor? _________________

    If it was Criminal, what were the charges involved? ___________________

    Were you the one who filed charges? _________________

    Or were charges filed against you? ___________________

    What was the result?

19. Has any member of your family or any close friend ever been charged with a criminal offense other than traffic offenses? YES: ____ NO:___ X_____

    If yes, please state your relationship to that person, the charges involved and the outcome.

20. Has any member of your family or any close friend ever been arrested for a criminal offense other than traffic offenses, but not charged? YES: _______ NO: __ X_______

    If yes, please state your relationship to that person and the charges involved.

21. Have you ___________, any member of your family _______, or a close friend ________ ever been the victim of a violent crime? No.

    What was the crime?

    Was anyone arrested ________ and/or convicted ________ in connection with that crime?

22. What is your political party preference?

    Religious affiliation Methodist

23. Please list the organizations to which you belong (Social, Fraternal, Service, Charitable, etc.)

    None.

24. What newspapers do you read? The Commercial Appeal

What magazines? Southern Living

What is your favorite t.v. show?

25. Do you regularly watch the local news? __________; national news? _______________

26. Thinking about the neighborhood where you live, are the people you usually run into:

All White __ X____ All Black _______ Mix of white and black residents _______

27. What is your marital status? Married ______ Divorced __________ Widowed______ Never married__________

If married or widowed, how many years are/were you married? ___18-1/2 __

What is/was your spouse's occupation? Independent Landman

Highest grade spouse completed in school College Degree

Spouse's Political Party Preference None

Spouse's Religious Affiliation Presbyterian

28. How many children do you have? 1

List their ages, gender and occupation if applicable:

Age 29, Female, an Interior Decorator

29. What do you think about the death penalty?

(Please circle the letter that most accurately represents your opinion. You may provide more information on the lines below.)

A. Strongly Favor

B. Generally Favor

C. No Opinion (circled)

D. Generally Against

E. Strongly Against

Depends on the crime.

30. Is there any other information you believe might be important for the Court or for the lawyers to know about you as a potential juror?

/s/______________________________ ____________

Juror please sign full name here Date signed

1317

Juror Information Questionnaire

1. Your Full Name: Richard B. Perry
2. Present Address: 1595 Jefferson Rd.
3. Telephone Number: Home ( 662 ) 226-1872
   Work ( 662 ) 227-3419
4. Place of Birth: Grenada Ms.
5. Age: _49_______ Gender: _________ Race: __W________
6. Have you lived at any other addresses in the last five years? YES: ____NO: __X__
   If yes, what addresses?
   (a)
   (b)
7. Please state your highest level of education completed: 8th
   Degrees or diplomas which you hold:
   List schools attended and locations:
8. Who is your employer: City of Grenada
   How long have you worked for this employer: 10 years
9. What is your position, and what are your duties in that position?
   Level C– operator Mich
10. Who else have you worked for in the past five years?

(a) None

(b)

11. Have you ever been in the military? No

If yes, what branch?

12. Have you or any family member or close personal friend ever worked as a volunteer or employee in a law enforcement agency, prosecutor's office, prison, jail, correctional institution or mental health facility on the local, state, or federal level? No.

If yes, please state who, when and where:

13. Have you or any family members or close personal friends worked for a donated time or money to organizations supporting crime victims or preventing crime? ___No_______

If yes, who, what organizations and when?

14. Have you ever appeared as a witness before a Grand Jury? YES: _ X_____NO: ____

When and where: Grenada, Ms. 1993

15. Have you ever appeared as a witness in a criminal prosecution? YES: ____NO: X___

When and where:

Were you a witness for the State? _______ or for the defendant? ________

16. Have you ever served on a Grand Jury before? YES: __ X____NO: ____

17. Have you ever served on a Trial Jury before? YES: ____NO: _ X_____

    Have you served as a juror on a Civil case? No

    When and where:

    Did the jury reach a verdict? YES: ____NO: ____

    If not, please explain:

    Have you served as a juror on a Criminal case? No

    When and where:

    What was the charge?

    Did the jury reach a verdict? YES: ____NO: ____

    If not, please explain:

18. Have you ever been a party to a legal action? YES:____NO: _ X_____

    Was it Civil? ___________ or Criminal? ___________

    If it was Civil, were you the Plaintiff? __________ or the Defendant? ____________

    If it was Civil, was the verdict in your favor? _________________

    If it was Criminal, what were the charges involved? ___________________

    Were you the one who filed charges? _________________

    Or were charges filed against you? ___________________

    What was the result?

19. Has any member of your family or any close friend ever been charged with a criminal offense other than traffic offenses? YES: ____ NO:__ X______

    If yes, please state your relationship to that person, the charges involved and the outcome.

20. Has any member of your family or any close friend ever been arrested for a criminal offense other than traffic offenses, but not charged? YES: _______ NO: ___ X______

    If yes, please state your relationship to that person and the charges involved.

21. Have you ___________, any member of your family _______, or a close friend ________ ever been the victim of a violent crime?

    What was the crime? No

    Was anyone arrested ________ and/or convicted ________ in connection with that crime?

22. What is your political party preference? R.

    Religious affiliation Baptist

23. Please list the organizations to which you belong (Social, Fraternal, Service, Charitable, etc.)

    None

24. What newspapers do you read? None

    What magazines? None

What is your favorite t.v. show? None

25. Do you regularly watch the local news? ____ X____; national news? _ X__________

26. Thinking about the neighborhood where you live, are the people you usually run into:

All White ___ X____ All Black _______ Mix of white and black residents _______

27. What is your marital status? Married ____ Divorced _____ Widowed____ Never married__ X_

If married or widowed, how many years are/were you married? _________________

What is/was your spouse's occupation?

Highest grade spouse completed in school

Spouse's Political Party Preference

Spouse's Religious Affiliation

28. How many children do you have? None

List their ages, gender and occupation if applicable:

29. What do you think about the death penalty?

(Please circle the letter that most accurately represents your opinion. You may provide more information on the lines below.)

A. Strongly Favor

(B.) Generally Favor

C. No Opinion

D. Generally Against

E. Strongly Against

30. Is there any other information you believe might be important for the Court or for the lawyers to know about you as a potential juror?
None

/s/ ______________________________ Jan. 31, 06
Juror please sign full name here Date signed

1329

Juror Information Questionnaire

1. Your Full Name: Charles E. Pyron
2. Present Address: 862 Pinecrest Rd Grenada, MS
3. Telephone Number: Home ( 662 ) 226-5900

   Work ( 662 ) 226-3632
4. Place of Birth: Grenada, MS
5. Age: ___58_______ Gender: __M_______ Race: ___White___
6. Have you lived at any other addresses in the last five years? YES: ____NO: __ X __

   If yes, what addresses?

   (a)

   (b)
7. Please state your highest level of education completed: High School

   Degrees or diplomas which you hold:

   List schools attended and locations: Binford High School

   Duck Hill, MS
8. Who is your employer: Kirk Auto Co - Group

   How long have you worked for this employer: 19 yrs
9. What is your position, and what are your duties in that position?

   Salesperson

10. Who else have you worked for in the past five years?

    (a)

    (b)

11. Have you ever been in the military? Yes

    If yes, what branch? U.S. Army

12. Have you or any family member or close personal friend ever worked as a volunteer or employee in a law enforcement agency, prosecutor's office, prison, jail, correctional institution or mental health facility on the local, state, or federal level? Yes

    If yes, please state who, when and where: Alton Striden, Doris Striden, Curtis Durwood Lyles, Bruch Patridge, Jr., John A. Grantham and etc., "Devo Lancaster," Edmond Jones.

13. Have you or any family members or close personal friends worked for a donated time or money to organizations supporting crime victims or preventing crime? ___ X ____

    If yes, who, what organizations and when?

14. Have you ever appeared as a witness before a Grand Jury? YES: ____NO: _ X ___

    When and where:

15. Have you ever appeared as a witness in a criminal prosecution? YES: ____NO: __ X __

    When and where:

Were you a witness for the State? _______ or for the defendant? ________

16. Have you ever served on a Grand Jury before? YES: ____NO: __ X __

17. Have you ever served on a Trial Jury before? YES: ____NO: __ X __

Have you served as a juror on a Civil case? No.

When and where:

Did the jury reach a verdict? YES: ____NO: ____

If not, please explain:

Have you served as a juror on a Criminal case? No.

When and where:

What was the charge?

Did the jury reach a verdict? YES: ____NO: ____

If not, please explain:

18. Have you ever been a party to a legal action? YES:____NO: __ X __

Was it Civil? ___________ or Criminal? ___________

If it was Civil, were you the Plaintiff? __________ or the Defendant? ____________

If it was Civil, was the verdict in your favor? _________________

If it was Criminal, what were the charges involved? ___________________

Were you the one who filed charges? _________________

Or were charges filed against you? ___________________

What was the result?

19. Has any member of your family or any close friend ever been charged with a criminal offense other than traffic offenses? YES: ____ NO:__ X ____

If yes, please state your relationship to that person, the charges involved and the outcome.

20. Has any member of your family or any close friend ever been arrested for a criminal offense other than traffic offenses, but not charged? YES: _______ NO: __ X _____

If yes, please state your relationship to that person and the charges involved.

21. Have you ___________, any member of your family _______, or a close friend __No__ ever been the victim of a violent crime?

What was the crime?

Was anyone arrested ________ and/or convicted ________ in connection with that crime?

22. What is your political party preference? Republican

Religious affiliation Baptist

23. Please list the organizations to which you belong (Social, Fraternal, Service, Charitable, etc.)

None

24. What newspapers do you read? Daily Star, Jackson Daily

What magazines?

What is your favorite t.v. show? Sports

25. Do you regularly watch the local news? No_______; national news? _Yes____________

26. Thinking about the neighborhood where you live, are the people you usually run into:

All White ___ X ____ All Black _______ Mix of white and black residents _______

27. What is your marital status? Married __ X ____ Divorced __________ Widowed______ Never married__________

If married or widowed, how many years are/were you married? __35 yrs___________

What is/was your spouse's occupation? Hosuewife/ cert. driver

Highest grade spouse completed in school 12-high school

Spouse's Political Party Preference Republican

Spouse's Religious Affiliation Baptist

28. How many children do you have? 1

List their ages, gender and occupation if applicable:

29 yrs old, Male, Milwaukee Tools, Greenwood, MS

29. What do you think about the death penalty?

    (Please circle the letter that most accurately represents your opinion. You may provide more information on the lines below.)

    A. Strongly Favor
    B. Generally Favor
    C. No Opinion
    D. Generally Against
    E. Strongly Against

30. Is there any other information you believe might be important for the Court or for the lawyers to know about you as a potential juror?

/s/ ____________________ 1-14-06 ______

Juror please sign full name here Date signed

1359

Juror Information Questionnaire

1. Your Full Name: Andrea Louise Cascio Richardson

2. Present Address: 2060 Oakhurst Drive, Grenada, MS 38901

3. Telephone Number: Home ( 662 ) 294-0790

   Work ( 662 ) 227-7472

4. Place of Birth: Greenwood Leflore Hospital, Greenwood, MS

5. Age: __31______ Gender: __Female_______ Race: __White________

6. Have you lived at any other addresses in the last five years? YES: ____NO: __X__

   If yes, what addresses?

   (a) n/a

   (b) n/a

7. Please state your highest level of education completed: 2 years Community College

   Degrees or diplomas which you hold: Associate Applied Science, Med Lab Technology

   List schools attended and locations: MDCC, Moorhead, MS

   Currently a part-time student at Holmes CC.

8. Who is your employer: Grenada Lake Medical Center

   How long have you worked for this employer: 8 years

9. What is your position, and what are your duties in that position?

   Medical Laboratory Technician, Assistant Laboratory Information System Coordinator, Safety Officer of the Lab.

10. Who else have you worked for in the past five years?

    (a) None

    (b) None

11. Have you ever been in the military? No

    If yes, what branch? N/A

12. Have you or any family member or close personal friend ever worked as a volunteer or employee in a law enforcement agency, prosecutor's office, prison, jail, correctional institution or mental health facility on the local, state, or federal level? No.

    If yes, please state who, when and where: N/A

13. Have you or any family members or close personal friends worked for a donated time or money to organizations supporting crime victims or preventing crime? ___No_______

    If yes, who, what organizations and when? N/A

14. Have you ever appeared as a witness before a Grand Jury? YES: ____NO: __ X___

    When and where: N/A

15. Have you ever appeared as a witness in a criminal prosecution? YES: ____NO: __ X___

    When and where: N/A

    Were you a witness for the State? ___N/A____ or for the defendant? ____N/A____

16. Have you ever served on a Grand Jury before? YES: ____NO: _ X____

17. Have you ever served on a Trial Jury before? YES: ____NO: __ X___

    Have you served as a juror on a Civil case? No

    When and where: N/A

    Did the jury reach a verdict? YES: _N/A___NO: _N/A___

    If not, please explain: N/A

    Have you served as a juror on a Criminal case? No

    When and where: N/A

    What was the charge? N/A

    Did the jury reach a verdict? YES: _N/A___NO: _N/A___

    If not, please explain: N/A

18. Have you ever been a party to a legal action? YES:____NO: __ X___

    Was it Civil? ____N/A_______ or Criminal? ____N/A_______

If it was Civil, were you the Plaintiff? ___N/A_______ or the Defendant? ___N/A______

If it was Civil, was the verdict in your favor? _____N/A____________

If it was Criminal, what were the charges involved? _N/A__________________

Were you the one who filed charges? _______N/A__________

Or were charges filed against you? ____N/A_______________

What was the result? N/A

19. Has any member of your family or any close friend ever been charged with a criminal offense other than traffic offenses? YES: ____ NO:__ X_____

If yes, please state your relationship to that person, the charges involved and the outcome.

N/A

20. Has any member of your family or any close friend ever been arrested for a criminal offense other than traffic offenses, but not charged? YES: _______ NO: _ X_______

If yes, please state your relationship to that person and the charges involved.

N/A

21. Have you ___________, any member of your family _______, or a close friend ________ ever been the victim of a violent crime? No

What was the crime? N/A

Was anyone arrested __N/A______ and/or convicted ________ in connection with that crime?

22. What is your political party preference? Democratic

Religious affiliation Catholic

23. Please list the organizations to which you belong (Social, Fraternal, Service, Charitable, etc.)

A member of American Society of Clinical Pathologists (ASCP)

24. What newspapers do you read? None

What magazines? Medical Lab Observer, Shape

What is your favorite t.v. show? Little House on the Prairie

25. Do you regularly watch the local news? __No_____; national news? __Occasional____

26. Thinking about the neighborhood where you live, are the people you usually run into:

All White ___X____ All Black _______ Mix of white and black residents _______

27. What is your marital status? Married ___X___ Divorced __________ Widowed______ Never married__________

If married or widowed, how many years are/were you married? ___8 months____

What is/was your spouse's occupation? Medical Technologist, Blood Bank Supervisor, GL

Highest grade spouse completed in school: B.S. degree from Univ. Med. Center, Jackson; AAS degree from Holms CC, Nursing

Spouse's Political Party Preference Independent

Spouse's Religious Affiliation Baptist

28. How many children do you have? 1 stepdaughter, age 18

List their ages, gender and occupation if applicable:

1 – Robyn Nichole Richardson, age 18, Female, Student to MS State Univ.

29. What do you think about the death penalty?

(Please circle the letter that most accurately represents your opinion. You may provide more information on the lines below.)

A. Strongly Favor

B. Generally Favor (circled)

C. No Opinion

D. Generally Against

E. Strongly Against

Depending on the crime, would possibly influence my decision about the death penalty.

30. Is there any other information you believe might be important for the Court or for the lawyers to know about you as a potential juror? I feel that I am a hardworking, fair, and honest individual. In hopes that this not affect my continuing my education, I would be proud to help serve my community.

/s/ ______________________ 1-16-06

Juror please sign full name here Date signed

1372

Juror Information Questionnaire

1. Your Full Name: Michael Tysen Sherman
2. Present Address: 1144 Windmill St., Grenada, MS 38901
3. Telephone Number: Home ( 662 ) 595-4613

   Work ( 662 ) 229-3089
4. Place of Birth: Greenville, MS
5. Age: ___27_____ Gender: __Male_______ Race: __White___
6. Have you lived at any other addresses in the last five years? YES: __ X___NO: ____

   If yes, what addresses?

   (a) 4602 Carrollton rad, Grenada, MS 38901

   (b)
7. Please state your highest level of education completed: 4 year degree

   Degrees or diplomas which you hold: BS Mechanical Engineering

   List schools attended and locations: Mississippi State University, Starkville, MS
8. Who is your employer: Advanced Distributor Products

   How long have you worked for this employer: 8 mos.
9. What is your position, and what are your duties in that position?

   Manufacturing engineer

10. Who else have you worked for in the past five years?

    (a) Viking Range Corporation

    (b)

11. Have you ever been in the military? No

    If yes, what branch?

12. Have you or any family member or close personal friend ever worked as a volunteer or employee in a law enforcement agency, prosecutor's office, prison, jail, correctional institution or mental health facility on the local, state, or federal level? No

    If yes, please state who, when and where:

13. Have you or any family members or close personal friends worked for a donated time or money to organizations supporting crime victims or preventing crime? ______No____

    If yes, who, what organizations and when?

14. Have you ever appeared as a witness before a Grand Jury? YES: ____NO: __ X___

    When and where:

15. Have you ever appeared as a witness in a criminal prosecution? YES: ____NO: __ X___

    When and where:

    Were you a witness for the State? _______ or for the defendant? ________

16. Have you ever served on a Grand Jury before? YES: ____NO: ___ X__

17. Have you ever served on a Trial Jury before? YES: ____NO: __ X___

Have you served as a juror on a Civil case? No

When and where:

Did the jury reach a verdict? YES: ____NO: ____

If not, please explain:

Have you served as a juror on a Criminal case? No

When and where:

What was the charge?

Did the jury reach a verdict? YES: ____NO: ____

If not, please explain:

18. Have you ever been a party to a legal action? YES:____NO: __ X___

Was it Civil? ___________ or Criminal? ___________

If it was Civil, were you the Plaintiff? __________ or the Defendant? ____________

If it was Civil, was the verdict in your favor? _________________

If it was Criminal, what were the charges involved? ___________________

Were you the one who filed charges? _________________

Or were charges filed against you? ___________________

What was the result?

19. Has any member of your family or any close friend ever been charged with a criminal offense other than traffic offenses? YES: ____ NO:__ X_____

If yes, please state your relationship to that person, the charges involved and the outcome.

20. Has any member of your family or any close friend ever been arrested for a criminal offense other than traffic offenses, but not charged? YES: _______ NO: ___ X_____

If yes, please state your relationship to that person and the charges involved.

21. Have you ___________, any member of your family _______, or a close friend ________ ever been the victim of a violent crime? No.

What was the crime?

Was anyone arrested ________ and/or convicted ________ in connection with that crime?

22. What is your political party preference? Republican

Religious affiliation Baptist

23. Please list the organizations to which you belong (Social, Fraternal, Service, Charitable, etc.)

24. What newspapers do you read? Clarion Lodger, Grenada Star

    What magazines? Car & Driver

    What is your favorite t.v. show?

25. Do you regularly watch the local news? __ X______; national news? ____ X_______

26. Thinking about the neighborhood where you live, are the people you usually run into:

    All White __ X_____ All Black _______ Mix of white and black residents _______

27. What is your marital status? Married __ X__ Divorced __________ Widowed______ Never married__________

    If married or widowed, how many years are/were you married? 4 yrs 9 mos_______

    What is/was your spouse's occupation? Homemaker

    Highest grade spouse completed in school 4 year degree

    Spouse's Political Party Preference Republican

    Spouse's Religious Affiliation Baptist

28. How many children do you have? 2

    List their ages, gender and occupation if applicable:

    2-1/2 years - Female

    3 month - Male

29. What do you think about the death penalty?

    (Please circle the letter that most accurately represents your opinion. You may provide more information on the lines below.)

    A. Strongly Favor (circled)
    B. Generally Favor
    C. No Opinion
    D. Generally Against
    E. Strongly Against

30. Is there any other information you believe might be important for the Court or for the lawyers to know about you as a potential juror?

/s/ ______________________ 1/14/06

Juror please sign full name here Date signed

1384

Juror Information Questionnaire

1. Your Full Name: Brandi Lynn Smith
2. Present Address: 14170 Hwy 51 N. Grenada, MS 38901
3. Telephone Number: Home ( ) 809-1419

   Work ( ) 229-0050 (Day Job)/226-0360 (Nite job)
4. Place of Birth: Gulfport, MS
5. Age: ____28______ Gender: ___F______ Race: ___W_______
6. Have you lived at any other addresses in the last five years? YES: _ X____NO: ____

   If yes, what addresses?

   (a) 285 S. Archie Jackson Rd., Grenada

   (b)
7. Please state your highest level of education completed: 12

   Degrees or diplomas which you hold: N/A

   List schools attended and locations: Grenada School District
8. Who is your employer: Carl Greene-Café Highlander and Huddle House – Dana Hissong

   How long have you worked for this employer: 8 months
9. What is your position, and what are your duties in that position?

at Café Highlander - waitress

at Huddle House – dishwasher – wash dishes

10. Who else have you worked for in the past five years?

(a) Rileys, Penny Pincher, Shells, Midway, Piggly Wiggly

(b)

11. Have you ever been in the military? No.

If yes, what branch? --

12. Have you or any family member or close personal friend ever worked as a volunteer or employee in a law enforcement agency, prosecutor's office, prison, jail, correctional institution or mental health facility on the local, state, or federal level? No.

If yes, please state who, when and where:

13. Have you or any family members or close personal friends worked for a donated time or money to organizations supporting crime victims or preventing crime? __No.______

If yes, who, what organizations and when?

14. Have you ever appeared as a witness before a Grand Jury? YES: ____NO: _X___

When and where:

15. Have you ever appeared as a witness in a criminal prosecution? YES: ____NO: __ X___

When and where:

Were you a witness for the State? ___No____ or for the defendant? _No_______

16. Have you ever served on a Grand Jury before? YES: ____NO: __ X___

17. Have you ever served on a Trial Jury before? YES: ____NO: __ X___

Have you served as a juror on a Civil case? No

When and where:

Did the jury reach a verdict? YES: ____NO: ____

If not, please explain:

Have you served as a juror on a Criminal case? No

When and where:

What was the charge?

Did the jury reach a verdict? YES: ____NO: ____

If not, please explain:

18. Have you ever been a party to a legal action? YES:____NO: _ X____

Was it Civil? ___________ or Criminal? ___________

If it was Civil, were you the Plaintiff? __________ or the Defendant? ____________

If it was Civil, was the verdict in your favor? _________________

If it was Criminal, what were the charges involved? ___________________

Were you the one who filed charges? _________________

Or were charges filed against you? ________________

What was the result?

19. Has any member of your family or any close friend ever been charged with a criminal offense other than traffic offenses? YES: ____ NO:__ X_____

If yes, please state your relationship to that person, the charges involved and the outcome.

20. Has any member of your family or any close friend ever been arrested for a criminal offense other than traffic offenses, but not charged? YES: _______ NO: ___ X_____

If yes, please state your relationship to that person and the charges involved.

21. Have you ___________, any member of your family _______, or a close friend ________ ever been the victim of a violent crime?

What was the crime? No

Was anyone arrested ________ and/or convicted ________ in connection with that crime?

22. What is your political party preference? Undecided

Religious affiliation Baptist

23. Please list the organizations to which you belong (Social, Fraternal, Service, Charitable, etc.)

None

24. What newspapers do you read? Daily Star, Clarion Ledger

    What magazines? Us

    What is your favorite t.v. show? Golden Girls

25. Do you regularly watch the local news? ____Yes___; national news? ____Yes____

26. Thinking about the neighborhood where you live, are the people you usually run into:

    All White __ X_____ All Black _______ Mix of white and black residents _______

27. What is your marital status? Married __ X_____ Divorced __________ Widowed______ Never married__________

    If married or widowed, how many years are/were you married? _________________

    What is/was your spouse's occupation?

    Highest grade spouse completed in school

    Spouse's Political Party Preference

    Spouse's Religious Affiliation

28. How many children do you have? 1

    List their ages, gender and occupation if applicable:

    Jonathan T. Smith – Male – 7-1/2 year old

29. What do you think about the death penalty?

(Please circle the letter that most accurately represents your opinion. You may provide more information on the lines below.)

A. Strongly Favor (circled)

B. Generally Favor

C. No Opinion

D. Generally Against

E. Strongly Against

If someone kills somebody on purpose the person out to die to.

30. Is there any other information you believe might be important for the Court or for the lawyers to know about you as a potential juror? I have a learning disability, and don't

know how to answer a question right when asked sometimes. I get confused.

/s/ ______________________________ 1/17/06 ______

Juror please sign full name here Date signed

1408

Juror Information Questionnaire

1. Your Full Name: Johnny Clifton Stewart
2. Present Address: 233 Marcin St., Grenada, MS 38901
3. Telephone Number: Home ( 662 ) 226-5242

   Work ( 662 ) 226-3421
4. Place of Birth: Grenada County
5. Age: _61_______ Gender: __M_______ Race: __C________
6. Have you lived at any other addresses in the last five years? YES: ____NO: _ X____

   If yes, what addresses?

   (a)

   (b)
7. Please state your highest level of education completed: 2 yrs. college

   Degrees or diplomas which you hold: High school

   List schools attended and locations: Grenada High – Grenada (John Rundle), University

   of Ms. – Oxford, Ms.
8. Who is your employer: Heatcraft

   How long have you worked for this employer: 33 yrs
9. What is your position, and what are your duties in that position?

   Trucker – over the road driver

10. Who else have you worked for in the past five years?

    (a) N/A

    (b)

11. Have you ever been in the military? Yes

    If yes, what branch? Army – National Guard

12. Have you or any family member or close personal friend ever worked as a volunteer or employee in a law enforcement agency, prosecutor's office, prison, jail, correctional institution or mental health facility on the local, state, or federal level? No

    If yes, please state who, when and where:

13. Have you or any family members or close personal friends worked for a donated time or money to organizations supporting crime victims or preventing crime? __No_______

    If yes, who, what organizations and when?

14. Have you ever appeared as a witness before a Grand Jury? YES: ____NO: __ X___

    When and where:

15. Have you ever appeared as a witness in a criminal prosecution? YES: ____NO: _ X____

    When and where:

    Were you a witness for the State? _______ or for the defendant? ________

16. Have you ever served on a Grand Jury before? YES: __ X___NO: ____

17. Have you ever served on a Trial Jury before? YES: __ X___NO: ____

    Have you served as a juror on a Civil case? No

    When and where:

    Did the jury reach a verdict? YES: ____NO: ____

    If not, please explain:

    Have you served as a juror on a Criminal case? Yes

    When and where: Oxford, MS maybe 10 years ago.

    What was the charge? Auto theft ring

    Did the jury reach a verdict? YES: ____NO: _ X____

    If not, please explain: 11-1 vote

18. Have you ever been a party to a legal action? YES:____NO: _ X____

    Was it Civil? ___________ or Criminal? ___________

    If it was Civil, were you the Plaintiff? __________ or the Defendant? ____________

    If it was Civil, was the verdict in your favor? _________________

    If it was Criminal, what were the charges involved? ___________________

    Were you the one who filed charges? _________________

Or were charges filed against you? ___________________

What was the result?

19. Has any member of your family or any close friend ever been charged with a criminal offense other than traffic offenses? YES: ____ NO:___ X____

If yes, please state your relationship to that person, the charges involved and the outcome.

20. Has any member of your family or any close friend ever been arrested for a criminal offense other than traffic offenses, but not charged? YES: _______ NO: ___ X_____

If yes, please state your relationship to that person and the charges involved.

21. Have you ___________, any member of your family _______, or a close friend ________ ever been the victim of a violent crime?

What was the crime? N/A

Was anyone arrested ________ and/or convicted ________ in connection with that crime?

22. What is your political party preference? Republican

Religious affiliation Methodist

23. Please list the organizations to which you belong (Social, Fraternal, Service, Charitable, etc.)

24. What newspapers do you read? Clarion-Ledger – Commercial Appeal - USA

    What magazines? Times - Newsweek

    What is your favorite t.v. show? 24

25. Do you regularly watch the local news? __________; national news? __ X_______

26. Thinking about the neighborhood where you live, are the people you usually run into:

    All White _________ All Black _______ Mix of white and black residents ___ X___

27. What is your marital status? Married ______ Divorced __________ Widowed_ X_____ Never married__________

    If married or widowed, how many years are/were you married? ___32 years______

    What is/was your spouse's occupation? School printer [?] for Grenada district

    Highest grade spouse completed in school 1 yr. college

    Spouse's Political Party Preference Republican

    Spouse's Religious Affiliation Methodist

28. How many children do you have? 3

    List their ages, gender and occupation if applicable:

    John Walter Stewart – 35 – male – Car Salesman

Amy Stewart Dinkelacker – 30 – Female – School Teacher

Christina Lynne Stewart – 26 – Female – Part time babysitter

29. What do you think about the death penalty?

(Please circle the letter that most accurately represents your opinion. You may provide more information on the lines below.)

(A.) Strongly Favor
B. Generally Favor
C. No Opinion
D. Generally Against
E. Strongly Against

30. Is there any other information you believe might be important for the Court or for the lawyers to know about you as a potential juror? N/A

/s/ ______________________________ 1/15/06

Juror please sign full name here Date signed

Juror Information Questionnaire

1. Your Full Name: Patricia Anne Tidwell
2. Present Address: 110 Lula Rd., Apt. 20
3. Telephone Number: Home ( 662 ) 809-7183

   Work ( ) --
4. Place of Birth: Grenada Co.
5. Age: ____37______ Gender: ____F_____

   Race: ____B______
6. Have you lived at any other addresses in the last five years? YES: ____NO: _ X____

   If yes, what addresses?

   (a)

   (b)
7. Please state your highest level of education completed: 10th

   Degrees or diplomas which you hold:

   List schools attended and locations: Grenada High
8. Who is your employer: None

   How long have you worked for this employer: --
9. What is your position, and what are your duties in that position? --
10. Who else have you worked for in the past five years?

(a) --

(b)

11. Have you ever been in the military? No

If yes, what branch? --

12. Have you or any family member or close personal friend ever worked as a volunteer or employee in a law enforcement agency, prosecutor's office, prison, jail, correctional institution or mental health facility on the local, state, or federal level? No

If yes, please state who, when and where:

13. Have you or any family members or close personal friends worked for a donated time or money to organizations supporting crime victims or preventing crime? __No.______

If yes, who, what organizations and when?

14. Have you ever appeared as a witness before a Grand Jury? YES: ____NO: __ X___

When and where:

15. Have you ever appeared as a witness in a criminal prosecution? YES: ____NO: _ X____

When and where: --

Were you a witness for the State? ___--____ or for the defendant? ____--____

16. Have you ever served on a Grand Jury before? YES: ____NO: __ X___

17. Have you ever served on a Trial Jury before? YES: ____NO: __ X___

    Have you served as a juror on a Civil case? No.

    When and where: --

    Did the jury reach a verdict? YES: ____NO: ____

    If not, please explain:

    Have you served as a juror on a Criminal case? No

    When and where:

    What was the charge?

    Did the jury reach a verdict? YES: ____NO: ____

    If not, please explain:

18. Have you ever been a party to a legal action? YES:____NO: __NO__

    Was it Civil? ___________ or Criminal? ___________

    If it was Civil, were you the Plaintiff? __________ or the Defendant? ____________

    If it was Civil, was the verdict in your favor? _________________

    If it was Criminal, what were the charges involved? ___________________

    Were you the one who filed charges? _________________

    Or were charges filed against you? ___________________

    What was the result?

19. Has any member of your family or any close friend ever been charged with a criminal offense other than traffic offenses? YES: _X____ NO:______

    If yes, please state your relationship to that person, the charges involved and the outcome.

    He is my brother, sexual battery, he was convicted for 5 years and 5 on papers.

20. Has any member of your family or any close friend ever been arrested for a criminal offense other than traffic offenses, but not charged? YES: _______ NO: __ X______

    If yes, please state your relationship to that person and the charges involved.

21. Have you ____OR_, any member of your family __ANY_, or a close friend __HAS__ ever been the victim of a violent crime?

    What was the crime?

    Was anyone arrested ________ and/or convicted ________ in connection with that crime?

22. What is your political party preference? D

    Religious affiliation

23. Please list the organizations to which you belong (Social, Fraternal, Service, Charitable, etc.)

24. What newspapers do you read? All of them.

What magazines? No

What is your favorite t.v. show? Law & Order

25. Do you regularly watch the local news? ____Yes__; national news? _______________

26. Thinking about the neighborhood where you live, are the people you usually run into:

All White _________ All Black ___ X__ Mix of white and black residents _______

27. What is your marital status? Married ______ Divorced __________ Widowed______ Never married___ X________

If married or widowed, how many years are/were you married? _________________

What is/was your spouse's occupation?

Highest grade spouse completed in school

Spouse's Political Party Preference

Spouse's Religious Affiliation

28. How many children do you have? Two

List their ages, gender and occupation if applicable:

20 year old – she's female (none)

15 years old – he's male (none)

29. What do you think about the death penalty?

(Please circle the letter that most accurately represents your opinion. You may provide more information on the lines below.)

A. Strongly Favor
(B.) Generally Favor
C. No Opinion
D. Generally Against
E. Strongly Against

If it represents the crime.

30. Is there any other information you believe might be important for the Court or for the lawyers to know about you as a potential juror? I'm a very open minded person.

/s/ ______________________________ 1-14-06 ______
Juror please sign full name here Date signed

1444

Juror Information Questionnaire

1. Your Full Name: Christopher Lamont Tillmon
2. Present Address: 211 Spain Drive
3. Telephone Number: Home ( 662 ) 226-1771

   Work ( 662 ) 226-3000
4. Place of Birth: Grenada
5. Age: __27________ Gender: __Male_______
   Race: __Black________
6. Have you lived at any other addresses in the last five years? YES: ____NO: X_____

   If yes, what addresses?

   (a)

   (b)
7. Please state your highest level of education completed: College

   Degrees or diplomas which you hold: B.S. Criminal Justice

   List schools attended and locations: MS Valley State University
8. Who is your employer: Heatcraft

   How long have you worked for this employer: 1 month
9. What is your position, and what are your duties in that position?

   Machine Operator

10. Who else have you worked for in the past five years?

    (a) Delta Correctional

    (b)

11. Have you ever been in the military? N/A

    If yes, what branch?

12. Have you or any family member or close personal friend ever worked as a volunteer or employee in a law enforcement agency, prosecutor's office, prison, jail, correctional institution or mental health facility on the local, state, or federal level? Yes

    If yes, please state who, when and where: Myself, at Delta Corrections Facility, in

    Greenwood, MS

13. Have you or any family members or close personal friends worked for a donated time or money to organizations supporting crime victims or preventing crime? ____No______

    If yes, who, what organizations and when?

14. Have you ever appeared as a witness before a Grand Jury? YES: ____NO: __ X___

    When and where:

15. Have you ever appeared as a witness in a criminal prosecution? YES: ____NO: __ X___

    When and where:

    Were you a witness for the State? __No_____ or for the defendant? ________

16. Have you ever served on a Grand Jury before? YES: ____NO: _ X____

17. Have you ever served on a Trial Jury before? YES: ____NO: _ X____

Have you served as a juror on a Civil case? No

When and where:

Did the jury reach a verdict? YES: ____NO: ___ X__

If not, please explain:

Have you served as a juror on a Criminal case? No

When and where:

What was the charge?

Did the jury reach a verdict? YES: ____NO: X_____

If not, please explain:

18. Have you ever been a party to a legal action? YES:____NO: X_____

Was it Civil? ___________ or Criminal? ___________

If it was Civil, were you the Plaintiff? __________ or the Defendant? ____________

If it was Civil, was the verdict in your favor? _________________

If it was Criminal, what were the charges involved? ___________________

Were you the one who filed charges? _________________

Or were charges filed against you? ____________________

What was the result?

19. Has any member of your family or any close friend ever been charged with a criminal offense other than traffic offenses? YES: __ X___ NO:______

If yes, please state your relationship to that person, the charges involved and the outcome.

Brother, manslaughter, 15 yrs

20. Has any member of your family or any close friend ever been arrested for a criminal offense other than traffic offenses, but not charged? YES: __ X______ NO: _______

If yes, please state your relationship to that person and the charges involved.

Same

21. Have you ___________, any member of your family _______, or a close friend ________ ever been the victim of a violent crime?

What was the crime? No

Was anyone arrested ________ and/or convicted ________ in connection with that crime?

22. What is your political party preference? None

Religious affiliation

23. Please list the organizations to which you belong (Social, Fraternal, Service, Charitable, etc.)

N/A

24. What newspapers do you read? Commercial Appeal, Daily Star

    What magazines? Vibe, Source, Time

    What is your favorite t.v. show? Cuts

25. Do you regularly watch the local news? __Yes___; national news? ___CNN______

26. Thinking about the neighborhood where you live, are the people you usually run into:

    All White _________ All Black _______ Mix of white and black residents X_____

27. What is your marital status? Married ______ Divorced __________ Widowed______ Never married____ X_______

    If married or widowed, how many years are/were you married? _________________

    What is/was your spouse's occupation?

    Highest grade spouse completed in school

    Spouse's Political Party Preference

    Spouse's Religious Affiliation

28. How many children do you have? None

    List their ages, gender and occupation if applicable:

29. What do you think about the death penalty?

(Please circle the letter that most accurately represents your opinion. You may provide more information on the lines below.)

A. Strongly Favor (circled)
B. Generally Favor
C. No Opinion
D. Generally Against
E. Strongly Against

30. Is there any other information you believe might be important for the Court or for the lawyers to know about you as a potential juror? No.

| | |
|---|---|
| /s/ | 01/15/06 |
| Juror please sign full name here | Date signed |

1450

Juror Information Questionnaire

1. Your Full Name: Nathalie Drake Tramel
2. Present Address: 339 Easley Dr. Grenada
3. Telephone Number: Home ( 662 ) 226-6329

   Work ( 662 ) 226-5135
4. Place of Birth: Knoxville, TN
5. Age: ___37_______ Gender: ___F______

   Race: ____W______
6. Have you lived at any other addresses in the last five years? YES: ____NO: _ X____

   If yes, what addresses?

   (a)

   (b)
7. Please state your highest level of education completed: Masters

   Degrees or diplomas which you hold: BA, M.Ed.

   List schools attended and locations: MS Univ. for Women – Columbus, MS, Delta State

   Univ – Cleveland, MS
8. Who is your employer: Grenada School District

   How long have you worked for this employer: 5 yrs
9. What is your position, and what are your duties in that position?

   English teacher, I teach English/language Arts to 7th graders.

10. Who else have you worked for in the past five years?

    (a) --

    (b)

11. Have you ever been in the military? N

    If yes, what branch? --

12. Have you or any family member or close personal friend ever worked as a volunteer or employee in a law enforcement agency, prosecutor's office, prison, jail, correctional institution or mental health facility on the local, state, or federal level? Yes

    If yes, please state who, when and where: Cindy Long – Women's prison ministry through our church – she volunteers to work with these women.

13. Have you or any family members or close personal friends worked for a donated time or money to organizations supporting crime victims or preventing crime? __No.______

    If yes, who, what organizations and when?

14. Have you ever appeared as a witness before a Grand Jury? YES: ____NO: ___ X__

    When and where:

15. Have you ever appeared as a witness in a criminal prosecution? YES: ____NO: __ X___

    When and where:

Were you a witness for the State? _______ or for the defendant? ________

16. Have you ever served on a Grand Jury before? YES: ____NO: __ X___

17. Have you ever served on a Trial Jury before? YES: ____NO: __ X___

Have you served as a juror on a Civil case? No.

When and where:

Did the jury reach a verdict? YES: ____NO: ____

If not, please explain:

Have you served as a juror on a Criminal case? No.

When and where:

What was the charge?

Did the jury reach a verdict? YES: ____NO: ____

If not, please explain:

18. Have you ever been a party to a legal action? YES:____NO: _ X____

Was it Civil? ___________ or Criminal? ___________

If it was Civil, were you the Plaintiff? __________ or the Defendant? ____________

If it was Civil, was the verdict in your favor? _________________

If it was Criminal, what were the charges involved? ___________________

Were you the one who filed charges? _________________

Or were charges filed against you? ___________________

What was the result?

19. Has any member of your family or any close friend ever been charged with a criminal offense other than traffic offenses? YES: ____ NO:__ X_____

If yes, please state your relationship to that person, the charges involved and the outcome.

20. Has any member of your family or any close friend ever been arrested for a criminal offense other than traffic offenses, but not charged? YES: _______ NO: __ X______

If yes, please state your relationship to that person and the charges involved.

21. Have you ___No____, any member of your family __No__, or a close friend ___No___ ever been the victim of a violent crime?

What was the crime?

Was anyone arrested ________ and/or convicted ________ in connection with that crime?

22. What is your political party preference? Republican

Religious affiliation Christian / Methodist

23. Please list the organizations to which you belong (Social, Fraternal, Service, Charitable, etc.)

FUMC (church)

24. What newspapers do you read? None

What magazines? Quick Cooking

What is your favorite t.v. show? none

25. Do you regularly watch the local news? __No____; national news? _______No____

26. Thinking about the neighborhood where you live, are the people you usually run into:

All White ___ X__ All Black _______ Mix of white and black residents _______

27. What is your marital status? Married ___ X__ Divorced __________ Widowed______ Never married__________

If married or widowed, how many years are/were you married? ___14______

What is/was your spouse's occupation? Self-employed – computer software

Highest grade spouse completed in school Some college

Spouse's Political Party Preference Republican

Spouse's Religious Affiliation Christian / Methodist

28. How many children do you have? 2

List their ages, gender and occupation if applicable:

5 - female

4 - male

29. What do you think about the death penalty?

    (Please circle the letter that most accurately represents your opinion. You may provide more information on the lines below.)

    A. Strongly Favor

    B. Generally Favor

    (C.) No Opinion

    D. Generally Against

    E. Strongly Against

    It's a tough issue. It is not that I have no opinion, but rather that I have mixed feelings. I would tend more toward against than for.

30. Is there any other information you believe might be important for the Court or for the lawyers to know about you as a potential juror?

/s/ ______________________________ 1-18-06

Juror please sign full name here Date signed

Juror Information Questionnaire

1. Your Full Name: Carlos Fitzgerald Ward
2. Present Address: 151 Tallahoma Drive
3. Telephone Number: Home ( ) 226-3945
   Work ( )
4. Place of Birth: Grenada, MS
5. Age: ___22_____ Gender: _Male________
   Race: ___Negro____
6. Have you lived at any other addresses in the last five years? YES: ____NO: __ X___
   If yes, what addresses?
   (a)
   (b)
7. Please state your highest level of education completed: Sophomore at Holmes Comm. College
   Degrees or diplomas which you hold: None
   List schools attended and locations: Holmes Community College - Grenada
8. Who is your employer: Heatcraft
   How long have you worked for this employer: 19 months
9. What is your position, and what are your duties in that position?
   Sub brazer, braze headers

10. Who else have you worked for in the past five years?

    (a) ADP

    (b) Domino's

11. Have you ever been in the military? No.

    If yes, what branch?

12. Have you or any family member or close personal friend ever worked as a volunteer or employee in a law enforcement agency, prosecutor's office, prison, jail, correctional institution or mental health facility on the local, state, or federal level? No

    If yes, please state who, when and where:

13. Have you or any family members or close personal friends worked for a donated time or money to organizations supporting crime victims or preventing crime? ____No____

    If yes, who, what organizations and when?

14. Have you ever appeared as a witness before a Grand Jury? YES: ____NO: _X___

    When and where:

15. Have you ever appeared as a witness in a criminal prosecution? YES: ____NO: __X__

    When and where:

    Were you a witness for the State? __No_____ or for the defendant? ___No_____

16. Have you ever served on a Grand Jury before? YES: ____NO: _ X____

17. Have you ever served on a Trial Jury before? YES: ____NO: __ X___

Have you served as a juror on a Civil case? No

When and where:

Did the jury reach a verdict? YES: ____NO: ____

If not, please explain:

Have you served as a juror on a Criminal case? No

When and where:

What was the charge?

Did the jury reach a verdict? YES: ____NO: ____

If not, please explain:

18. Have you ever been a party to a legal action? YES:____NO: _ X____

Was it Civil? ___________ or Criminal? ___________

If it was Civil, were you the Plaintiff? __________ or the Defendant? ____________

If it was Civil, was the verdict in your favor? _________________

If it was Criminal, what were the charges involved? ___________________

Were you the one who filed charges? _________________

Or were charges filed against you? ___________________

What was the result?

19. Has any member of your family or any close friend ever been charged with a criminal offense other than traffic offenses? YES: ____ NO:__ X_____

    If yes, please state your relationship to that person, the charges involved and the outcome.

20. Has any member of your family or any close friend ever been arrested for a criminal offense other than traffic offenses, but not charged? YES: _______ NO: __ X______

    If yes, please state your relationship to that person and the charges involved.

21. Have you ___________, any member of your family _______, or a close friend ________ ever been the victim of a violent crime?

    What was the crime?

    Was anyone arrested ________ and/or convicted ________ in connection with that crime?

22. What is your political party preference?

    Religious affiliation Baptist

23. Please list the organizations to which you belong (Social, Fraternal, Service, Charitable, etc.)

    None

24. What newspapers do you read? Daily Star

What magazines? None

What is your favorite t.v. show? The news

25. Do you regularly watch the local news? ___Yes___; national news? _Yes_______

26. Thinking about the neighborhood where you live, are the people you usually run into:

All White _____ All Black ___ X_____ Mix of white and black residents _______

27. What is your marital status? Married ______ Divorced __________ Widowed______ Never married___ X________

If married or widowed, how many years are/were you married? _________________

What is/was your spouse's occupation?

Highest grade spouse completed in school

Spouse's Political Party Preference

Spouse's Religious Affiliation

28. How many children do you have? One

List their ages, gender and occupation if applicable:

Son – 2 years old

29. What do you think about the death penalty?

(Please circle the letter that most accurately represents your opinion. You may provide more information on the lines below.)

A. Strongly Favor

B. Generally Favor

(C.) No Opinion

D. Generally Against

E. Strongly Against

30. Is there any other information you believe might be important for the Court or for the lawyers to know about you as a potential juror? No.

/s/ ______________________________ 1-18-06 ______

Juror please sign full name here Date signed

1468

Juror Information Questionnaire

1. Your Full Name: Laura Candida Ward
2. Present Address: 643 Clay Rd., Grenada, MS 38901
3. Telephone Number: Home ( 662 ) 226-9037

   Work ( 662 ) 226-5747
4. Place of Birth: Grenada County
5. Age: ___33_______ Gender: ___F______ Race: ___W_______
6. Have you lived at any other addresses in the last five years? YES: _X___NO: ____

   If yes, what addresses?

   (a) 54 Ligon Road, Grenada, MS 38901

   (b)
7. Please state your highest level of education completed: 12

   Degrees or diplomas which you hold: High School Diploma

   List schools attended and locations: GHS, Grenada School District

8. Who is your employer: Grenada Family Medicine Clinic

   How long have you worked for this employer: 7 yrs
9. What is your position, and what are your duties in that position?

Receptionist; phone, greet patients, [mew pt. inf.?], insurance, filing, etc.

10. Who else have you worked for in the past five years?

(a)

(b)

11. Have you ever been in the military? No

If yes, what branch?

12. Have you or any family member or close personal friend ever worked as a volunteer or employee in a law enforcement agency, prosecutor's office, prison, jail, correctional institution or mental health facility on the local, state, or federal level? No

If yes, please state who, when and where:

13. Have you or any family members or close personal friends worked for a donated time or money to organizations supporting crime victims or preventing crime? ____No______

If yes, who, what organizations and when?

14. Have you ever appeared as a witness before a Grand Jury? YES: ____NO: _ X____

When and where:

15. Have you ever appeared as a witness in a criminal prosecution? YES: ____NO: _ X____

When and where:

Were you a witness for the State? _______ or for the defendant? ________

16. Have you ever served on a Grand Jury before? YES: ____NO: __ X___

17. Have you ever served on a Trial Jury before? YES: ____NO: __ X___

Have you served as a juror on a Civil case?

When and where:

Did the jury reach a verdict? YES: ____NO: ____

If not, please explain:

Have you served as a juror on a Criminal case?

When and where:

What was the charge?

Did the jury reach a verdict? YES: ____NO: ____

If not, please explain:

18. Have you ever been a party to a legal action? YES:____NO: __ X___

Was it Civil? ___________ or Criminal? ___________

If it was Civil, were you the Plaintiff? __________ or the Defendant? ____________

If it was Civil, was the verdict in your favor? _________________

If it was Criminal, what were the charges involved? ___________________

Were you the one who filed charges? _________________

Or were charges filed against you? ___________________

What was the result?

19. Has any member of your family or any close friend ever been charged with a criminal offense other than traffic offenses? YES: ____ NO:______

If yes, please state your relationship to that person, the charges involved and the outcome.

20. Has any member of your family or any close friend ever been arrested for a criminal offense other than traffic offenses, but not charged? YES: _______ NO: __ X______

If yes, please state your relationship to that person and the charges involved.

21. Have you ___________, any member of your family _______, or a close friend ________ ever been the victim of a violent crime? No.

What was the crime?

Was anyone arrested ________ and/or convicted ________ in connection with that crime?

22. What is your political party preference? Republican

Religious affiliation Baptist

23. Please list the organizations to which you belong (Social, Fraternal, Service, Charitable, etc.)

24. What newspapers do you read? Grenada Star

    What magazines?

    What is your favorite t.v. show?

25. Do you regularly watch the local news? ___No____; national news? ____No________

26. Thinking about the neighborhood where you live, are the people you usually run into:

    All White ___ X___ All Black _______ Mix of white and black residents _______

27. What is your marital status? Married __ X_____ Divorced __________ Widowed______ Never married__________

    If married or widowed, how many years are/were you married? ___15 yrs._________

    What is/was your spouse's occupation? HC

    Highest grade spouse completed in school 12 – attending college classes

    Spouse's Political Party Preference R

    Spouse's Religious Affiliation Baptist

28. How many children do you have? 3

    List their ages, gender and occupation if applicable:

    15 - M

    10 - M

    6 - F

29. What do you think about the death penalty?

(Please circle the letter that most accurately represents your opinion. You may provide more information on the lines below.)

A. Strongly Favor

B. Generally Favor

(C.) No Opinion

D. Generally Against

E. Strongly Against

Depends on the situation

30. Is there any other information you believe might be important for the Court or for the lawyers to know about you as a potential juror?

/s/ ______________________ Jan. 15, 2006

Juror please sign full name here Date signed

1492

Juror Information Questionnaire

1. Your Full Name: Robin Julianne Whitfield
2. Present Address: 125 Green St, Grenada 38901

3. Telephone Number: Home ( ) 662-230-0368

   Work ( )
4. Place of Birth: Jackson, MS
5. Age: ___31____ Gender: ___F______ Race: __Caucasian____
6. Have you lived at any other addresses in the last five years? YES: ____NO: _ X____

   If yes, what addresses?

   (a)

   (b)
7. Please state your highest level of education completed: BFA

   Degrees or diplomas which you hold:

   List schools attended and locations: Delta State University

8. Who is your employer: Self

   How long have you worked for this employer:

9. What is your position, and what are your duties in that position?

   Artist

10. Who else have you worked for in the past five years?

    (a)

    (b)

11. Have you ever been in the military? No

    If yes, what branch?

12. Have you or any family member or close personal friend ever worked as a volunteer or employee in a law enforcement agency, prosecutor's office, prison, jail, correctional institution or mental health facility on the local, state, or federal level? No

    If yes, please state who, when and where:

13. Have you or any family members or close personal friends worked for a donated time or money to organizations supporting crime victims or preventing crime? ____No______

    If yes, who, what organizations and when?

14. Have you ever appeared as a witness before a Grand Jury? YES: ____NO: __ X___

    When and where:

15. Have you ever appeared as a witness in a criminal prosecution? YES: ____NO: __ X___

    When and where:

    Were you a witness for the State? _______ or for the defendant? ________

16. Have you ever served on a Grand Jury before? YES: ____NO: _ X____

17. Have you ever served on a Trial Jury before? YES: ____NO: __ X___

    Have you served as a juror on a Civil case?

    When and where:

    Did the jury reach a verdict? YES: ____NO: ____

    If not, please explain:

    Have you served as a juror on a Criminal case?

    When and where:

    What was the charge?

    Did the jury reach a verdict? YES: ____NO: ____

    If not, please explain:

18. Have you ever been a party to a legal action? YES:____NO: __ X___

    Was it Civil? ___________ or Criminal? ___________

    If it was Civil, were you the Plaintiff? __________ or the Defendant? ____________

    If it was Civil, was the verdict in your favor? _________________

    If it was Criminal, what were the charges involved? ___________________

    Were you the one who filed charges? _________________

    Or were charges filed against you? ___________________

    What was the result?

19. Has any member of your family or any close friend ever been charged with a criminal offense other than traffic offenses? YES: ____ NO:__ X_____

    If yes, please state your relationship to that person, the charges involved and the outcome.

20. Has any member of your family or any close friend ever been arrested for a criminal offense other than traffic offenses, but not charged? YES: _______ NO: __ X______

    If yes, please state your relationship to that person and the charges involved.

21. Have you ___________, any member of your family _______, or a close friend ________ ever been the victim of a violent crime?

    What was the crime?

    Was anyone arrested ________ and/or convicted ________ in connection with that crime?

22. What is your political party preference? None

    Religious affiliation None

23. Please list the organizations to which you belong (Social, Fraternal, Service, Charitable, etc.)

    Orion Society

24. What newspapers do you read? None

What magazines? Orion

What is your favorite t.v. show? None

25. Do you regularly watch the local news? ___No___; national news? ____No________

26. Thinking about the neighborhood where you live, are the people you usually run into:

All White _________ All Black _______ Mix of white and black residents ___ X__

27. What is your marital status? Married ______ Divorced __________ Widowed______ Never married____ X_______

If married or widowed, how many years are/were you married? _________________

What is/was your spouse's occupation?

Highest grade spouse completed in school

Spouse's Political Party Preference

Spouse's Religious Affiliation

28. How many children do you have? None

List their ages, gender and occupation if applicable:

29. What do you think about the death penalty?

(Please circle the letter that most accurately represents your opinion. You may provide more information on the lines below.)

A. Strongly Favor

B. Generally Favor

C. No Opinion

D. Generally Against (circled)

E. Strongly Against

30. Is there any other information you believe might be important for the Court or for the lawyers to know about you as a potential juror?

/s/ ______________________________ 1/23/06

Juror please sign full name here Date signed

1498

Juror Information Questionnaire

1. Your Full Name: Lisa Shirley Wilboum
2. Present Address: 366 Robin Road
3. Telephone Number: Home ( 662) 226-8564

   Work ( 662 ) 226-5969
4. Place of Birth: Pascagoula, MS
5. Age: ____28____ Gender: __Female_______ Race: White
6. Have you lived at any other addresses in the last five years? YES: __X__NO: ____

   If yes, what addresses?

   (a) 82 Walthall Street

   (b)
7. Please state your highest level of education completed: Master's Degree

   Degrees or diplomas which you hold: H.S. Diploma, A.A.S., B.S., M.S.

   List schools attended and locations: Corinth High School, NE Community College,

   Mississippi State University
8. Who is your employer: Grenada School District

   How long have you worked for this employer: 7 yrs
9. What is your position, and what are your duties in that position?

   Co-Op Teacher, Deca Advisor, Senior Sponsor, Homecoming Chairman

10. Who else have you worked for in the past five years?

    (a) Jeffry Interiors – part time 2nd job (2001-2003)

    (b)

11. Have you ever been in the military? No.

    If yes, what branch?

12. Have you or any family member or close personal friend ever worked as a volunteer or employee in a law enforcement agency, prosecutor's office, prison, jail, correctional institution or mental health facility on the local, state, or federal level? No.

    If yes, please state who, when and where:

13. Have you or any family members or close personal friends worked for a donated time or money to organizations supporting crime victims or preventing crime? ___No._______

    If yes, who, what organizations and when?

14. Have you ever appeared as a witness before a Grand Jury? YES: ____NO: __ X___

    When and where:

15. Have you ever appeared as a witness in a criminal prosecution? YES: ____NO: _ X____

    When and where:

Were you a witness for the State? _______ or for the defendant? ________

16. Have you ever served on a Grand Jury before? YES: ____NO: __ X___

17. Have you ever served on a Trial Jury before? YES: ____NO: __ X___

Have you served as a juror on a Civil case? No.

When and where:

Did the jury reach a verdict? YES: ____NO: ____

If not, please explain:

Have you served as a juror on a Criminal case? No.

When and where:

What was the charge?

Did the jury reach a verdict? YES: ____NO: ____

If not, please explain:

18. Have you ever been a party to a legal action? YES:____NO: _ X____

Was it Civil? ___________ or Criminal? ___________

If it was Civil, were you the Plaintiff? __________ or the Defendant? ____________

If it was Civil, was the verdict in your favor? _________________

If it was Criminal, what were the charges involved? ___________________

Were you the one who filed charges? _________________

Or were charges filed against you? ___________________

What was the result?

19. Has any member of your family or any close friend ever been charged with a criminal offense other than traffic offenses? YES: ____ NO:___ X____

If yes, please state your relationship to that person, the charges involved and the outcome.

20. Has any member of your family or any close friend ever been arrested for a criminal offense other than traffic offenses, but not charged? YES: _______ NO: __ X______

If yes, please state your relationship to that person and the charges involved.

21. Have you ____No__, any member of your family _No____, or a close friend __No____ ever been the victim of a violent crime?

What was the crime?

Was anyone arrested ________ and/or convicted ________ in connection with that crime?

22. What is your political party preference? Republican

Religious affiliation Baptist

23. Please list the organizations to which you belong (Social, Fraternal, Service, Charitable, etc.)

Deca Alumni, Mississippi Association of Career Educators, Mississippi Professional

Educators

24. What newspapers do you read? None

What magazines? Parenting, Money

What is your favorite t.v. show? Plastic Surgery: Before & After

25. Do you regularly watch the local news? __No____; national news? _No__________

26. Thinking about the neighborhood where you live, are the people you usually run into:

All White _________ All Black _______ Mix of white and black residents _ X____

27. What is your marital status? Married __ X___ Divorced __________ Widowed______ Never married__________

If married or widowed, how many years are/were you married? _____4 yrs______

What is/was your spouse's occupation? Self-employed

Highest grade spouse completed in school B.S. @ Delta State

Spouse's Political Party Preference Democrat

Spouse's Religious Affiliation Methodist

28. How many children do you have? 1

List their ages, gender and occupation if applicable:

23 months, boy, N/A

29. What do you think about the death penalty?

    (Please circle the letter that most accurately represents your opinion. You may provide more information on the lines below.)

    A. Strongly Favor
    B. Generally Favor (circled)
    C. No Opinion
    D. Generally Against
    E. Strongly Against

30. Is there any other information you believe might be important for the Court or for the lawyers to know about you as a potential juror? No

/s/ — Juror please sign full name here

1/19/06 — Date signed

Juror Information Questionnaire

1. Your Full Name: Gloria G. Howell
2. Present Address: 1330 Anderson Rd.
3. Telephone Number: Home (662) 625-1534
   Work (662) 983-6850
4. Place of Birth: Ark.
5. Age: ___59____ Gender: ___F______
   Race: ___W_______
6. Have you lived at any other addresses in the last five years? YES: _ X__NO: ____
   If yes, what addresses?
   (a) Calhoun City, MS Rt. 2
   (b) Walls, MS Apt.
7. Please state your highest level of education completed: 1 yr jr college
   Degrees or diplomas which you hold:
   List schools attended and locations: Las Vegas Dealing School – Black Jack, Roulette Craps poker and sup. Blue prints + millwright BE+K Const. Co.
8. Who is your employer: Bruce Furniture
   How long have you worked for this employer: 5 months
9. What is your position, and what are your duties in that position?
   Customer service

10. Who else have you worked for in the past five years?

    (a) Glold Strick Casino – P.D.Q. Trucking – Driver owner

    (b)

11. Have you ever been in the military? No

    If yes, what branch?

12. Have you or any family member or close personal friend ever worked as a volunteer or employee in a law enforcement agency, prosecutor's office, prison, jail, correctional institution or mental health facility on the local, state, or federal level? No

    If yes, please state who, when and where:

13. Have you or any family members or close personal friends worked for a donated time or money to organizations supporting crime victims or preventing crime? __________

    If yes, who, what organizations and when?

14. Have you ever appeared as a witness before a Grand Jury? YES: ____NO: __ X___

    When and where:

15. Have you ever appeared as a witness in a criminal prosecution? YES: ____NO: _ X____

    When and where:

    Were you a witness for the State? _______ or for the defendant? ________

16. Have you ever served on a Grand Jury before? YES: ____NO: _ X____

17. Have you ever served on a Trial Jury before? YES: ____NO: _ X____

    Have you served as a juror on a Civil case? No

    When and where:

    Did the jury reach a verdict? YES: ____NO: ____

    If not, please explain:

    Have you served as a juror on a Criminal case? No

    When and where:

    What was the charge?

    Did the jury reach a verdict? YES: ____NO: _ ____

    If not, please explain:

18. Have you ever been a party to a legal action? YES:____NO: ____

    Was it Civil? ___________ or Criminal? ___________

    If it was Civil, were you the Plaintiff? __________ or the Defendant? ____________

    If it was Civil, was the verdict in your favor? _________________

    If it was Criminal, what were the charges involved? ___________________

    Were you the one who filed charges? _________________

    Or were charges filed against you? ___________________

What was the result?

19. Has any member of your family or any close friend ever been charged with a criminal offense other than traffic offenses? YES: ____ NO:__ X_____

If yes, please state your relationship to that person, the charges involved and the outcome.

20. Has any member of your family or any close friend ever been arrested for a criminal offense other than traffic offenses, but not charged? YES: _______ NO: __ X______

If yes, please state your relationship to that person and the charges involved.

21. Have you _____, any member of your family ___, or a close friend ____ ever been the victim of a violent crime? No

What was the crime?

Was anyone arrested ________ and/or convicted ________ in connection with that crime?

22. What is your political party preference? X

Religious affiliation X

23. Please list the organizations to which you belong (Social, Fraternal, Service, Charitable, etc.)

X

24. What newspapers do you read?

What magazines?

What is your favorite t.v. show?

25. Do you regularly watch the local news? ___; national news? ___________

26. Thinking about the neighborhood where you live, are the people you usually run into:

All White _____ All Black _______ Mix of white and black residents ___X____

27. What is your marital status? Married __X_ Divorced __________ Widowed______ Never married__________

If married or widowed, how many years are/were you married? ______________

What is/was your spouse's occupation? Construction + Truck Driver

Highest grade spouse completed in school X

Spouse's Political Party Preference X

Spouse's Religious Affiliation X

28. How many children do you have? 3

List their ages, gender and occupation if applicable:

39 Construction Sup.

38 Housewife + Mother

32 Nurse

29. What do you think about the death penalty?

(Please circle the letter that most accurately represents your opinion. You may provide more information on the lines below.)

A. Strongly Favor
(B.) Generally Favor
C. No Opinion
D. Generally Against
E. Strongly Against

30. Is there any other information you believe might be important for the Court or for the lawyers to know about you as a potential juror?

/s/ ______________________________ 2/6/06 ________
Juror please sign full name here Date signed

**APPENDIX F**

IN THE CIRCUIT COURT OF GRENADA COUNTY
STATE OF MISSISSIPPI
No. 2005-009-CR

[Filed June 6, 2005]

STATE OF MISSISSIPPI, Plaintiff
v.
TERRY PITCHFORD, Defendant

MOTION TO DISCOVER INFORMATION REGARDING VENIRE MEMBERS

COMES NOW, the defendant, by counsel, and moves this Court, pursuant to *Miss. Code Ann. § 99-15-17*, *Miss. Unif. Cir. Ct. R. 9.04*, the Mississippi Constitution, and the Fourth, Fifth, Sixth, Eighth and Fourteenth Amendments to the United States Constitution to order disclosure to the defense of information regarding the venire members in this case. As grounds for this motion, the defendant states the following:

1. The defense anticipates that the prosecution will obtain information from law enforcement personnel regarding potential jurors in this case. This information will consist of observations made and opinions formed during law enforcement activities and from law enforcement and court records including but not limited to computer files. It is expected that this information will be utilized by the prosecution in selecting the jury; therefore the defense seeks access to this information.

2. The defendant has the right to information the prosecution has on venire members where that information impacts his federal constitutional right to a fair and impartial trial, his state constitutional right to a fair and impartial trial and his rights under Uniform Rule 9.04. Williams v. Netherland, 181 F.Supp.2d 604, 614-18 (E.D. Va. 2002); See also United States v. Collins, 972 F.2d 1385, 1398 (5th Cir. 1999); United States v. Kyle, 469 F.2d 547, 550 (D.C. Cir. 1972) cert. denied 409 U.S. 1117 (1973); People v. Pearson, 581 N.E.2d 293, 296 (Ill. 1991) cert. denied 112 S.Ct. 3015 (1992); People v. Stinson, 227 N.W.2d 303, 310-11 (Mich. Ct. App. 1975).

3. Certainly, the prosecution has the duty to turn over evidence favorable to the defense that is in the hands of law enforcement. In Freeman v. Georgia, 599 F.2d 65 (5th Cir. 1979), the Court held that the actions or inactions of one governmental actor must be imputed to "the State":

> The duty of disclosure is that of the state, which ordinarily acts through the prosecuting attorney; but if he too is the victim of police suppression of the material information, the state's failure is not on that account excused.

Id. at 70 (quoting Barbee v. Warden, 331 F.2d 842 (4th Cir. 1964)); accord Schneider v. Estelle, 552 F.2d 593 (5th Cir. 1971); Smith v. Florida, 410 F.2d 1349, 1351 (5th Cir. 1969); Royal v. Dutton, 392 F.2d 544 (5th Cir. 1968); Jackson v. Wainwright, 390 F.2d 288, 296 (5th Cir. 1968).

4. If denied access to the information the district attorney has on potential jurors, the defense would be unable to intelligently exercise peremptory

challenges. See Knox v. Collins, 928 F.2d 657, 661 (5th Cir. 1991).

5. Moreover, this information is crucial to the Court's task of making on-the-record factual determinations of the merits of the prosecution's strikes. See Hatten v. State, 628 So.2d 294, 298 (Miss. 1993); United States v. Wilson, 853 F.2d 606 (8th Cir. 1988).

WHEREFORE the defense moves this Court to order the prosecution and law enforcement personnel to provide the defense with all information pertaining to potential jurors.

Respectfully submitted,

/s ______________________

Ray Charles Carter

Ray Charles Carter, MS Bar 8924
Office of Capital Defense Counsel
P. O. Box 2901
Jackson, MS 39207
(601) 576-2316

## CERTIFICATE OF SERVICE

I do hereby certify that I have mailed a true and correct copy of the foregoing Motion to the Honorable Clyde Hill, Grenada County Assistant District Attorney, P.O. Box 1262, Grenada, MS 38902

This the 2nd day of June, 2005.

/s ______________________

Ray Charles Carter

**APPENDIX G**

IN THE CIRCUIT COURT OF GRENADA COUNTY
STATE OF MISSISSIPPI
No. 2005-009-CR

[Filed Sept. 30, 2005]

STATE OF MISSISSIPPI, Plaintiff
v.
TERRY PITCHFORD, Defendant

MOTION FOR JURY QUESTIONNAIRE

COMES NOW, the defendant, by counsel, and moves this Court pursuant to the Fourth, Fifth, Sixth, Eighth and Fourteenth Amendments to the United States Constitution, and Art. 3 §§ 14, 26, 28 and 31 of the Mississippi Constitution of 1890, to order the use of a jury questionnaire to shorten voir dire and assist both parties in jury selection. In support of his motion, the defendant states as follows:

1. If the defendant is to receive a fair trial, it is vital that the information available to the prosecution and the defense concerning potential jurors be accurate and thorough. See, e.g., Coleman v. Kemp, 778 F.2d 1487, 1542 (11th Cir. 1985), cert. denied, 476 U.S. 1164 (1986) (voir dire procedures inadequate to uncover prejudice); Jordan v. Lippman, 763 F.2d 1265 (11th Cir. 1985) (jury selection procedures must be adequate to unearth prejudice, failure to expose potential prejudice of jurors requires reversal of conviction); Melson v. Dickson, 63 Ga. 682, 686 (Ga. 1879) ("an impartial jury is the cornerstone of the fairness of trial by jury.").

2. Moreover, because of the exceptional and irrevocable nature of the death penalty, the Supreme Court has held that every precaution is constitutionally required to ensure the fairness and reliability of decisions regarding both guilt and punishment in a capital trial. Eddings v. Oklahoma, 455 U.S. 104, 118, 102 S. Ct. 869, 71 L. Ed. 2d 1 (1982) (O'Connor, J., concurring) (observing that "extraordinary measures" are required in a capital trial that are not required in other criminal cases). In Turner v. Murray, 476 U.S. 28, 106 S. Ct. 1683, 90 L. Ed. 2d 27 (1986), the Court held that the trial court's refusal to allow certain voir dire questions required reversal as to the death sentence even though it did not require that the conviction be set aside.

3. From the "constitutional standard of fairness [which] requires that a state defendant have a panel of impartial, indifferent jurors," Murphy v. Florida, 421 U.S. 794, 95 S. Ct. 2031, 2036, 44 L. Ed. 2d 589 (1975), flows the conclusion that a full and fair voir dire process must be allowed in a criminal case. Indeed, defense counsel are "permitt[ed] a broad range of questions in examination of prospective jurors." Henderson v. State, 251 Ga. 398, 306 S.E.2d 645, 647 (1983) (quoting, Bethay v. State, 235 Ga. 371, 377, 219 S.E.2d 743 (Ga. 1975)). Mississippi follows this practice. See e.g., Balfour v. State, 598 So.2d 731 (Miss. 1992).

4. The areas listed below are merely illustrative of those areas into which questioning by counsel must be allowed. See, e.g., Turner v. Murray, 476 U.S. 28, 106 S. Ct. 1683, 90 L. Ed. 2d 27 (1986) (error to prevent questioning regarding possible racial bias); Legare v. State, 256 Ga. 302, 348 S.E.2d 881 (1986) (same); Chavez v. United States, 258 F.2d 816, 819

(10th Cir. 1958) (questioning concerning credibility of law enforcement officers); King v. Jones, 824 F.2d 324, 326 (4th Cir. 1987) (same); Henderson v. State, 306 S.E.2d at 648-649 (whether prospective jurors are related to former or current law enforcement employees, and stating that questions must be allowed if they relate to the "type or nature of the suit being tried"); State v. Ball, 685 P.2d 1055 (Utah 1984) (questions about jurors' experiences with drugs and alcohol); Cowan v. State, 156 Ga.App. 650, 275 S.E.2d 665 (Ga. App. 1980) (questions relating to jurors' membership or participation in various organizations).

5. Attached to this motion is a proposed juror questionnaire that will elicit background information which may be relevant to challenges for cause as well as the intelligent and informed exercise of peremptory challenges. This questionnaire is similar or identical to one that has been used to good effect in several other capital trials in this and other districts. The questionnaire will provide the parties and the Court with responses that may alert them to possible relationships, associations or experiences which may be a source of bias or prejudice. It will also provide information which is necessary for the intelligent use of peremptory strikes. The questionnaire will also save substantial time in voir dire.

7. The defendant moves that the questionnaires be served at the same time as the summons, and that jurors be directed to complete the questionnaires within five days and return them in postage-paid envelopes addressed to the clerk of the court. It will take moments, and substantially assist with the process of jury selection.

WHEREFORE, the defendant requests that this Court enter an order requiring that juror questionnaires be sent out with summonses to the venire persons; that prospective jurors be provided with postage-paid envelopes addressed to the clerk of the court and directed to complete the forms and return them to the Court within five days; that the clerk be directed to make copies of all questionnaires and provide them at the same time to counsel for the State and for Mr. Perry and such other relief as may be appropriate and warranted to protect his rights.

Respectfully submitted,

/s______________________

Ray Charles Carter

Ray Charles Carter, MS Bar 8924
Office of Capital Defense Counsel
P. O. Box 2901
Jackson, MS 39207
(601) 576-2316

**CERTIFICATE OF SERVICE**

I do hereby certify that I have mailed a true and correct copy of the foregoing Motion to the Honorable Doug Evans, Grenada County District Attorney, P.O. Box 1262, Grenada, MS 38902.

This the 29th day of September, 2005.

/s______________________

Ray Charles Carter

**IMPORTANT JUROR QUESTIONNAIRE**: The enclosed form **MUST** be completed and returned within five (5) days of your receiving it.

Dear Potential Juror:

Your name has been drawn to serve as a potential juror. In the jury selection process the lawyers must ask many questions of prospective jurors in order that a fair jury may be selected. This process sometimes lasts a long time. To save time for you and the Court, I have enclosed a questionnaire for you to fill out in advance and a return-addressed stamped envelop for you to return the form.

It is necessary that these questions be answered and forms returned within five (5) days. The questionnaire must be signed by you. Jury service is a serious responsibility and you will be answering these questions under penalty of perjury to the best of your ability and as fully as possible.

You should not talk to anyone about anything pertaining to your jury duty from this point until the completion of your service.

Thank you for your cooperation.

________________________

Circuit Judge

Juror Information Questionnaire

1. Your Full Name: ____________________________
2. Present Address: ____________________________
3. Telephone Number: Home ( ) ________________
   Work ( ) ________________
4. Place of Birth: ______________________________
5. Age: ________ Gender: _________ Race: ________
6. Have you lived at any other addresses in the last five years? YES: ____ NO: ____

   If yes, what addresses?

   (a) ________________________________________

   (b) ________________________________________
7. Please state your highest level of education completed: ________________________________

   Degrees or diplomas which you hold: __________

   List schools attended and locations: ___________

   ____________________________________________
8. Who is your employer: ________________________

   How long have you worked for this employer: ___________
9. What is your position, and what are your duties in that position?

   ____________________________________________

________________________________________

10. Who else have you worked for in the past five years?

(a) ______________________________________

(b) ______________________________________

11. Have you ever been in the military? ____________

If yes, what branch? __________

12. Have you or any family member or close personal friend ever worked as a volunteer or employee in a law enforcement agency, prosecutor's office, prison, jail, correctional institution or mental health facility on the local, state, or federal level? ________________________

If yes, please state who, when and where: ______

________________________________________

________________________________________

13. Have you or any family members or close personal friends worked for a donated time or money to organizations supporting crime victims or preventing crime? __________________

If yes, who, what organizations and when? _____

________________________________________

14. Have you ever appeared as a witness before a Grand Jury? YES: _____ NO: _____

When and where: ____________________________

15. Have you ever appeared as a witness in a criminal prosecution? YES: _____ NO: _____

    When and where: ______________________________

    Were you a witness for the State? __________ or for the defendant? __________

16. Have you ever served on a Grand Jury before? YES: _____ NO: _____

17. Have you ever served on a Trial Jury before? YES: _____ NO: _____

    Have you served as a juror on a Civil case? ________

    When and where: ______________________________

    Did the jury reach a verdict? YES: _____ NO: ______

    If not, please explain: __________________________

    Have you served as a juror on a Criminal case? ________

    When and where: ______________________________

    What was the charge? _________________________

    Did the jury reach a verdict? YES: _____ NO: ______

    If not, please explain: __________________________

18. Have you ever been a party to a legal action? YES: _____ NO: _____

    Was it Civil? ___________ or Criminal? ___________

If it was Civil, were you the Plaintiff? ___________ or the Defendant? ___________

If it was Civil, was the verdict in your favor? ______________

If it was Criminal, what were the charges involved? ___________________________________

Were you the one who filed charges? _____________

Or were charges filed against you? ______________

What was the result? ________________________

19. Has any member of your family or any close friend ever been charged with a criminal offense other than traffic offenses? YES: _______ NO: _______

If yes, please state your relationship to that person, the charges involved and the outcome.

____________________________________________

____________________________________________

20. Has any member of your family or any close friend ever been arrested for a criminal offense other than traffic offenses, but not charged? YES: _____ NO: _____

If yes, please state your relationship to that person and the charges involved.

____________________________________________

21. Have you ___________, any member of your family _________, or a close friend _________ ever been the victim of a violent crime?

    What was the crime? ________________________

    Was anyone arrested _____ and/or convicted _____ in connection with that crime?

22. What is your political party preference? ________

    Religious affiliation ________________________

23. Please list the organizations to which you belong (Social, Fraternal, Service, Charitable, etc.)

    ____________________________________________

    ____________________________________________

24. What newspapers do you read? _______________

    What magazines? ___________________________

    What is your favorite t.v. show? _______________

25. Do you regularly watch the local news? _________; national news? _________

26. Thinking about the neighborhood where you live, are the people you usually run into:

    All White _____ All Black _____ Mix of white and black residents _____

27. What is your marital status? Married ____ Divorced _______ Widowed _______ Never married _______

If married or widowed, how many years are/were you married? _______

What is/was your spouse's occupation? _________

Highest grade spouse completed in school ______

Spouse's Political Party Preference ____________

Spouse's Religious Affiliation _________________

28. How many children do you have? ______________

List their ages, gender and occupation if applicable:

_____________________________________________

_____________________________________________

_____________________________________________

_____________________________________________

29. What do you think about the death penalty?

(Please circle the letter that most accurately represents your opinion. You may provide more information on the lines below.)

A. Strongly Favor

B. Generally Favor

C. No Opinion

D. Generally Against

E. Strongly Against

_____________________________________________

________________________________________

________________________________________

________________________________________

30. Is there any other information you believe might be important for the Court or for the lawyers to know about you as a potential juror?

________________________________________

________________________________________

________________________________________

__________________________ ____________

Juror please sign full name here Date signed

**APPENDIX H**

IN THE CIRCUIT COURT OF
GRENADA COUNTY, MISSISSIPPI

STATE OF MISSISSIPPI

V. NO.: 2005-009-CR

TERRY PITCHFORD

**************************************************

TRANSCRIPT OF THE PRETRIAL AND TRIAL PROCEEDINGS HAD AND DONE IN THE ABOVE STYLED AND NUMBERED CAUSE, BEFORE HIS HONOR, JUDGE JOSEPH H. LOPER, JR., CIRCUIT COURT JUDGE, FIFTH CIRCUIT COURT DISTRICT OF THE STATE OF MISSISSIPPI, AND A JURY OF TWELVE MEN AND WOMEN, DULY IMPANELED, ON FEBRUARY 6, 7, 8 AND 9, 2006.

**************************************************

* * *

[pp.4:15-6:10]

* * *

(PROCEEDINGS RESUMED IN OPEN COURT. MR. PHILLIPS, MR. CARTER, MR. BAUM AND THE DEFENDANT WERE PRESENT. PROCEEDINGS CONTINUED AS FOLLOWS: )

THE COURT: The Court has before it a motion for a jury questionnaire that has been filed by the defendant seeking to have this questionnaire included with the summons for jury service, and the Court has reviewed the questions.

And Mr. Phillips, what is the State's position on it?

MR. PHILLIPS: I think they are satisfactory, Your Honor.

THE COURT: I'll allow this jury information questionnaire to be included with the summons.

And Mr. Carter, I have read the letter that you would like to have included. And I -- you know, I find that letter to be fine, but I am going to modify it in little respects in that I'm -- because this is a sequestered jury, for the convenience of the jury and I think it makes a more -- well, I think a sequestered jury that is a happy jury is one that we all want, because they will be the only ones that cannot leave and go where they please at night, except for the defendant, of course.

So I am going to also advise them in the letter that they will be sequestered if they are selected so they can go ahead and prepare and bring clothes in anticipation that they would have to stay if they are selected for the duration of the trial. And I also include in that letter that they are not bring to any cell phones or anything like that. Do you have any objection with that?

MR. CARTER: No, sir. No objection.

THE COURT: I think that's -- oh, yeah. You indicated that you might want to go on record about change of venue or something like that.

MR. CARTER: Yes, sir. We just wanted to put in the record that we talked to Mr. Pitchford about whether he wanted a change of venue. And after some discussion he said he didn't want one, and that it was

perfectly all right with him if we try the case here in Grenada.

Is that what you said, Mr. Pitchford?

THE DEFENDANT: Yeah.

THE COURT: Were you saying yes? I couldn't hear you.

THE DEFENDANT: Yes, sir.

THE COURT: Okay. That's fine. And if y'all want -- you know, I've got several weeks of court up here. If there are other motions that need to be brought before the time of trial, if y'all just work with each other on getting a date and getting with me on it we will certainly set up hearings on whatever else we need to do. Okay.

(THE PROCEEDINGS ON JANUARY 9, 2006, WERE CONCLUDED.)